IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GREGORY KELLY

Plaintiff,

v.

JOHN FREE, et al.

Defendants,

RECEIVED

2007 JUL -2 A 10: 27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NO. 2:07-CV-610-WHA

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Gregory Kelly, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

7/2/2007
Date

(Signature)

Jim L. DeBardelaben
(Counsel's Name)

Gregory Kelly
Counsel for (print names of all parties)

P.O. Box 152, Montgomery, AL 36101-0152
Address, City, State Zip Code

(334) 265-9206
Telephone Number