**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alabama Public Service
Commission
100 North Union Street
Montgomery, AL 36130

07CV610

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

□ Agent
□ Addressee

B. Received by ( Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   ☒ Certified Mail        □ Express Mail
   □ Registered            ☒ Return Receipt for Merchandise
   □ Insured Mail          □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
   (Transfer from service label)

7003 3110 0003 7319 4552

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540