IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **GREGORY KELLY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO:2-07-cv-610-WHA |
| | ) | |
| **JOHN FREE,** individually and in his | ) | |
| official position as an employee of the | ) | |
| Alabama Public Service Commission; | ) | |
| **JANICE M. HAMILTON,** individually | ) | |
| and in her official position as a | ) | |
| Division Director of the Alabama | ) | |
| Public Service Commission; and | ) | |
| **ALABAMA PUBLIC SERVICE** | ) | |
| **COMMISSION,** an agency of the State | ) | |
| of Alabama, | ) | |
| | ) | |
| Defendants. | | |

## CONFLICT DISCLOSURE STATEMENT

**COME NOW** the Defendants, **JOHN FREE, JANICE HAMILTON** and the

**ALABAMA PUBLIC SERVICE COMMISSION** and in accordance with the Order of this

Court, makes the following disclosure concerning parent companies, subsidiaries, partners,

limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates,

or similar entities reportable under the provisions of the Middle District of Alabama's

General Order No. 3047:

Defendant John Free is an individual

Defendant Janice Hamilton is an individual

Defendant Alabama Public Service Commission is a governmental entity

To the best of the Defendants' present knowledge and information, there are no "reportable relationships" that would infer a conflict of interest between the parties, the Court and the parties' attorneys.

Respectfully submitted this the 24<u>th</u> day of <u>July</u>, 2007.

      s/Oakley Melton, Jr.
OAKLEY MELTON, JR. (MEL002)

      s/J. Flynn Mozingo
J. FLYNN MOZINGO (MOZ003)
Attorneys for Defendants, John Free, Janice Hamilton and Alabama Public Service Commission
MELTON, ESPY & WILLIAMS, P.C.
P. O. Drawer 5130
Montgomery, AL   36103-5130
Telephone:   (334) 263-6621
Facsimile:   (334) 263-7252
fmozingo@mewlegal.com

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on the 24th day of July, 2007, with the Clerk of the Court and that a copy of same will be served upon the listed counsel of record by electronic notification via the ECF/CM System:

Jim DeBardelaben
Post Office Box 152
Montgomery, AL 36107

                                                    s/J. Flynn Mozingo
                                                  OF COUNSEL