IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO:2-07-cv-610-WHA |
| | ) | |
| JOHN FREE, individually and in his | ) | |
| official position as an employee of the | ) | |
| Alabama Public Service Commission; | ) | |
| JANICE M. HAMILTON, individually | ) | |
| and in her official position as a Division | ) | |
| Director of the Alabama Public Service | ) | |
| Commission; and ALABAMA PUBLIC | ) | |
| SERVICE COMMISSION, an agency of | ) | |
| the State of Alabama, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT OF PARTIES PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on August 9, 2007, via teleconference between:

> Jim DeBardelaben, for Plaintiff; and

> Oakley W. Melton, Jr. and Flynn Mozingo for Defendants.

2. <u>Pre-Discovery Disclosures</u>. The parties will exchange the information required by FED. R. CIV. P. 26(a)(1) by August 28, 2007.

3. <u>Discovery Plan</u>. The parties jointly propose to the court the following discovery plan:

> Discovery will be needed on the following subjects:

> The nature, extent and scope of the Plaintiff's claims; all damages suffered by the Plaintiff; Plaintiff's efforts to mitigate his damages; and Defendants' defenses thereto.

> All discovery commenced in time to be completed ninety (90) days before trial.

      A maximum of 25 interrogatories may be served by each party to any other party. Responses are due thirty (30) days after service.

      A maximum of 25 request for admissions may be served by each party to any other party. Responses are due thirty (30) days after service.

      A maximum of ten (10) depositions may be taken by Plaintiff and ten (10) by Defendants. Each deposition, other than that of Plaintiff's and Defendants' depositions, is limited to a maximum of seven (7) hours unless extended by agreement of parties.

      Reports from retained experts under Rule 26(a)(2) are due:

      from Plaintiff:      by 60 days prior to discovery cut-off
      from Defendants:    within one month of receipt of Plaintiff's reports

      Any and all supplementations shall be made under Rule 26(e) and are due no later than ninety (90) days after entry of the Court's Uniform Scheduling Order.

4.     <u>Other items</u>.

      The parties do not request a conference with the court before entry of the scheduling order.

      The parties request a pretrial conference in June or July 2008.

      Plaintiff should be allowed until ninety (90) days after the filing of Defendants' Answer to join additional parties and amend the pleadings.

      Defendants should be allowed until thirty (30) days thereafter to join additional parties and amend the pleadings.

      All potentially dispositive motions should be filed on or before ninety (90) days prior to the pretrial hearing.

      The possibility of settlement cannot be evaluated prior to the dispositive motion deadline.

      Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from all parties on or before forty (40) days before trial.

      Parties should have until fifteen (15) days before trial to object to witness and exhibit lists under Rule 26(a)(3).

The case should be ready for trial by July 28, 2008, and is expected to take approximately three (3) days.

Dated: August 14, 2007.

                JIM DEBARDELABEN
                Post Office Box 152
                Montgomery, AL 36107
                Attorney for Plaintiff


                s/Oakley Melton, Jr.
                OAKLEY MELTON, JR. (MEL002)

                s/J. Flynn Mozingo
                J. FLYNN MOZINGO (MOZ003)
                Attorneys for Defendants, John Free,
                Janice Hamilton and Alabama Public
                Service Commission
                MELTON, ESPY & WILLIAMS, P.C.
                P. O. Drawer 5130
                Montgomery, AL   36103-5130
                Telephone:   (334) 263-6621
                Facsimile:    (334) 263-7252
                fmozingo@mewlegal.com