# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| GREGORY KELLY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | )    CASE NO- 2:07-cv-610-WHA |
| JOHN FREE, et al. | ) |
| | ) |
|    Defendants. | ) |

## JOINT MOTION FOR ENTRY OF QUALIFIED
## HIPAA PROTECTIVE ORDER

COME NOW the Plaintiff and Defendants, and move the Court to enter a Protective Order commonly referred to as a HIPAA Order, to permit both the Plaintiff and the Defendants to conduct the orderly management of this litigation in compliance with the terms and provisions of applicable law and the Rules of this Court.

Attached hereto is a proposed HIPAA Order for consideration by the Court.

Respectfully submitted this the __20th__ day of September, 2007.

                                                            s/Jim DeBardelaben
                                                       JIM L. DeBARDELABEN
                                                       Attorney for Plaintiff
                                                       Post Office Box 152
                                                       Montgomery, AL 36101-0152
                                                       Telephone:  (334) 213-0609
                                                       Facsimile:  (334) 270-5983

     s/J. Flynn Mozingo
OAKLEY MELTON, JR. (MEL002)
J. FLYNN MOZINGO (MOZ003)
Attorneys for Defendants, John Free, Janice Hamilton and Alabama Public Service Commission
MELTON, ESPY & WILLIAMS, P.C.
P. O. Drawer 5130
Montgomery, AL   36103-5130
Telephone:  (334) 263-6621
Facsimile:   (334) 263-7252
fmozingo@mewlegal.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **GREGORY KELLY,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )    **CASE NO- 2:07-cv-610-WHA** |
| **JOHN FREE, et al.** | ) |
| | ) |
|    **Defendants.** | ) |

## QUALIFIED HIPAA PROTECTIVE ORDER

The parties are hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the Order of this Court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Publ. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to the past, present, or future medical condition of any individual who is a party to this action (or the decedent or ward of a party who sues in a representative capacity), as well as any and all information relating to the provision of health care to such individual and payment for the provision of such health care.

This Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or

trial to disclose the Protected Health Information in response to such request or subpoena. This Order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. 45 C.F.R. §§ 163.502(b); 164.512(e)(1)(v).

DONE and ORDERED this the _____ day of _____, 2007.

_____
W. HAROLD ALBRITTON
UNITED STATES DISTRICT JUDGE

cc: Jim DeBardelaben
    J. Flynn Mozingo