## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **GREGORY KELLY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs** | ) | |
| | ) | |
| **JOHN FREE, et al.,** | ) | **CASE NO.:2:07-CV-610-WHA** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF DEPOSITION

**TO:**          **John Free**

**DATE:**        **November 7, 2007**

**TIME:**        **9:30 a.m.**

**LOCATION:**    **Law Office of Jim L. DeBardelaben**
**1505 Madison Avenue**
**Montgomery, Alabama 36107**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(2)of Federal Civil Procedure,

Plaintiff Gregory Kelly, will take the deposition of the deponent named above, at the time, date

and location indicated above, before an officer authorized by law to administer oaths and swear

witnesses in said County and State. The examination will continue from day to day until

completed.

Respectfully submitted this the 10th day of October, 2007.

/s/Jim L. DeBardelaben
ASB4800A40J
Attorney for Plaintiff Kelly

OF COUNSEL:
Jim L. DeBardelaben
Attorney At Law
Post Office Box 152
Montgomery, Alabama 361010-0152
(334) 265-9206
(334) 265-9299 Fax
jimdebard@aol.com
dgoollaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 10th day of October, 2007.

J.Flynn Mozingo, Esq.
Melton, Espy & Williams, P.C.
P.O. Drawer 5130
Montgomery, AL 36103-5130

/s/Jim L. DeBardelaben
OF COUNSEL