**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **GREGORY KELLY** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs ) | |
| ) | |
| **JOHN FREE, et al.,** ) | CASE NO.:2:07-CV-610-WHA |
| ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

Take notice that the undersigned has, this date, served on counsel for all parties the following:

Notice of Deposition to Defendant Janice Hamilton.

Respectfully submitted this the 10th day of October, 2007.

/s/Jim L. DeBardelaben
ASB4800A40J
Attorney for Plaintiff Kelly

OF COUNSEL:
Jim L. DeBardelaben
Attorney At Law
Post Office Box 152
Montgomery, Alabama 361010-0152
(334) 265-9206
(334) 265-9299 Fax
jimdebard@aol.com
dgoollaw@aol.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 10th day of October, 2007.

      J.Flynn Mozingo, Esq.
      Melton, Espy & Williams, P.C.
      P.O. Drawer 5130
      Montgomery, AL 36103-5130

      /s/Jim L. DeBardelaben
      OF COUNSEL