**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **GREGORY KELLY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs** | ) | |
| | ) | |
| **JOHN FREE, et al.,** | ) | **CASE NO.:2:07-CV-610-WHA** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

Take notice that the undersigned has, this date, served on counsel for all parties the following:

Notice of Deposition to Defendant John Free.

Respectfully submitted this the 10th day of October, 2007.

/s/Jim L. DeBardelaben
ASB4800A40J
Attorney for Plaintiff Kelly

OF COUNSEL:
Jim L. DeBardelaben
Attorney At Law
Post Office Box 152
Montgomery, Alabama 361010-0152
(334) 265-9206
(334) 265-9299 Fax
jimdebard@aol.com
dgoollaw@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 10th day of October, 2007.

J.Flynn Mozingo, Esq.
Melton, Espy & Williams, P.C.
P.O. Drawer 5130
Montgomery, AL 36103-5130

_____     /s/Jim L. DeBardelaben
                                     OF COUNSEL