IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv610-WHA |
| | ) |
| JOHN FREE, etc., et al., | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

The Defendants' Motion for Summary Judgment (Doc. # 18), filed on April 3, 2008, will be deemed submitted to this Court on May 2, 2008, without oral argument. If either party desires oral argument, such party should so notify the Court and opposing counsel by May 2, 2008. If, after considering the parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which the Plaintiff wishes to file in opposition to said motion shall be filed on or before April 25, 2008.

The Defendants shall have until May 2, 2008, to file any reply they wish to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers. No parts of documents not so specifically designated will be considered.

DONE this 4th day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE