IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 APR 25  A 10: 04

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| GREGORY KELLY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | |
| ) | |
| JOHN FREE, et al., ) | CASE NO.:2:07-CV-610-WHA |
| ) | |
| ) | |
| Defendants. ) | |

## OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Comes now Plaintiff, Gregory Kelly, by and through his counsel of record, and opposes the Motion For Summary Judgment filed by the Defendant in the above-styled case. Defendants are not entitled to summary judgment as there are genuine issues of material facts in this case as shown by the accompanying Opposition Brief.

Respectfully submitted this the 25th day of April, 2008.

_____
JIM L. DEBARDELABEN
ASB4800A40J
Attorney for Plaintiff Kelly

OF COUNSEL:
Jim L. DeBardelaben
Attorney At Law
Post Office Box 152
Montgomery, Alabama 361010-0152
(334) 265-9206
(334) 265-9299 Fax
jimdebard@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing with the Clerk of the Court and a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 25th day of April, 2008.

J.Flynn Mozingo, Esq.
Melton, Espy & Williams, P.C.
P.O. Drawer 5130
Montgomery, AL 36103-5130

OF COUNSEL