IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO:2-07-cv-610-WHA |
| | ) | |
| JOHN FREE, individually and in his | ) | |
| official position as an employee of the | ) | |
| Alabama Public Service Commission; | ) | |
| JANICE M. HAMILTON, individually | ) | |
| and in her official position as a Division | ) | |
| Director of the Alabama Public Service | ) | |
| Commission; and ALABAMA PUBLIC | ) | |
| SERVICE COMMISSION, an agency of | ) | |
| the State of Alabama, | ) | |
| | ) | |
| Defendants. | ) | |

## REPLY OF DEFENDANTS TO PLAINTIFF GREGORY KELLY'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**COME NOW** the Defendants, **John Free**, **Janice Hamilton** and the **Alabama Public Service Commission** ("APSC"), and in reply to the *Plaintiff's Narrative Summary and Brief in Opposition to Defendants' Motion for Summary Judgment*, state as follows:

**(A)    Plaintiff Admits There Is No "Smoking Gun" Evidence of Racial Discrimination.**

Kelly candidly admits in his Brief that there is no direct evidence or "'smoking gun' of racial discrimination" against him in this case. (Plaintiff's Brief at 6). Plaintiff thus grasps at a straw by arguing that there is an inference of discrimination based on circumstantial evidence which is subtle and hidden under the guise of subjective evaluation and other matters.

Kelly's circumstantial evidence contention completely fails and falls on its face because there is simply not a speck of circumstantial evidence, or any evidence whatsoever, of racial and/or age discrimination against Kelly. Indeed, the undisputed evidence shows that Kelly has the same job title, pay grade, job benefits (i.e., medical, training, sick leave, vacation, etc.) as Rick Cleckler, the veteran 25-year engineer in the Special Projects Section of the APSC Energy Division. The only job difference between Kelly and Cleckler is that Kelly applied for and was hired to work in the Electricity Section while Cleckler remains in the Special Projects Section of the Energy Division, where he was assigned years before Kelly was hired. Each job has different duties and responsibilities. These job assignments and the organization of the Energy Division were managerial decisions of the Energy Division's black female Director, Janice Hamilton, and were all made by her several years before Kelly was ever hired by the APSC. Four out of six employees in the Electricity Section are black.

**(B)    Kelly's Ever Changing Theories and Allegations Are a Futile Attempt to Get Transferred to the Special Projects Section.**

Undeniably, in this lawsuit as well as in Kelly's Grievance Hearing with the APSC, Kelly is futilely trying to substitute his opinion on the organizational structure and job assignments in the Energy Division for that of Mrs. Hamilton, all for the admitted purpose of being realigned with Cleckler in the Special Projects Section. Kelly simply does not have a legal or constitutional right to organize the Energy Division or to be assigned to the Special Projects Section with Cleckler. Kelly's burden of proof, which he totally fails to carry, is to produce evidence that Janice Hamilton organized the Energy Division, years before Kelly was ever hired, with the intent to discriminate against Kelly on the basis of Kelly's race. Springer v. Convergys Customer Management Group, Inc.

2

509 F. 3d 1344, 1347 (11th Cir. 2007). Clearly, Kelly has totally failed and cannot meet his burden of proof. His Brief only argues that the Defendants failed to follow an alleged personnel rule concerning "reallocations," and that Kelly and Cleckler are evaluated differently because they have different supervisors.[1]

Kelly's discussion of Rule 670-X-7-.06 is meaningless and irrelevant. The APSC's Legal Counsel, John Garner, testified the Rule has no application here. (Garner's Deposition at 13:22 to 14:18, attached hereto as Exhibit 15). Moreover, on May 1, 2008, the Defendants received copies of the attached correspondence between Kelly and Alice Ann Byrne, General Counsel of the Alabama State Personnel Board. (Exhibits 16 and 17). This correspondence from Ms. Byrne (Exhibit 17 hereto) clearly explains Rule 670-X-7-.06 and refutes all of Kelly's alleged personnel violations, improper supervision, and inadequate salary claims.

As for Kelly's job evaluations, he and Cleckler work in different sections, and have different duties and different supervisors. Kelly's evaluations show that Kelly has at all times been fairly evaluated on the basis of the satisfactory completion of his assigned job duties and responsibilities. Kelly's evaluations further show that Kelly received ever increasing performance evaluations (i.e., exceeds standards) which only began to drop after Kelly's promotion when Kelly launched his abusive, insubordinate and vindictive behavior towards Free, ultimately leading to the issuance of

---

[1] Kelly does not argue in his Brief and has thereby obviously abandoned his claim of age discrimination, discriminatory training and hostile work environment. He has also abandoned the original allegations in the Statement of Particulars attached to his Notice of Discrimination with the EEOC since his Brief fails to discuss or reassert such allegations. See Cooper v. Southern Co., 390 F. 3d 695, 725 (11th Cir. 2004) ("To survive summary judgment, the plaintiff must then 'come forward with evidence, *including the previously produced evidence establishing the prima facie case,* sufficient to permit a reasonable fact-finder to conclude that the reasons given by the employer were not the real reasons for the adverse employment decision.'") (emphasis added). Here there is no prima facie case and there is no adverse employment decision.

a reprimand by both Free and Hamilton.  In fact, in his deposition and in the presence of his supervisor, John Free, Kelly attributed Free's attempts to ensure Kelly's compliance with APSC personnel rules as a "dummy . . . acting out."

In the end, it is ludicrous for Kelly to claim racial discrimination by Hamilton and Free when he admits that he enjoys his position, he is satisfied with his present job, he has a "dream job" at the APSC, and that no one at the APSC has ever made any racially derogatory remarks or racial slurs about him.  He further states that he would have no objection to Free remaining as his supervisor if Free were an engineer.[2]  Again, as Kelly testified in his deposition, his only real complaints are that Hamilton and Free have not requested a "desk audit" of his position by the State Personnel Department (no desk audits have been requested or performed for Rick Cleckler or anyone in the Electricity Section either).  Indeed, Kelly acknowledged that if Hamilton and Free had requested a desk audit of his position by the State Personnel Department, "we wouldn't be here today" in this lawsuit.  Kelly's trivial complaints simply do not rise to the level of a viable racial discrimination claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981, § 1983, § 2000 *et seq.*, the Fourteenth Amendment to the United States Constitution, or under Alabama law.

**(C)    The Court Should Put an End to Kelly's Abusive Behavior and Personal Vendetta Against Free, Hamilton and the APSC.**

Kelly has now pursued his abusive behavior and personal vendetta against Free, Hamilton, and the APSC long enough.  His frivolous personal complaints and disruptive actions have

---

[2] In addition to 18 years experience at the APSC, Free is a certified public accountant and has a Masters of Business Administration and Bachelor of Science Degree from Auburn University at Montgomery.

consumed the time of 17 APSC staff members[3], 3 APSC Commissioners, the Alabama State Personnel Department, the EEOC and this Honorable Court.  He has unnecessarily cost the State of Alabama thousands of dollars at a time of shrinking educational and other state budgets.  Kelly's harassing complaints have now gone on for 3 years, 3 months and 28 days.  Kelly's persistent complaints and actions have been very disruptive to the orderly operation of the Electricity Section and Energy Division of the APSC.  *Enough is enough!*  The time has come to bring Kelly's frivolous, unfounded case to a screeching halt by a strong, emphatic Court Order rejecting all of his personal perceptions, theories and complaints.

*No one at the APSC has discriminated against Kelly on the grounds of age or race or for any other reason.*  His preposterous contentions are wholly and completely without merit and without any legal basis or substance.  Accordingly, John Free, Janice Hamilton,  and the APSC respectfully request and urge this Honorable Court to grant them a Summary Judgment and thereby dismiss this baseless lawsuit of Gregory Kelly.

Respectfully submitted this the 2nd   day of May, 2008.

                                        s/Oakley Melton, Jr.
                                        OAKLEY MELTON, JR. (MEL002)

                                        s/J. Flynn Mozingo
                                        J. FLYNN MOZINGO (MOZ003)
                                        Attorneys for Defendants, John Free, Janice Hamilton and the Alabama Public Service Commission

---

[3] The 4-person grievance panel, Administrative Law Judge, 9 Affiants in this case, Janice Hamilton, John Free and John Garner.

No one, other than Kelly himself, has testified or given an affidavit in support of Kelly's claims.

5

**OF COUNSEL:**

MELTON, ESPY & WILLIAMS, P.C.
P. O. Drawer 5130
Montgomery, AL  36103-5130
Telephone:     (334) 263-6621
Facsimile:     (334) 263-7252
fmozingo@mewlegal.com

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on the 2nd day of May, 2008, with the Clerk of the Court and that a copy of same will be served upon the listed counsel of record by electronic notification via the ECF/CM System:

Jim DeBardelaben
Post Office Box 152
Montgomery, AL 36107

            s/J. Flynn Mozingo
            OF COUNSEL

# FREEDOM COURT REPORTING

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE MIDDLE DISTRICT OF ALABAMA

3    NORTHERN DIVISION

4

5    GREGORY KELLY,                )

6         Plaintiff,              )

7    vs.                           )    CASE NUMBER:

8    JOHN FREE, et al.,            )    2:07-CV-610-WHA

9         Defendants.             )

10

11    DEPOSITION OF JOHN GARNER

12    In accordance with Rule 5(d) of

13    The Alabama Rules of Civil Procedure, as

14    Amended, effective May 15, 1988, I, Cindy

15    Weldon, am hereby delivering to Jim

16    Debardelaben, the original transcript of the

17    oral testimony taken on the 15th day of

18    April, 2008, along with exhibits.

19         Please be advised that this is the

20    same and not retained by the Court Reporter,

21    nor filed with the Court.

22

23

**EXHIBIT**

tabbies

15

# FREEDOM COURT REPORTING

13

1    Q.    All rules of the State Personnel

2    Department and/or State Personnel Board -- I

3    don't know who writes the rules.  Is it the

4    Board or the Department?

5    A.    Well, the Department writes the

6    rules.  They are approved through the Board

7    through the Administrative Procedures Act.

8    So some of both I guess.

9    Q.    All rules from the State Personnel

10    apply to the Public Service Commission;

11    correct?

12    A.    Yes, sir.

13    Q.    Okay.  Did you ever work in the

14    personnel end of the Public Service

15    Commission?

16    A.    I get a lot of inquiries from our

17    personnel officer and from supervisors

18    throughout the Commission.  Do I directly

19    work with the personnel section --

20    Q.    More than you want to?

21    A.    A good bit, yes, sir.

22    Q.    Has anybody ever inquired of you

23    if Rule 670 applied to people when they

## FREEDOM COURT REPORTING

14

1   change their job duties and assignments?

2        A.    Well, job duties and assignments

3   can change any given review period.   If they

4   are not substantial enough to warrant a

5   reallocation, they are just reflected on an

6   individual's Form 40.

7        Q.    What to your knowledge, if you

8   know -- and you might not know -- does the

9   Personnel Board consider a substantial

10  change?

11       A.    I believe State Personnel Board's

12  justification for reallocation requires one

13  job to more closely line up with another

14  existing classification.   The

15  responsibilities of that job have changed

16  over time and reflect more closely the

17  responsibilities of a different

18  classification.

19       Q.    Well, were you aware before today

20  and sitting in here and listening to Ms.

21  Hamilton, that the Engineering Division

22  during her tenure at least -- excuse me.

23  That's the wrong word -- that the engineer

## FREEDOM COURT REPORTING

22

1              C E R T I F I C A T E

2

3    STATE OF ALABAMA )

4    MONTGOMERY COUNTY)

5

6              I hereby certify that the above

7    and foregoing deposition was taken down by

8    me in stenotype, and the questions and

9    answers thereto were transcribed by means of

10   computer-aided transcription, and that the

11   foregoing represents a true and correct

12   transcript of the testimony given by said

13   witness upon said hearing.

14              I further certify that I am

15   neither of counsel, nor of kin to the

16   parties to the action, nor am I in any wise

17   interested in the result of said cause.

18

19

20              ----------------

21              CINDY WELDON

22              ACCR #:   433

23



# STATE OF ALABAMA

ALABAMA PUBLIC SERVICE COMMISSION
P.O. BOX 304260
MONTGOMERY, ALABAMA 36130-4260

April 21, 2008



JIM SULLIVAN, PRESIDENT

JAN COOK, ASSOCIATE COMMISSIONER

SUSAN D. PARKER, PhD, ASSOCIATE COMMISSIONER

## MEMORANDUM

To:    Ms. Jackie Graham,
       State Personnel Director

From:  Mr. Gregory Kelly,
       Public Utility Technical Specialist, Sr.
       Alabama Public Service Commission (APSC)

Re:    25 years Review of Pay Ranges for Merit
       System Engineering Positions at APSC

As per Alabama State Personnel Department Administrative Code, Chapter 670-X-7 Position Classification Plan (Exhibit #1), I would like to file formal complaint against the Energy Division Management at Alabama Public Service Commission for violations of the aforementioned Administrative Code. My job, job code #20522, is a senior level engineering position. Mr. John Free, my supervisor job code #11254, is an accountant. Ms. Janice Hamilton, Director of the Energy Division, is a non-merit system engineer. My management does not understand or they refuse to adhere to the aforementioned rules.

I have on numerous occasions requested a classification job study and/or desk audit for the technical positions in Energy Division. These positions were last reviewed more than 25 years ago on August 18, 1981 (Exhibit #2). This information has been given to management on several occasions.

Management also has violated numerous other rules and policies concerning Administrative Code 670-X-7:

❖ Allocation of jobs in inappropriate work classes
❖ Failure to administer & maintain the classification plan per State Merit System Laws
❖ Disallowing of timely & current review of all Positions and/or Classes (Exhibit #A)
❖ Conducting Position Job Studies without approval from State Personnel
❖ Violating Job Specs by appointing unqualified supervision

**EXHIBIT**

tabbies® 16

❖ Substantially changing & taking away of assignments without approval
   (Changing responsibilities by 33% ..."Form-40s" & Exhibit #B)
❖ Rewriting of Job Specs & qualifications without approval of State Personnel Department
   (Adding 25% typing responsibilities... See above "Form-40s")


I am requesting that my complaint and my job description be reviewed by an investigator
and/or auditor from your department per 670-X-7-06 section #3 of Position Classification
Plan. I am also requesting a classification job study and/or desk audit be performed on all
engineering positions in the Energy Division. Lastly, I respectfully request that the engineer
jobs, job codes #20522 and #20521, have direct input in their own job and/or class study.

Please reply within 10 days of the date of this letter.


Attachments

# EXHIBIT

1

ALABAMA STATE PERSONNEL BOARD ALABAMA STATE PERSONNEL
DEPARTMENT

ADMINISTRATIVE CODE

## CHAPTER 670-X-7 POSITION CLASSIFICATION PLAN

TABLE OF CONTENTS

*Exhibits #1?*

670-X-7-.01 Maintenance

670-X-7-.02 Revision Of The Plan

670-X-7-.03 Uses Of The Classification Plan

670-X-7-.04 Allocation Of Positions To Classes

670-X-7-.05 Allocation Of New Positions

670-X-7-.06 Reallocations

670-X-7-.01 Maintenance.

(1) The Director shall administer and maintain the
classification plan in accordance with the state merit
system law, such approvals required by the Board or the
Governor, and these rules.

(2) The classification plan shall be maintained on a
current basis by the timely establishment and abolition of
classes, the allocation and reallocation of positions, and
the periodic review of all positions and classes within the
plan shall be accomplished every five years, either by
instituting a program to ensure that approximately 20% of
covered positions are reviewed each year; or causing a
statewide review of all positions and classes at least once
every five years.

Author:

Statutory Authority: Code of Ala. 1975, § 36-26-11.

History: Filed September 29, 1981.

·PERSONNEL/7

670-X-7-.02 **Revision Of The Plan.** Existing classes or positions may be abolished or changed or new classes added on recommendation of the Director and favorable vote of the Board in a regular meeting.

**Author:**

**Statutory Authority:** Code of Ala. 1975, § 36-26-11.

**History:** Filed September 29, 1981.

670-X-7-.03 **Uses Of The Classification Plan.** All provisions of the plan shall be observed in the handling of personnel activities and transactions. The titles assigned to positions by their allocation to the classes established by the classification plan shall be used in all personnel, accounting, and financial records, and communications of all state departments. Titles used in the course of departmental routine to indicate authority, status in the organization, or administrative rank may be continued in use for these purposes.

**Author:**

**Statutory Authority:** Code of Ala. 1975, § 36-26-11.

**History:** Filed September 29, 1981.

670-X-7-.04 **Allocation Of Positions To Classes.** Every position in the state service shall be allocated to one of the classes established by the classification plan. Those positions which are substantially similar with respect to difficulty, responsibility, and character of work, require generally the same kind and amount of training and experience for proper performance, and merit approximately equal pay shall be allocated to the same class. The class specifications for the several classes in the service shall be considered in allocating positions to classes and shall be interpreted as follows:

(a) Class specifications are descriptive only and are not restrictive. The use of a particular expression of duties, qualifications, requirements, or other attributes shall not be held to exclude others not mentioned if such others are

similar as to kind or quality.

(b) In determining the class to which any position shall be allocated, the specifications for each class shall be

considered as a whole. Consideration is to be given to the general duties, specific tasks, responsibilities required, qualifications and relationships to other classes as affording together a picture of the positions that the class is intended to include.

(c) Class specifications shall be construed as a general description of the kinds of work characteristic of positions properly to be allocated to that class and not as prescribing what the duties of any position shall be, nor as limiting the expressed or implied power of the authority now or hereafter vested with the right to prescribe or alter the duties of any position.

(d) The fact that the actual tasks performed by the incumbent of a position do not appear in the specification for the class to which the position has been allocated shall not be taken to mean that the position is necessarily excluded from the class. Nor shall any one example of a typical task taken without relation to the parts of the specification be construed as determining that a position should be allocated to the class.

(e) The statement of minimum qualifications expresses the minimum background in terms of education and experience which would be required of any new appointee to a position in the class as evidence of his ability to perform the work properly, and is to be so construed and not as imposing in itself any new or additional requirements upon incumbents of positions. Although they may not be expressed, such qualifications as should properly be required of incumbents of all or any positions, such as good physical condition, freedom from disabling defects, citizenship, suitable age, honesty, sobriety and industry, are taken for granted.

Author:

Statutory Authority: Code of Ala. 1975, § 36-26-11.

**History:** Filed September 29, 1981.

**670-X-7-.05 Allocation Of New Positions.** When new positions are created in any department, complete job descriptions shall be furnished the Director by the department, and he shall study the duties and responsibilities of the new position and determine the proper classification. If any appropriate classification does not already exist he shall prepare a new class specification and submit it to the Board for approval at its next regular meeting.

**Author:**

**Statutory Authority:** Code of Ala. 1975, § 36-26-11.

**History:** Filed September 29, 1981.

**670-X-7-.06 Reallocations.**

(1) An appointing authority shall report to the Director the addition of new assignments or the taking away of old ones. The Director shall investigate such changes in order to provide a basis for determining the effect on the classification of the position.

(2) The Director shall, on his own initiative, make periodic investigations of any and all positions in order to determine changes in duties and responsibilities of positions as a basis for keeping the classification plan up-to-date.

(3) An employee may at any time make a request in writing to the Director for a review of the description of his position. The request shall set forth the employee's reasons for the review and must be substantiated by his supervisor and the department head. If such reasons appear to be substantial, the Director shall make an investigation of the position with a view to determining the correctness or incorrectness of the allocation and the adjustment necessary.

(4) When it is found by any of the methods outlined above that a position is not in the most appropriate class, the Director shall reallocate it to the most appropriate class.

(5) A position that is reallocated to a higher class should normally be filled by certification and appointment from the open competitive or promotional eligible register for the new class. However, if the incumbent has been performing the duties that are the basis for reallocation for three months or more in a completely satisfactory manner at the time the position is reallocated to a higher class, he may be given status in the new class, if his name is among the upper one-half of those on the competitive eligible list or promotional list, as of the date of its establishment; or when he passes an examination for the class with a similar rating. Provided, however, that if the incumbent has been performing the duties that are the basis for reallocation for five years or more in a completely satisfactory manner at the time the position is reallocated to a higher class, he will be given status in the new class if his name appears on the competitive or promotional eligible list, as of the date of its establishment; or when he passes an examination for the class with a similar rating.

(6) If a position is reallocated to a lower class in a series, the incumbent may be given regular status in the new class; but may remain eligible for three years to go into a position in the higher class.

(7) If a position is reallocated to a class in another series (as from clerical to stenographic) the incumbent shall be required to pass an examination qualifying for that part of the work not covered by the previous examination.

(8) If the incumbent does not appear qualified for the new class to which the position is being reallocated, or if he fails to qualify on examination, he may be transferred to a position in the class for which he has previously qualified or be laid off if there is no position to which he may be transferred, and the position filled by a qualified person.

Author:

Statutory Authority: Code of Ala. 1975, § 36-26-11.

# EXHIBIT



STATE OF ALABAMA

ALABAMA PUBLIC SERVICE COMMISSION

STATE OFFICE BUILDING

P.O. BOX 991

MONTGOMERY, ALABAMA 36102

BILLY JOE CAMP, PRESIDENT

LYNN GREER, ASSOCIATE COMMISSIONER

JIM FOLSOM, JR., ASSOCIATE COMMISSIONER

August 18, 1981

*Exhibit*
*#2*

Mr. J. S. Frazer
Personnel Director
Personnel Department
402 Administrative Building
Montgomery, Alabama    36130

Re:    Review of Proposed APSC
Pay Ranges for Merit System Positions

Dear Mr. Frazer:

We wish to thank you for this opportunity to express our concerns again on a subject of such current importance and concern to our employees and management. Employees, supervisors, division directors and we Commissioners have reviewed the salary levels recommended by the State Personnel office. We are particularly concerned about the down-grading in pay ranges in certain disciplines, especially the transportation and utility areas where we are having less than success in attracting and retaining qualified employees. Attachment 1 shows the number of job classifications where critical cuts have been made with a recommended pay range to achieve parity with present grades.

Our recommended pay range changes are shown on Attachment 2. We have previously furnished you justification for these changes and would appreciate an opportunity for our division directors to work with your staff in complete discussions on each position. We have comparison data to discuss with you from the other state regulatory commissions, Federal regulatory bodies, and our regulated companies.

From our point of view the setting of reasonable pay ranges revolves around the importance of obtaining and retaining highly skilled regulatory employees who have been educated and trained for a complex task.

Mr. J. S. Frazer
August 18, 1981
page 2

We are convinced that our proposals to increase selected pay ranges will
improve our ability to regulate effectively and equitably transportation
and utility companies.

Sincerely,

Billy Joe Camp
President

Lynn Greer
Commissioner #1

Jim Folsom, Jr.
Commissioner #2

Attachments (2)

Comparison of Proposed Ranges With a Recommended Range to Achieve Equity With Present Range

| Proposed Class Code | Proposed Class Title | Craver Proposed Range | Recommended Range To Achieve Equity With Present Range |
|---|---|---|---|
| 11244 | Transportation Rate Supervisor | 78 | 79 |
| 11254 | Utility Rate Supervisor | 79 | 80 |
| 11258 | Rate Analysis Research Director | 82 | 83 |
| 11274 | PSC Transportation Director | 82 | 83 |
| 20513 | Utility Consumer Complaints Supervisor | 67 | 75 |
| 61410 | Railway Safety Inspector | 73 | 78 |
| 61412 | Railway Car Inspector | 70 | 73 |
| 61414 | Railway Track Inspector | 73 | 76 |
| 61420 | Transportation Enforcement Officer I | 64 | 68 |
| 61421 | Transportation Enforcement Officer II | 69 | 74 |
| 61423 | Transportation Enforcement Supv. | 77 | 78 |
| 61451 | Pipeline Safety Investigator I | 63 | 67 |
| 61452 | Pipeline Safety Investigator II | 69 | 72 |
| 61453 | Pipeline Safety Investigator III | - | 77 |
| 61455 | Pipeline Safety Training Officer | 74 | 77 |

| Code | Title | | |
|---|---|---|---|
| 20502 | Utility Investigative Technician II | *Tech I* |  |
| 20503 | Utility Investigative Technician III | 72 | 74 |
| 20510 | Utility Consumer Complaints Investigator | 77 | 79 |
| 20513 | Utility Consumer Complaints Supervisor | 64 | 65 |
| 20521 | Utility Engineering Specialist I | 67 | 80 |
| 20522 | Utility Engineering Specialist II | 80 | 83 |
| 20525 | Utility Engineering Director | 83 | 86 |
| 61410 | Railway Safety Inspector | 73 | 80 |
| 61412 | Railway Car Inspector | 70 | 75 |
| 61414 | Railway Track Inspector | 73 | 75 |
| 61420 | Transportation Enforcement Officer I | 64 |  |
| 61421 | Transportation Enforcement Officer II | 69 | 75 |
| 61423 | Transportation Enforcement Supv. | 77 | 80 |
| 61451 | Pipeline Safety Investigator I | 63 | 67 |
| 61452 | Pipeline Safety Investigator II | 69 | 72 |
| 61453 | Pipeline Safety Investigator III | 74 | 77 |
| 61455 | Pipeline Safety Training Officer | 74 | 77 |
| 61458 | Gas Pipeline Safety Administrator | 78 | 80 |

ATTACHMENT #2

## Proposed Ranges for APSC Technical Positions

| Proposed Class Code | Proposed Class Title | Craver Proposed Range | APSC Proposed Range |
|---|---|---|---|
| 10626 | Chief Accountant PSC | 80 | 82 |
| 11240 | Transportation Rate Analyst | 65 | 70 |
| 11242 | Transportation Rate Specialist | 73 | 75 |
| 11244 | Transportation Rate Supervisor | 78 | 80 |
| 11251 | Public Utilities Analyst I | 68 | 69 |
| 11252 | Public Utilities Analyst II | 74 | 75 |
| 11254 | Utility Rate Supervisor | 79 | 80 |
| 11256 | Utility Financial Auditing & Analysis Dir. | 82 | 85 |
| 11258 | Rate Analysis Research Director | 82 | 85 |
| 11261 | Public Utilities Auditor I | 68 | 69 |
| 11262 | Public Utilities Auditor II | 74 | 75 |
| 11263 | Public Utilities Auditor III | 78 | 80 |
| 11270 | Secretary PSC | 79 | 80 |
| 11274 | PSC Transportation Director | 82 | 82 |
| 11540 | Administrative Law Judge | 77 | 81 |
| 11543 | Chief Administrative Law Judge | 85 | 85 |
| 20501 | Utility Investigative Technician I | 67 | 69 |

# EXHIBIT

# A



**STATE OF ALABAMA**
ALABAMA PUBLIC SERVICE COMMISSION
P.O. BOX 304260
MONTGOMERY, ALABAMA 36130-4260

May 18, 2005

JIM SULLIVAN, PRESIDENT

JAN COOK, ASSOCIATE COMMISSIONER

GEORGE C. WALLACE, JR., ASSOCIATE COMMISSIONER

WALTER L. THOMAS, JR.
SECRETARY

*M E M O R A N D U M*

To:    Mr. Gregory Kelly
        Electricity Section

From:  Janice M. Hamilton, Director
        Energy Division

Re:    "Utilities Engineering Specialist II" Pay Range

*EXhIBIT*
*(#A)*

Please be informed that there is no longer any such "Utility Engineering Specialist II" position within State Service. Additionally, I have received and thoroughly examined all of the comparative analyses of various other engineering positions that you have prepared for consideration in a salary range increase for your job classification.

Even though it is true that the salary range for your job classification has not been changed in several years, I am puzzled as to why this action is so urgent to you in light of the fact that you were awarded a promotion within the past several months. Since your promotion, I've had difficulty seeing the same level of enthusiasm, initiative and productivity in your work that you apply to your quest for a salary increase.

As it pertains to the Technical classifications in the Energy Division, there is no plan on my part to request a salary study for the foreseeable future. At the appropriate time, however, when it benefits the Commission as a whole, such a request will be initiated from the division's management level.

Cc:    President Jim Sullivan
        Commissioner Jan Cook
        Commissioner George C. Wallace, Jr.
        Mr. John D. Free
        Ms. Dorinda J. Kepler
        File

# EXHIBIT

# B

Form 40 - Revised 1/95

# POSITION CLASSIFICATION QUESTIONNAIRE
STATE OF ALABAMA
Personnel Department

PCQ# 4117203

Employee's
1. Name  GREGORY KELLY                                    (For Dept Use Only)

2. ~~Classification PUBLIC UTILITIES TECHNICAL~~      5. ~~Division or Bureau  ENERGY DIVISION~~
SPECIALIST, SENIOR

3. Working Title  TECHNICAL SPECIALIST .        6. Section or Unit ELECTRICITY SECTION

4. Department  PUBLIC SERVICE COMMISSION        7. Work Location (County)  *Exhibit*

8. Name and title of immediate supervisor (person who assigns work)
JOHN D. FREE, PUBLIC UTILITY ANALYST MANAGER                *#B;*

9. Position is:  full-time  [ X ], part-time  [   ], permanent  [ X ], temporary  [   ].

10. SUPERVISION EXERCISED:  Only complete this section if this position completes performance appraisals or
actually participates in rating other employees.  If the position functions as a lead worker and only assigns work,
then list that responsibility on item 11B as a duty.

    a. Total number of employees that this position supervises:
    b. Percentage of time spent on supervision and related duties:
    c. If this position DIRECTLY supervises 5 or less employees, give names and titles.  If this position DIRECTLY
    supervises 5 or more employees give the number and official classification of each.

Defendant's
Exhibit 86

    d. As a supervisor, does this position:  (Check the activities performed)
    Make daily work assignments?              [   ]    Interview and make hiring recommendations?   [   ]
    Approve and Disapprove leave requests?     [   ]    Recommend disciplinary actions?              [   ]
    Reassign job duties on permanent basis?    [   ]    Prepare and conduct performance appraisals?  [   ]

11. DESCRIPTION OF DUTIES PERFORMED:

    a. In one or two sentences, describe the major purpose of this position.

This position will perform engineering, technical, and analytical assignments in the field of Public Utility
regulation. The assignments may include research, investigations, design & development of spreadsheets,
written reports, inspections, and written/oral correspondence.

b. Duty Statement:    *(Complete Column "C" first)*
┃ In column A, indicate PERCENTAGE of time spent on each duty (total should not exceed 100%).
┃ In column B, rate the duties as to their IMPORTANCE.  VI-Very Important  I-Important  SI-Somewhat Important
┃ In column C, describe in detail each of the position's PERMANENT duties and responsibilities using your OWN
    words.

| A<br>% | B<br>Rating | C<br>Description of Duties |
|---|---|---|
| 16.66% | VI | Review monthly reports submitted by Alabama Power Company regarding 1.) Monthly Meter Tests, 2.) Customer outages, 3.) Hydro and fossil plant outages, 4.) Hydro and fossil plant performance, 5.) Farley operating performance, 6) Peak Demand Report, and Environmental Reports in order to determine if any unusual or significant events (non-routine or extraordinary events) occurred in the previous month's operations and or testing procedures. This information should be documented in the Operations Summary Report and included in the monthly Black Book, as well as the Section's Electronic files. |
| 16.66% | VI | Plans and performs monthly visits and inspections (approximately three separate visits per month to various locations and facilities) of Alabama Power Company's utility plant operations (generation, transmission, distribution, etc.) and construction projects to gain an understanding of the Company's operating & maintenance practices, environmental projects, plant performance, system reliability, outages (planned & forced), infrastructure improvements, distribution service quality, extensions and enlargements, customer concerns, project expenditures as well as other related matters.  The visits should be planned and performed in a well organized and efficient manner. |
| 16.66% | VI | Document each visit and/or inspection of APCo facilities in order to establish a <u>detailed</u> written record of the information discussed during each visit.  The report must include all vital information obtained and/or discussed during the visit.  The report should be completed in time to be included with the corresponding Black Book, or as directed by Supervisor.  For example, the written reports for visits made in August should be completed and included in the August Black Book and the Section's electronic files. |
| 16.66% | I | Perform technical research, analysis, and documentation for special projects. This assignment may include work-related matters such as: 1.) IEEE, NESC, NEC, and ANSI Standards, 2.) FERC and NARUC technical issues, 3.) APCo rates, regulations, and policies 4.) APSC rules and regulations, and 5.) Petitions, filings, and/or other rate matters such as environmental projects. Each assignment should be completed as directed by Supervisor. |
| 16.66% | VI | Respond to technical data requests, phone inquiries, surveys and questionnaires from consumers, consultants, etc. and assist in the investigation of service complaints so that information is released in accordance with PSC rules and state law, and to reasonably assure the Utility's compliance to the General Rules and Special Electric Rules of the Alabama Public Service Commission (extension plans & policies, T & D maps, meter records, interruptions, etc.), as well as the staff's responsibilities regarding the same rules. This responsibility should be completed in a courteous and prompt manner with a brief synopsis included with the section's monthly Activities Report and/or documented in the monthly Complaints Report. |
| 16.66% | I | Continue professional development and other work related activities to include: 1.) Attending meetings, 2.) Training, 3.) Attending seminars and conferences, 4.) Reading Technical Periodicals, 5.) Reading current news articles related to the Energy and Electricity Sectors and 6.) Research industry specific issues. This task should be pursued in order to gain an understanding of Alabama utility regulation as well as the electric utility industry.  These developmental activities should be completed at least once each quarter and documented in a detailed report.  The report should be completed and included the corresponding monthly Black Book. |

(Attach additional sheets if necessary)

12. DECISION MAKING: Give ex    'e(s) of the more important decisions ma     'hile performing the duties of this position. Then list the possible effect of error(s) on the organization or gene... public.

1.) This position may provide a technical analysis regarding an electric service complaint. An error/oversight in this regard could lead to poor consumer service.

2.) This position may determine that a Utility's operating practices are in compliance with the Commission's rules. An error in this regard could result in the utility performing unsafely or inefficiently.

13. FINANCIAL RESPONSIBILITY: If this position has responsibility for controlling and/or authorizing the expenditure of funds, please describe and indicate approximate amount controlled.

N/A

14. WORK GUIDELINES: (Only include written guidelines) List the specific laws, regulations, instructions, manuals, or procedures that must be followed in performing this job and describe how they are used.

| LIST ITEM | HOW USED |
|---|---|
| National Electrical Code | In the review of utility operating practices. |
| Code of Alabama, Title 37 | In the daily exercise of regulatory responsibility. |
| State Employee Guidelines | In the daily conduct as a state employee. |
| National Electric Safety Code | In the review of utility operating practices. |
| State Employee Ethics Guidelines | In the daily conduct as a state employee. |
| APCO Rates, Rules & Regs. | In the daily performance of researching and making regulatory decisions. |
| APSC Rules & Regs. | In the daily performance of making regulatory decisions. |

15. SUPERVISION RECEIVED:
How is this position's work reviewed? (Check one)
[ ] Supervisor reviews most or all of work while it is being done.
[ ] Supervisor spot checks work as it is being done.
[x] Supervisor reviews most or all of work after completion.
[ ] Supervisor spot checks work after completion.
[ ] Supervisor does not review work.
[ ] Other. (describe fully)

16. WORK CONTACTS: With whom, outside of co-workers in this unit, must this position regularly come in contact?

1.) General Public
2.) Utility Company personnel
3.) Professional Consultants
4.) Attorney General's Office
5.) Other State's Commission personnel
6.) Other State Agencies

17. EQUIPMENT USED: List any equipment used regularly. Give percent of time spent in operation of each. For vehicles and construction and maintenance equipment operated, indicate capacity, e.g., tonnage, yardage.

Computer – 50%
Adding Machine – 5%
Telephone – 10%
State Vehicle – 20%

a. Does this position require typing?
[ ] NO
[x] YES--Give % of time spent in typing 25%

b. Does this position require taking shorthand?
[x] NO
[ ] YES--Give % of time spent in shorthand

18. Are the statements of the employee accurate and complete? (Indicate inaccuracies and incomplete items)

    YES.

19. If duties listed are for reallocation of position, what additional and/or more complex duties have been added to this position to warrant reallocation.

    N/A

20. List any required licenses, registrations, certifications, or special requirements necessary to perform the job.

    Valid Drivers License.

21. Check below the type of supervision provided by the immediate supervisor to this position.
    [ x ] CLOSE/HANDS ON   or   [ ] GENERAL/ADMINISTRATIVE

22. Additional information and comments (additional sheets may be attached, if necessary).

Item #


VERIFICATION - READ CAREFULLY BEFORE SIGNING

I hereby certify that I have read the above and verify that it is, to the best of my knowledge, correct and accurate.
I understand that disciplinary action could be taken against anyone who knowingly provides false information.

X _Gregory Kelly_                    _10-6-2005_                                    Telephone # (ATTNET)
Signature of Incumbent                Date                                          _242-9579_

_John D. Fuel_                        _10-6-05_   _Asst. Utility Auto Contract Manager_
Signature of Supervisor               Date        Title/Classification   Telephone # (ATTNET)

_Alan Cook_                           10-7-05   Personnel Section 242-5025
_Jim Sullivan_
Signature of Appointing Authority     Date                Telephone # (ATTNET)
_George L. Wallace Jr._

[ blank ]

Form 40 - Revised 1/95

# POSITION CLASSIFICATION QUESTIONNAIRE
### STATE OF ALABAMA
### Personnel Department

PCQ#

Employee's

1. Name  GREGORY KELLY                                        (For Dept Use Only)

2. Classification  UTILITIES ENGINEERING          5. Division or Bureau  ENERGY DIVISION
   SPECIALIST II

3. Working Title  ENGINEER I I                    6. Section or Unit ELECTRICITY SECTION

4. Department  PUBLIC SERVICE COMMISSION          7. Work Location (County)  MONTGOMERY

8. Name and title of immediate supervisor (person who assigns work)
   JOHN D. FREE, SUPERVISOR, ELECTRICITY SECTION

9. Position is: full-time  [ X ], part-time  [  ], permanent  [ X ], temporary  [  ].

10. SUPERVISION EXERCISED:  Only complete this section if this position completes performance appraisals or actually participates in rating other employees.  If the position functions as a lead worker and only assigns work, then list that responsibility on item 11B as a duty.

    a. Total number of employees that this position supervises:
    b. Percentage of time spent on supervision and related duties:
    c. If this position DIRECTLY supervises 5 or less employees, give names and titles.  If this position DIRECTLY supervises 5 or more employees give the number and official classification of each.

    d. As a supervisor, does this position:  (Check the activities performed)
       Make daily work assignments?                [  ]    Interview and make hiring recommendations?    [  ]
       Approve and Disapprove leave requests?      [  ]    Recommend disciplinary actions?               [  ]
       Reassign job duties on permanent basis?     [  ]    Prepare and conduct performance appraisals?   [  ]

11. DESCRIPTION OF DUTIES PERFORMED:

    a. In one or two sentences, describe the major purpose of this position.

    This position will perform engineering, technical, and analytical assignments in the field of Public Utility regulation. The assignments may include research, investigations, design & development of spreadsheets, written reports, inspections, and written/oral correspondence.

Employee Exhibit    $C$

b. Duty Statement: (*Complete ~ ˉ mn "C" first*)
⌊ In column A, indicate PERCE... ᴛAGE of time spent on each duty (total sho... not exceed 100%).
⌊ In column B, rate the duties as to their IMPORTANCE. VI-Very Important I-Important SI-Somewhat Important
⌊ In column C, describe in detail each of the position's PERMANENT duties and responsibilities using your OWN words.

| A % | B Rating | C Description of Duties |
|---|---|---|
| 11.1% | VI | Review monthly reports submitted by Alabama Power Company regarding 1.) Monthly Meter Tests, 2.) Customer outages, 3.) Hydro and fossil plant outages, 4.) Hydro and fossil plant performance, 5.) Farley operating performance, and 6.) Peak demand in order to determine if any unusual or significant events (non-routine or extraordinary events) occurred in the previous month's operations and or testing procedures. These items should be noted and discussed with supervisor as well as discussed with the appropriate APCo personnel during site visits. |
| 11.2% | VI | Performs monthly visits and inspections (approximately three trips per month to various locations) of Alabama Power Company's utility plant operations (generation, transmission, distribution, etc.) and construction projects to gain an understanding of the Company's operating & maintenance practices, plant performance, system reliability, outages (planned & forced), infrastructure improvements, distribution service quality, extensions and enlargements, customer concerns, project expenditures as well as other related matters. |
| 11.1% | VI | Document each visit and/or inspection of APCo facilities in order to establish a detailed written record of the information discussed during each visit. The report should be completed within one week after the visit and provided to Supervisor. |
| 11.1% | I | Perform technical research, analysis, and documentation for special projects. This assignment may include work-related matters such as: 1.) IEEE, NESC, NEC, and ANSI Standards, 2.) FERC and NARUC technical issues, 3.) APCo rates, regulations, and policies 4.) APSC rules and regulations, and 5.) Petitions, filings, and/or other rate matters. Each assignment should be properly documented to include: 1.) Scope of research, 2.) Sources of information, and 3.) Results of the analysis. Each assignment should be completed as directed by Supervisor. |
| 11.1% | I | Prepare monthly monitoring reports (T & D, reliability, peak demand, capacity factors, etc.), as assigned by Supervisor, so that the Company's books and records are analyzed for cost variances, budget variances, and/or significant trends. The reports should be completed by the 10th of each month, for the prior month's financials received, with each significant variance documented within the report (greater than 10% or $500,000). |
| 11.1% | VI | Respond to technical data requests, phone inquiries, surveys and questionnaires from consumers, consultants, and others so that information is released in accordance with PSC rules, state law and supervisor's direction in a courteous and prompt manner with a brief synopsis included with section's monthly activities report. |
| 11.1% | VI | Perform the necessary research, visits, analysis, inquiries, etc. in order to assist in the investigation of service complaints and to reasonably assure the Utility's compliance to the General Rules and Special Electric Rules of the Alabama Public Service Commission (extension plans & policies, T & D maps, meter records, interruptions, etc.) as well as the staff's responsibilities regarding the same rules. The efforts and activities relevant to this assignment should be completely documented in a permanent file and discussed with Supervisor on a monthly basis. |
| 11.1% | I | Continue professional development and other work related activities to include: 1.) Attending meetings, 2.) Training, 3.) Attending seminars and conferences, 4.) Reading of Technical Periodicals., 5.) Reading current news articles related to the Energy and Electricity Sectors and 6.) Research industry specific issues. This task should be pursued in order to gain an understanding of Alabama utility regulation as well as the electric utility industry. These developmental activities should be completed on a monthly basis, documented, and discussed with supervisor. |
| 11.1% | VI | Perform technical research, analysis, and documentation of the Company's Environmental Compliance activities and strategies (SCRs, Low NOX Burners, ESPs, SNCRs, Scrubbers, Mercury controls, fuel switching, construction schedules and budgets, etc.) All research, analysis, and monitoring should be properly documented to include: 1.) Scope of research, 2.) Sources of information, and 3.) Results of the analysis. The Environmental Activities should be reviewed on a continuous basis and/or as directed by Supervisor. |

(Attach additional sheets if necessary)

12. DECISION MAKING: Give example(s) of the more important decisions made while performing the duties of this position. Then list the possible effect of error(s) on the organization or general public.

.) This position may decide on the appropriate design/presentation of various analytical reports and/or spreadsheets. An ineffective design may not capture the correct information. This could lead to significant cost variances going undetected.
2.) This position may determine that a Utility's operating practices are in compliance with the Commission's rules. An error in this regard could result in the utility performing unsafely or inefficiently.

13. FINANCIAL RESPONSIBILITY: If this position has responsibility for controlling and/or authorizing the expenditure of funds, please describe and indicate approximate amount controlled.

N/A

14. WORK GUIDELINES: (Only include written guidelines) List the specific laws, regulations, instructions, manuals, or procedures that must be followed in performing this job and describe how they are used.

| LIST ITEM | HOW USED |
|---|---|
| National Electrical Code | In the review of utility operating practices. |
| Code of Alabama, Title 37 | In the daily exercise of regulatory responsibility. |
| State Employee Guidelines | In the daily conduct as a state employee. |
| National Electric Safety Code | In the review of utility operating practices. |
| State Employee Ethics Guidelines | In the daily conduct as a state employee. |
| APCO Rates, Rules & Regs. | In the daily performance of researching and making regulatory decisions. |
| APSC Rules & Regs. | In the daily performance of making regulatory decisions. |

15. SUPERVISION RECEIVED:
How is this position's work reviewed?  (Check one)
[ ] Supervisor reviews most or all of work while it is being done.
[ ] Supervisor spot checks work as it is being done.
[x] Supervisor reviews most or all of work after completion.
[x] Supervisor spot checks work after completion.
[ ] Supervisor does not review work.
[ ] Other. (describe fully)

16. WORK CONTACTS: With whom, outside of co-workers in this unit, must this position regularly come in contact?

1.) General Public
2.) Utility Company personnel
3.) Professional Consultants
4.) Attorney General's Office

5.) Other State's Commission personnel
6.) Other State Agencies

17. EQUIPMENT USED: List any equipment used regularly. Give percent of time spent in operation of each. For vehicles and construction and maintenance equipment operated, indicate capacity, e.g., tonnage, yardage.

Computer – 50%
Adding Machine – 5%

Telephone – 10%
State Vehicle – 20%

a. Does this position require typing?
[ ] NO
[x] YES—Give % of time spent in typing 25%

b. Does this position require taking shorthand?
[x] NO
[ ] YES—Give % of time spent in shorthand

ITEMS TO BE COMPLETED BY IMMEDIATE SUPERVISOR AND/OR APPOINTING AUTHORITY

8.   Are the statements of the employee accurate and complete? (Indicate inaccuracies and incomplete items)

     YES.

19.  If duties listed are for reallocation of position, what additional and/or more complex duties have been added to this
     position to warrant reallocation.

     N/A

20.  List any required licenses, registrations, certifications, or special requirements necessary to perform the job.

     Valid Drivers License.

21.  Check below the type of supervision provided by the immediate supervisor to this position.
     [ x ] CLOSE/HANDS ON     or     [ ] GENERAL/ADMINISTRATIVE

22.  Additional information and comments (additional sheets may be attached, if necessary).

     Item #


VERIFICATION - READ CAREFULLY BEFORE SIGNING

I hereby certify that I have read the above and verify that it is, to the best of my knowledge, correct and accurate.
I understand that disciplinary action could be taken against anyone who knowingly provides false information.

| | | | |
|---|---|---|---|
| _Gregory Kelly_ | 8-31-2004 | | 334-242-9727 |
| Signature of Incumbent | Date | | Telephone # (ATTNET) |
| _John D. Lee_ | 8-31-2004 | Utility Rate Supervisor | 334-242-9579 |
| Signature of Supervisor | Date | Title/Classification | Telephone # (ATTNET) |
| _Jan Cook_ _George Wallace_ _Jim Sullivan_ | | | |
| Signature of Appointing Authority | Date | | Telephone # (ATTNET) |

[ blank ]

Form 13P        EMPLO⁻ ⁻ PERFORMANCE *PREAPPRA⁻ L*
Revised (06/2005)        STATE OF ALABAMA
                        Personnel Department

Employee Name:  GREGORY KELLY                Social Security Number: 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

Agency:  018/PUBLIC SERVICE COMMISSION        Division: Energy

Classification:  PUBLIC UTIL TEC SPEC, SR     Class Code:  20522

Period Covered From: 10/01/2005 To: 10/01/2006    Position Number: 04117203

*RESPONSIBILITIES/RESULTS:* Responsibilities and results on which an employee will be rated should be listed below.  These factors should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year.  Please refer to the Performance Appraisal Manual for instruction on specifics of preparing, conducting, and completing the Preappraisal.  Refer to the same manual for information concerning how to develop responsibilities and results.

1.  Review monthly reports submitted by Alabama Power Company regarding 1.) Monthly Meter Tests, 2.) Customer outages, 3.) Hydro and fossil plant outages, 4.) Hydro and fossil plant performance, 5.) Farley operating performance, 6) Peak Demand Report, and Environmental Reports in order to determine if any unusual or significant events (non-routine or extraordinary events) occurred in the previous month's operations and or testing procedures. This information should be documented in the Operations Summary Report and included in the monthly Black Book, as well as the Section's Electronic files.

2.  Plans and performs monthly visits and inspections (approximately three separate visits per month to various locations and facilities) of Alabama Power Company's utility plant operations (generation, transmission, distribution, etc.) and construction projects to gain an understanding of the Company's operating & maintenance practices, environmental projects, plant performance, system reliability, outages (planned & forced), infrastructure improvements, distribution service quality, extensions and enlargements, customer concerns, project expenditures as well as other related matters. The visits should be planned and performed in a well organized and efficient manner.

3.  Document each visit and/or inspection of APCo facilities in order to establish a detailed written record of the information discussed during each visit. The report must include all vital information obtained and/or discussed during the visit. The report should be completed in time to be included with the corresponding Black Book, or as directed by Supervisor. For example, the written reports for visits made in August should be completed and included in the August Black Book and Section's electronic files.

4.  Perform technical research, analysis, and documentation for special projects. This assignment may include work-related matters such as: 1.) IEEE, NESC, NEC, and ANSI Standards, 2.) FERC and NARUC technical issues, 3.) APCo rates, regulations, and policies 4.) APSC rules and regulations, and 5.) Petitions, filings, and/or other rate matters such as environmental projects. Each assignment should be completed as directed by Supervisor.

5.  Respond to technical data requests, phone inquiries, surveys and questionnaires from consumers, consultants, etc. and assist in the investigation of service complaints so that information is released in accordance with PSC rules and state law, and to reasonably assure the Utility's compliance to the General Rules and Special Electric Rules of the Alabama Public Service Commission (extension plans & policies, T & D maps, meter records, interruptions, etc.), as well as the staff's responsibilities regarding the same rules. This responsibility should be completed in a courteous and prompt manner with a brief synopsis included with the section's monthly Activities Report and/or documented in the monthly Complaints Report.

6.  Continue professional development and other work related activities to include: 1.) Attending meetings, 2.) Training, 3.) Attending seminars and conferences, 4.) Reading of Technical Periodicals, 5.) Reading current news articles related to the Energy and Electricity Sectors and 6.) Research industry specific issues. This task should be pursued in order to gain an understanding of Alabama utility regulation as well as the electric utility industry.  These developmental activities should be completed at least once each quarter and documented in a detailed report. The report should be completed and included the corresponding monthly Black Book.



Defendants Exhibit 73

*WORK HABITS:* Provide a check in the appropriate space to document that the policies and procedures concerning th following areas have been discussed with the employee. For instructions, refe the Performance Appraisal Manual an policies of the agency.

CHECK WHEN DISCUSSED:

| | |
|---|---|
| X | Attendance |
| X | Punctuality |
| X | Cooperation with Coworkers |
| X | Compliance with Rules |

*PREAPPRAISAL SIGNATURES:* Signatures are mandatory.

Date the Preappraisal Session was held with the employee: *October 5, 2005*

Employee Signature: (denotes discussion and receipt of form, not agreement) *Gregory Kelly*

Rater Signature: (denotes discussion and employee receipt of form) *John D. Free*

Reviewer Signature: *Motgamulton 10/6/05*

## EMPLOYEE PERFORMANCE *MIDAPPRAISAL*

Describe any employee's strength(s) in performing responsibilities and/or conducting work habits, as observed, during the first half of the appraisal period.   *See attachments.*

Describe any area(s) that the employee needs to improve in performance of responsibilities and/or work habits, as observed, during the first half of the appraisal period. Document any actions taken or the corrective action plan that was developed to improve the areas of weakness. If a plan has not been developed, it is appropriate for the rater to consider developing a plan at this time.   *See attachments.*

State the areas where the employee has performed in a fully competent manner during the first half of the appraisal period. Documentation in this area means that the employee performed to the expected level of performance as discussed in the Preappraisal session. If there is no documentation in the first two areas, this section should be completed.   *See attachments.*

A Midappraisal session has been held on this date and performance has been discussed:

Employee Signature: X *Gregory Kelly*   Initial if comments attached: *GK*

Rater Signature: *John D. Free — 4-17-2006*   Initial if comments attached: *JDF*

Reviewer Signature: *Motgamulton 4/21/2006*   Initial if comments attached:

(Signatures denote that a Midappraisal session has been held between the supervisor and employee. Signatures are mandatory. Employee signature does not denote agreement but discussion of the form and rater comments. Comments may be attached. The person attaching comments must initial in the appropriate space.)

April 17, 2006

Gregory Kelly
Evaluation for the Period
October 1, 2005 – March 31, 2006

(1) Review monthly reports submitted by Alabama Power Company regarding 1.) Monthly Meter Tests, 2.) Customer outages, 3.) Hydro and fossil plant outages, 4.) Hydro and fossil plant performance, 5.) Farley operating performance, 6) Peak Demand Report, and 7) Environmental Reports in order to determine if any unusual or significant events (non-routine or extraordinary events) occurred in the previous month's operations and or testing procedures. This information should be documented in the Operations Summary Report and included in the monthly Black Book, as well as the Section's Electronic files.

Rating: Partially Meets Standards - 1

1) October 2005: - Report on file, routine comments provided, three data errors and one typographical error.
2) November 2005: - Report on file, routine comments provided, three data errors and seven typographical errors.
3) December 2005 - Report on file, routine comments provided, three data errors and five typographical errors.
4) January 2006 - Report on file, routine comments provided, four data errors, seven typographical errors, and two incomplete items.
5) February 2006 – Report on file, routine comments provided, two data errors and nine typographical errors.
6) March 2006 –
7) April 2006 -
8) May 2006 -
9) June 2006 -
10) July 2006 -
11) August 2006 –
12) September 2006 –

Also, prepare monthly monitoring reports (Peak Demand, Generation Capacity Factors, etc.), as assigned by Supervisor, so that the Company's books and records are analyzed for cost variances, budget variances, and/or significant trends. The reports should be completed by the 10th of each month, for the prior month's financials received, with each significant variance documented within the report (greater than 10% or $500,000).

October 2005
1) Generation Capacity report on file, eleven errors detected.
November 2005
1) Generation Capacity report on file, thirteen data errors detected and two typographical errors.
December 2005
1) Generation Capacity report on file, two data errors detected and one formatting error.
January 2006

1)    Generation Capacity report on file, nine data errors and one formatting error detected.
February 2006
1)    Generation Capacity report on file, six data errors and one formatting error detected.
2)    Peak Demand report on file, no errors detected.
March 2006
April 2006
May 2006
June 2006
July 2006
August 2006
September 2006

Strengths:  Reports were completed.

Weaknesses:   The monthly Operational Report contained numerous data, typographical, and formatting errors for the period October 2005 – February 2006, which yielded these reports unreliable. All reports should be accurate and reliable at the time of inclusion in the Black Book.  Also, this report should present the more important and noteworthy information (forced outages, start-up failures, nuclear refueling, etc.) gathered from reviewing the Company's operational reports listed above.

The peak demand report should be completed and on file on a quarterly basis.

The Generation Capacity Report contained numerous data, typographical, and formatting errors for the period October 2005 – February 2006, which yielded these reports unreliable. All reports should be accurate and reliable at the time of inclusion in the Black Book.

Action Plan:  Provide copies of the reports to Manager when completed, but before inclusion in the Black Book.  Provide supporting operational reports as well.  Plan to go over reports at that time.

(2) Plans and performs monthly visits and inspections (approximately three separate visits per month to various locations and facilities) of Alabama Power Company's utility plant operations (generation, transmission, distribution, etc.) and construction projects to gain an understanding of the Company's operating & maintenance practices, environmental projects, plant performance, system reliability, outages (planned & forced), infrastructure improvements, distribution service quality, extensions and enlargements, customer concerns, project expenditures as well as other related matters. The visits should be planned and performed in a well organized and efficient manner.

Rating: Exceeds Standards – 3

October 2005
Union Springs District Office, Daleville District Office, Yates Dam, and Martin Dam.

November 2005
Gorgas Steam Plant, Miller Steam Plant, Thurlow Dam, and East Jefferson District.

December 2005
Greene County Steam Plant and Demopolis District Office.

January 2006
Anniston District Engineering, Anniston Meter Shop, E.C. Gaston Steam Plant, and Prattville/Montgomery Metro Office.

February 2006
Birmingham Metro, Barry Steam Plant, Saraland Office, and Olin Co-Gen Plant.

March 2006

April 2006

May 2006

June 2006

July 2006

August 2006

September 2006

Comments  Greg scheduled and conducted 18 site visits/meetings over the period October 2005 – February 2006 for an average of 3.6 per month. Each month, Greg provides me a written schedule of his confirmed site visits for the month. Also, Greg maintains a chronological list of his visits from 2002 through the present time. Greg's inspections for this period were diversified among steam plants, dams, district offices, an engineering office, and a meter shop.

I strongly encourage Greg to improve the efficiency of the inspections/visits by:  1) Allowing a reasonable amount of travel time for a visit, but not excessive amounts.  Make every reasonable effort to arrive at a scheduled meeting on time, 2) Including as many inspections/visits as reasonably possibly while traveling away from home base in order to utilize travel time most efficiently, 3) Preparing an agenda and items for discussion before going to the site, 4) Reviewing any internal reports and/or Company reports that relate to the site before going to the meeting, 5) Inspecting the facility for compliance with Commission Rules (meter rules, customer notification rules, etc.), and 6) Completing a written report within 30 days of the inspection.

Also, I recommend that Greg utilize his site visits/inspections of the generating facilities to review and discuss matters other than just environmental projects.  Greg needs to expand his discussions to include plant performance, maintenance projects, construction projects, forced outages, scheduled outages, etc.

Greg has been informed that to exceed standards he would need to make more visits than required under the standard.  Also, Greg was informed that planning the visits, making the visits in an efficient manner and making visits to various type facilities were part of the expected standard.

(3) Document each visit and/or inspection of APCo facilities in order to establish a detailed written record of the information discussed during each visit. The report must include all vital information obtained and/or discussed during the visit. The report should be completed in time to be included with the corresponding Black Book, or as directed by Supervisor. For example, the written reports for visits made in August should be completed and included in the August Black Book and Section's electronic files.

Rating: Exceeds Standards — 3

October 2005
Union Springs District Office – report on file, meets standards.

Daleville District Office – report on file, exceeds standards.

Yates Dam – report on file, exceeds standards.

Martin Dam - report on file, exceeds standards.

November 2005
Gorgas Steam Plant – report on file, 3 of 5 environmental projects are mentioned. Need to inspect all projects addressed in the ECO Plan and/or included in the monthly environmental reports submitted by the company. Meets standards.

Miller Steam Plant - report on file, 3 of 5 environmental projects are mentioned. Need to inspect all projects addressed in the ECO Plan and/or included in the monthly environmental reports submitted by the company. Partially meets standards.

Thurlow Dam - report on file, exceeds standards.

East Jefferson District - report on file, meets standards.

December 2005
Greene County Steam Plant – report on file, exceeds standards.

Demopolis District Office - report on file, exceeds standards.

January 2006
Anniston District Engineering – report on file, exceeds standards.

Anniston Meter Shop – report on file, exceeds standards.

E.C. Gaston Steam Plant - report on file, exceeds standards.

Prattville/Montgomery Metro Office - report on file, exceeds standards.

February 2006
Birmingham Metro – report on file, provided follow-up news article related to a Birmingham Metro outage, exceeds standards.

Barry Steam Plant - report on file, meets standards.

Saraland Office - report on file, meets standards.

Olin Co-Gen Plant - report on file, meets standards.

March 2006

April 2006

May 2006

June 2006

July 2006

August 2006

September 2006

**Comments:** In most cases, Greg has provided sufficient background information for the reader. Also, Greg normally provides staffing information. In future reports, Greg should always include a detailed review of the facility's responsibilities and how the personnel are utilized to carry out its responsibilities. Greg should include a detailed discussion of any construction projects in the area or included in that facility's budget as well as maintenance projects. Voltage levels and load levels at time of visit should be documented if applicable. Security, safety, reliability, Sarbanes-Oxley, separation of appliance sales, connects/ reconnects, and estimating meter reads should be discussed if applicable. A visual inspection (walk down, ride the lines, etc.) of the facilities should be completed. Also, Greg needs to report on the facility's compliance with Commission Rules if applicable.

(4) Perform technical research, analysis, and documentation for special projects. This assignment may include work-related matters such as: 1.) IEEE, NESC, NEC, and ANSI Standards, 2.) FERC and NARUC technical issues, 3.) APCo rates, regulations, and policies 4.) APSC rules and regulations, and 5.) Petitions, filings, and/or other rate matters such as environmental projects. Each assignment should be completed as directed by Supervisor.

Rating: Meets Standards – 2.

October 2005 – Participated in APSC Annual Report.

January 2006 – Greg was asked to review, comment, and/or pose questions and concerns regarding the 2005 – 2006 environmental capital projects, O&M items, and Technology Fact Sheets included in the staff's preliminary report. Greg responded with several suggestions regarding the layout of the report, but only asked one question (which was inaccurate) regarding the environmental projects. I expect more input from Greg regarding the environmental compliance plans.

January 2006 – Greg compiled all of his 2005 site visit reports that were related to inspections of environmental projects. They were submitted to me electronically for inclusion in the Staff Report.

January 2006 - Greg compiled all of his 2005 site visit photos that were related to inspections of environmental projects. They were submitted to me electronically for inclusion in the Staff Report.

January 2006 – Performed technical research and prepared a technology fact sheet for TOXECON II and COHPAC.

January 2006 – Researched Kyoto Protocol and the Clear Skies Initiative. Incorporated some of this information as background material in one of his reports.

January 2006 – Researched Gulf Coast Ozone Study (GCOS). Incorporated some of this information as background material in one of his reports.

(5) Respond to technical data requests, phone inquiries, surveys and questionnaires from consumers, consultants, etc. and assist in the investigation of service complaints so that information is released in accordance with PSC rules and state law, and to reasonably assure the Utility's compliance to the General Rules and Special Electric Rules of the Alabama Public Service Commission (extension plans & policies, T & D maps, meter records, interruptions, etc.), as well as the staff's responsibilities regarding the same rules. This responsibility should be completed in a courteous and prompt manner with a brief synopsis included with the section's monthly Activities Report and/or documented in the monthly Complaints Report.

Rating: Meets Standards – 2.

September – November 2005: Monitored the Carl Tamm complaint of low voltage and provided insightful information to Consumer Services regarding the complaint. Monthly documentation of the correspondence/communications related to this complaint was minimal.

December 2005 – February 2006: Russell Balch & Tiger Suites request for an exception to Sub-Metering rule. Records are incomplete and inaccurate. Greg attended the first meeting on this request. Afterwards, Manager performed oversight of this requests. I strongly encourage Greg to follow-up on any inquiries of which he has been involved.

December 2005 – February 2006: Monitored the Billy Walters complaint regarding extension of service costs and provided insightful information to Consumer Services regarding the complaint. Monthly documentation of the correspondence/communications related to this complaint was minimal.

January – February 2006: Monitored the Mary Thompson complaint regarding extension of service cost. Requested cost estimates and engineering drawings and suggested a site visit may be in order after reviewing the specific information. Monthly documentation of the correspondence/communications related to this complaint was minimal.

February 16, 2006 – Mr. Bradley requested a copy of the Company's Meter Test Plan. Greg summarized the Company's Meter Test Plan that is on file at the Commission and provided this information to Mr. Bradley.

Comments: Ongoing documentation of each outstanding item should be updated each month and reflect current month activities/communications and status of each item.

(6) Continue professional development and other work related activities to include: 1.) Attending meetings, 2.) Training, 3.) Attending seminars and conferences, 4.) Reading of Technical Periodicals., 5.) Reading current news articles related to the Energy and Electricity Sectors and 6.) Research industry specific issues. This task should be pursued in order to gain an understanding of Alabama utility regulation as well as the electric utility industry. These developmental activities should be completed at least once each quarter and documented in a detailed report. The report should be completed and included the corresponding monthly Black Book.

Rating: Meets Standards – 2.

November 2005 – Net Metering webcast. Did not participate.

November 2005 – Substation monitoring web seminar. Did not participate.

January 2006 – Performed technical research and prepared a technology fact sheet for TOXECON II and COHPAC.

January 2006 – Researched Kyoto Protocol and the Clear Skies Initiative. Incorporated some of this information as background material in one of his reports.

January 2006 – Researched Gulf Coast Ozone Study (GCOS). Incorporated some of this information as background material in one of his reports.

February 2006 – Provided a news article regarding a hydrogen power plant.

[ blank ]

Form 13P
Revised (1/1/1998)

Promoted 6/20

EM.  )YEE PERFORMANCE APF    ISAL
STATE OF ALABAMA
Personnel Department

*PREAPPRAISAL*

Employee Name:  Gregory Kelly                Social Security Number:    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

Agency:  018    Public Service Commission        Division:    Energy

Classification:  Utility Engineering Spec. II        Class Code:    20522

Period Covered From:  5/29/04    To:    5/28/05        Position #4117203



---

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These areas should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on how to develop responsibilities and results.

### RESPONSIBILITIES/RESULTS

1. Review monthly reports submitted by Alabama Power Company regarding 1.) Monthly Meter Tests, 2.) Customer outages, 3.) Hydro and fossil plant outages, 4.) Hydro and fossil plant performance, 5.) Farley operating performance, and 6.) Peak demand in order to determine if any unusual or significant events (non-routine or extraordinary events) occurred in the previous month's operations and or testing procedures. These items should be noted and discussed with supervisor as well as discussed with the appropriate APCo personnel during site visits.

2. Performs monthly visits and inspections (approximately three trips per month to various locations) of Alabama Power Company's utility plant operations (generation, transmission, distribution, etc.) and construction projects to gain an understanding of the Company's operating & maintenance practices, plant performance, system reliability, outages (planned & forced), infrastructure improvements, distribution service quality, extensions and enlargements, customer concerns, project expenditures as well as other related matters.

3. Document each visit and/or inspection of APCo facilities in order to establish a detailed written record of the information discussed during each visit. The report should be completed within one week after the visit and provided to Supervisor.

4. Perform technical research, analysis, and documentation for special projects. This assignment may include work-related matters such as: 1.) IEEE, NESC, NEC, and ANSI Standards, 2.) FERC and NARUC technical issues, 3.) APCo rates, regulations, and policies 4.) APSC rules and regulations, and 5.) Petitions, filings, and/or other rate matters. Each assignment should be properly documented to include: 1.) Scope of research, 2.) Sources of information, and 3.) Results of the analysis. Each assignment should be completed as directed by Supervisor.

5. Prepare monthly monitoring reports (T & D, reliability, peak demand, capacity factors, etc.), as assigned by Supervisor, so that the Company's books and records are analyzed for cost variances, budget variances, and/or significant trends. The reports should be completed by the 10th of each month, for the prior month's financials received, with each significant variance documented within the report (greater than 10% or $500,000).

6. Respond to technical data requests, phone inquiries, surveys and questionnaires from consumers, consultants, and others so that information is released in accordance with PSC rules, state law and supervisor's direction in a courteous and prompt manner with a brief synopsis included with section's monthly activities report.

7. Perform the necessary research, visits, analysis, inquiries, etc. in order to assist in the investigation of service complaints and to reasonably assure the Utility's compliance to the General Rules and Special Electric Rules of the Alabama Public Service Commission (extension plans & policies, T & D maps, meter records, interruptions, etc.) as well as the staff's responsibilities regarding the same rules. The efforts and activities relevant to this assignment should be completely documented in a permanent file and discussed with Supervisor on a monthly basis.

8. Continue professional development and other work related activities to include: 1.) Attending meetings, 2.) Training, 3.) Attending seminars and conferences, 4.) Reading of Technical Periodicals, 5.) Reading current news articles related to the Energy and Electricity Sectors and 6.) Research industry specific issues. This task should be pursued in order to gain an understanding of Alabama utility regulation as well as the electric utility industry. These developmental activities should be completed on a monthly basis, documented, and discussed with supervisor.

9. Perform technical research, analysis, and documentation of the Company's Environmental Compliance activities and strategies (SCRs, Low NOx burners, ESP's, SNCRs, Scrubbers, Mercury controls, fuel switching, construction schedules and budgets, etc.) All research, analysis, and monitoring should be properly documented to include: 1.) Scope of research 2.) Sources of information and 3.) Results of the analysis. The Environmental Activities should be reviewed on a continuous basis and/or as directed by Supervisor.

**WORK HABITS:**  Provide a ☐   : in the appropriate space when the p☐   ☐s and procedures concerning the following areas have been discussed with the employee.  In particular, the attendance and punctuality policies should be provided to the employee in writing.  For instructions, refer to the performance appraisal manual and policies of the agency.

CHECK IF DISCUSSED:          X     Attendance

                             X     Punctuality

                             X     Cooperation with Coworkers

                             X     Compliance with Rules

PREAPPRAISAL SIGNATURES: Date of Session:  *6 - 11 - 04*

Employee Signature:  *Gregory Kelly*

Rater Signature:  *John D. Free*  *6-11-2004*

Reviewer Signature:  *M Hamilton*  *6/11/04*

## MIDAPPRAISAL

Describe the employee's performance strength(s) as observed during the first half of the appraisal period.

Describe area(s) of the employee's performance that need improvement as observed during the first half of the appraisal period.

_____Document the action plan that has been discussed to improve the areas of weakness.

A midappraisal has been held and performance has been discussed:

Date:

Employee Signature:                              Rater Signature:

[ blank ]

Form 40 - Revised 1/95

## POSITION CLASSIFICATION QUESTIONNAIRE
STATE OF ALABAMA
Personnel Department

PCQ# *4117 402*

Employee's
1.   Name   GREGORY KELLY                                        (For Dept Use Only)

2.   Classification  UTILITIES ENGINEERING         5.  Division or Bureau  ENERGY DIVISION
                        SPECIALIST I

3.   Working Title  ENGINEER I                     6.  Section or Unit  ELECTRICITY SECTION

4.   Department  PUBLIC SERVICE COMMISSION          7.  Work Location (County)  MONTGOMERY

8.   Name and title of immediate supervisor (person who assigns work)
     JOHN D. FREE, SUPERVISOR, ELECTRICITY SECTION

9.   Position is:  full-time  [ X ], part-time  [  ], permanent  [ X ], temporary  [  ].

10.  SUPERVISION EXERCISED:  Only complete this section if this position completes performance appraisals or
     actually participates in rating other employees.  If the position functions as a lead worker and only assigns work, then
     list that responsibility on item 11B as a duty.

     a.  Total number of employees that this position supervises:
     b.  Percentage of time spent on supervision and related duties:
     c.  If this position DIRECTLY supervises 5 or less employees, give names and titles.  If this position DIRECTLY
         supervises 5 or more employees give the number and official classification of each.

     d.  As a supervisor, does this position:  (Check the activities performed)
         Make daily work assignments?              [  ]     Interview and make hiring recommendations?    [  ]
         Approve and Disapprove leave requests?     [  ]     Recommend disciplinary actions?               [  ]
         Reassign job duties on permanent basis?    [  ]     Prepare and conduct performance appraisals?   [  ]

11.  DESCRIPTION OF DUTIES PERFORMED:

     a.  In one or two sentences, describe the major purpose of this position.

This position will perform engineering, technical, and analytical assignments in the field of Public Utility
regulation.  The assignments may include research, investigations, design & development of spreadsheets,
written reports, inspections, and written/oral correspondence.

Defendant's
Exhibit

b. Duty Statement: (Complete ⌐ mn "C" first)

l In column A, indicate PERCE. FAGE of time spent on each duty (total should not exceed 100%).

l In column B, rate the duties as to their IMPORTANCE. VI-Very Important  I-Important  SI-Somewhat Important

l In column C, describe in detail each of the position's PERMANENT duties and responsibilities using your OWN words.

| A % | B Rating | C Description of Duties |
|---|---|---|
| 15% | VI | Assist in the analysis, research and documentation of all petitions/filings, as assigned by supervisor, ensure a complete, thoroughly documented and fair review of referenced petitions by one week pric to Agenda Due Dates or as directed by supervisor. |
| 15% | I | Prepare monthly monitoring reports (T & D, reliability, peak demand, etc.) as assigned by supervisc so that the Company's books and records are analyzed for cost variances, budget variances and/or significant trends. The reports should be completed by the 10th of each month, for the prior month': financials received, with each significant variance documented within the report (greater than 10% $500,000). |
| 15% | VI | Performs research, analysis and documentation for special projects (IRP analysis, FERC technical issues, Cost of Service Study, Clean Air issues, Clean Coal issues, tri-state water war impact on hydrogeneration, etc.), as directed by supervisor, and/or in a timely manner. |
| 5% | I | Completes interactive training of Microsoft's Excel and Word training videos for beginner and intermediate levels to improve word processing and spreadsheet skills by January 31, 2003. |
| 15% | I | Designs and develops analytical reports (spreadsheets, tables, graphs, etc.), as directed by supervisc so that Company financials, petitions, filings and/or other matters are analyzed/reviewed for rate impacts, cost variances, budget variances, significant trends, etc. The reports should be formatted a completed as directed by supervisor. |
| 10% | VI | Completes continuing education exercises (attend meetings, reading publications/documents, resear industry specific issues and discussion of same) using various regulatory/industry publications and/c meetings (National Electrical Code, National Electric Safety Code, ANSI standards, Code of Alabama-Title 37, Alabama Power Company Rates, Rules & Regulations, Alabama Public Service Commission Rules & Regulations, Code of Federal Regulations-Title 18, RRA – Focus Notes, NARUC technical meetings, IEEE, etc.), or as directed by supervisor, to gain an understanding of Alabama utility regulation as well as the electric utility industry. These educational exercises shoulc be a continuous assignment, completed on a monthly basis and discussed with supervisor. |
| 15% | VI | Performs monthly visits/inspections (approximately three trips per month to various locations) of Alabama Power Company's utility plant operations (generation, transmission, distribution, etc.) & construction projects to gain an understanding of the Company's operating & maintenance practice plant performance, outages (planned & forced), infrastructure improvements, distribution service quality, extensions and enlargements, customer concerns, project expenditures as well as other relat matters. Each visit should be thoroughly documented in a permanent file and discussed with supervisor within one week after each visit. |
| 10% | I | Perform the necessary research, visits, analysis, inquiries, etc. in order to assist in the investigation c service complaints and reasonably assure the Utility's compliance to the General Rules and Special Electric Rules of the Alabama Public Service Commission (extension plans & policies, T & D maps, meter records, interruptions, etc.) as well as the staff's responsibilities regarding the same rules. Th efforts and activities relevant to this assignment should be completely documented in a permanent fi and discussed with Supervisor on a monthly basis. |

(Attach additional sheets if necessary)

12. DECISION MAKING: Give example(s) of the more important decisions made ...ile performing the duties of this position. Then list the possible effect of error(s) on the organization or general public.

1.) This position may decide on the appropriate design/presentation of various analytical reports and/or spreadsheets. An ineffective design may not capture the correct information. This could lead to significant cost variances going undetected.
2.) This position may determine that a Utility's operating practices are in compliance with the Commission's rules. An error in this regard could result in the utility performing unsafely or inefficiently.

13. FINANCIAL RESPONSIBILITY: If this position has responsibility for controlling and/or authorizing the expenditure of funds, please describe and indicate approximate amount controlled.

N/A

14. WORK GUIDELINES: (Only include written guidelines) List the specific laws, regulations, instructions, manuals, or procedures that must be followed in performing this job and describe how they are used.

| LIST ITEM | HOW USED |
|---|---|
| National Electrical Code | In the review of utility operating practices. |
| Code of Alabama, Title 37 | In the daily exercise of regulatory responsibility. |
| State Employee Guidelines | In the daily conduct as a state employee. |
| National Electric Safety Code | In the review of utility operating practices. |
| State Employee Ethics Guidelines | In the daily conduct as a state employee. |
| APCO Rates, Rules & Regs. | In the daily performance of researching and making regulatory decisions. |
| APSC Rules & Regs. | In the daily performance of making regulatory decisions. |

15. SUPERVISION RECEIVED:
How is this position's work reviewed?  (Check one)
[ ] Supervisor reviews most or all of work while it is being done.
[x] Supervisor spot checks work as it is being done.
[x] Supervisor reviews most or all of work after completion.
[ ] Supervisor spot checks work after completion.
[ ] Supervisor does not review work.
[ ] Other. (describe fully)

16. WORK CONTACTS: With whom, outside of co-workers in this unit, must this position regularly come in contact?

1.) General Public
2.) Utility Company personnel
3.) Professional Consultants
4.) Attorney General's Office

5.) Other State's Commission personnel
6.) Other State Agencies

17. EQUIPMENT USED: List any equipment used regularly. Give percent of time spent in operation of each. For vehicles and construction and maintenance equipment operated, indicate capacity, e.g., tonnage, yardage.

Computer – 50%
Adding Machine – 5%

Telephone – 10%
State Vehicle – 20%

a. Does this position require typing?
[ ] NO
[x] YES--Give % of time spent in typing 25%

b. Does this position require taking shorthand?
[x] NO
[ ] YES--Give % of time spent in shorthand

*ITEMS TO BE COMPLETED BY IMMEDIATE SUPERVISOR AND/OR APPOINTING AUTHORITY*

18. Are the statements of the employee accurate and complete? (Indicate inaccuracies and incomplete items)

    YES.

19. If duties listed are for reallocation of position, what additional and/or more complex duties have been added to this position to warrant reallocation.

    N/A

20. List any required licenses, registrations, certifications, or special requirements necessary to perform the job.

    Valid Drivers License.

21. Check below the type of supervision provided by the immediate supervisor to this position.
    [ x ] CLOSE/HANDS ON     or     [ ] GENERAL/ADMINISTRATIVE

22. Additional information and comments (additional sheets may be attached, if necessary).

    Item #

**VERIFICATION - READ CAREFULLY BEFORE SIGNING**

I hereby certify that I have read the above and verify that it is, to the best of my knowledge, correct and accurate. I understand that disciplinary action could be taken against anyone who knowingly provides false information.

| | | | |
|---|---|---|---|
| Signature of Incumbent | 8-16-2002 Date | | 242-9727 Telephone # (ATTNET) |
| Signature of Supervisor | 8-16-02 Date | Supervisor Title/Classification | 242-9579 Telephone # (ATTNET) |
| Signature of Appointing Authority | Date | | Telephone # (ATTNET) |



# STATE OF ALABAMA

PERSONNEL DEPARTMENT
**300 Folsom Administrative Building**
**Montgomery, Alabama 36130-4100**
Telephone: (334) 242-3389 Fax: (334) 242-1110
**www.personnel.state.al.us**



Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

State Personnel Board
Joe Dickson
James H. Anderson
John McMillan
Ellen G. McNair
Joyce P. O'Neal

May 1, 2008
**VIA HAND DELIVERY ONLY**

Mr. Gregory Kelly
Public Utility Technical Specialist, Sr.
Alabama Public Service Commission (APSC)
Post office Box 304260
Montgomery, Alabama 36130-4260



RE:    25 Years Review of Pay Ranges for Merit System Engineering Positions at APSC

Dear Mr. Kelly:

Your letter of April 21, 2008 has been referred to me for a response. However, as your letter confuses reallocations, salary reviews, and other State Personnel terminology, it is difficult to adequately respond to your issues. I will attempt, however, to address what I understand to be your concerns.

Initially, you incorrectly contend that your supervisors are in violation of State Personnel Board Rule 670-X-7. As grounds for this allegation you claim, *inter alia,* that your job duties were changed without the approval of the State Personnel Director; the job specifications were changed without the Director's approval and there was not a timely and current review of positions and/or classes. Apparently, the majority of these claims are based upon Rule 670-X-7-.06 which states as follows:

> **670-X-7-.06 <u>Reallocations</u>.**
>
> (1) An appointing authority shall report to the Director the addition of new assignments or the taking away of old ones. The Director shall investigate such changes in order to provide a basis for determining the effect on the classification of the position.

A job classification may remain the same, but the duties within that classification may change depending on the needs of the agency. Different employees may have the same job classification, but can appropriately perform different duties within that

Mr. Gregory Kelly
May 1, 2008
Page 2

---

classification, as the needs of the agency dictates. The method utilized by the State Personnel Department for tracking changes in job assignments and ensuring compliance with Rule 670-X-7-.06(1), is through the agency's completion and submission of a Form 40. In fact, Form 40s for your position have been submitted to the State Personnel Department several times over the last few years for review. The job duties contained in each of these Form 40s were reviewed by a Personnel Analyst and found to be appropriate for your classification. Therefore, your complaint regarding Rule 670-X-7-.06(1) is unfounded as it was complied with by both the Public Service Commission and the State Personnel Department.

Due to the confusion in your letter concerning reallocations, it should be pointed out that Rule 670-X-7-.06(5) states:

> A position that is reallocated to a higher class should normally be filled by certification and appointment from the open competitive or promotional eligible register for the new class. However, if the incumbent has been performing the duties that are the basis for reallocation for three months or more in a completely satisfactory manner at the time the position is reallocated to a higher class, he may be given status in the new class, if his name is among the upper one-half of those on the competitive eligible list or promotional list, as of the date of its establishment; or when he passes an examination for the class with a similar rating. Provided, however, that if the incumbent has been performing the duties that are the basis for reallocation for five years or more in a completely satisfactory manner at the time the position is reallocated to a higher class, he will be given status in the new class if his name appears on the competitive or promotional eligible list, as of the date of its establishment; or when he passes an examination for the class with a similar rating.

Thus, once it is determined that a position should be reallocated, the person occupying the position must be on an appropriate register in order to be appointed to or given status in the reallocated position. Your letter fails to state the classification to which you claim your position should be reallocated. However, you would not qualify for the reallocated position as you are not currently on any register.

Your letter also suggests that the salary range for your classification has not been reviewed since 1981. This is simply not correct. Salary studies are performed by the State Personnel Department in the normal course of business. Your job classification was reviewed by the State Personnel Department in 2004. During this review, the job specifications were changed; however, the salary range was deemed appropriate. You

Mr. Gregory Kelly
May 1, 2008
Page 3

---

also need to be aware that additional salary reviews will be conducted only upon a request from the Governor or an appointing authority – not from individual employees. As the salary range for your classification was determined to be appropriate less than four years ago, no further review is warranted at this time.

Even if the Pay Grade was changed for your classification, it would be years before you would receive any benefit from such a change. You are currently at step 7 of Pay Grade 79 which contains 18 steps and ranges from $48,424.80 to $73,766.40. A change to Pay Grade 80 would simply mean that you would be at 5 of Pay Grade 80, which is the same salary as step 7 of Pay Grade 79. Thus, you would not receive any change in salary and assuming a normal progression through the Pay Grade, it would be approximately six years before you might see the benefit of a 5% pay progression. Obviously, you are not now, nor in the foreseeable future experiencing any injury as a result of the Pay Grade for your classification remaining the same.

One of the bullet points in your letter contends that job specifications are being violated by appointing unqualified supervision. As there is no explanation provided for this bullet point, it can only be assumed that you are referring to the fact that your line of supervision includes an accountant and a non-merit system engineer. If this is in fact the basis of your complaint, then it is completely lacking in merit. There is no Merit System requirement that an employee be supervised by someone in the same field of study, nor is there a management or human resources problem with this type of supervisory alignment.

Based upon the information contained in your letter, the Public Service Commission is adhering to the State Personnel Rules and Regulations. I trust this letter adequately responds to your questions. If, however, you have any further questions, please do not hesitate to contact me. I can be reached at (334) 242-3451.

Sincerely,

Alice Ann Byrne
General Counsel
Alabama State Personnel Department

AAB/ld

cc:    Mr. Jim Sullivan, President APSC
       Ms. Jan Cook, Associate Commissioner
       Susan D. Parker, PhD., Associate Commissioner
       Ms. Janice Hamilton, Director of Energy Division
       Mr. John Free
       Ms. Dorinda Kepler