## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07-cv-610-WHA |
| | ) | |
| JOHN FREE, individually and in his official position as an employee of the Alabama Public Service Commission; JANICE M. HAMILTON, individually and in her official position as a Division Director of the Alabama Public Service Commission; and ALABAMA PUBLIC SERVICE COMMISSION, an agency of the State of Alabama, | ) ) ) ) ) ) ) ) ) | |

### NOTICE OF APPEARANCE

**COMES NOW**, OLIVIA W. MARTIN, an Assistant Attorney General for the State of Alabama and hereby informs this Honorable Court that she will be appearing as counsel for the Defendants, Alabama Public Service Commission, an agency of the State of Alabama, John Free, individually and in his official position as an employee of the Alabama Public Service Commission, and Janice Hamilton, individually and in her official position as Division Director of the Alabama Public Service Commission.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

By: /s/ Olivia W. Martin
OLIVIA W. MARTIN (MAR003)
Assistant Attorney General

ADDRESS OF COUNSEL:
OLIVIA W. MARTIN
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130-0152
Telephone: (334) 242-7393
Fax: (334) 242-2433
E-mail: omartin@ago.state.al.us


## CERTIFICATE OF SERVICE

I certify that on June 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jimmy Lee DeBardelaben – dgoollaw@aol.com

Oakley W. Melton, Jr. – omelton@mcwlegal.com


/s/ *Olivia W. Martin*
OLIVIA W. MARTIN (MAR003)

2