IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07-cv-610-WHA |
| | ) | |
| JOHN FREE, individually and in his official | ) | |
| position as an employee of the Alabama Public | ) | |
| Service Commission; JANICE M. HAMILTON, | ) | |
| individually and in her official position as a | ) | |
| Division Director of the Alabama Public Service | ) | |
| Commission; and ALABAMA PUBLIC | ) | |
| SERVICE COMMISSION, an agency of the | ) | |
| State of Alabama, | ) | |

## MOTION TO RECOVER COSTS

Troy King, the Attorney General of the State of Alabama, files this motion to recover costs on behalf of the Alabama Public Service Commission, an agency of the State of Alabama, John Free, individually and in his official position as an employee of the Alabama Public Service Commission, and Janice Hamilton, individually and in her official position as Division Director of the Alabama Public Service Commission. In support of this motion, the Attorney General states:

1. Plaintiff, Gregory Kelly, filed claims against Defendants alleging discrimination in the workplace based on age and race, Defendants filed a Motion for Summary Judgment, and this Court granted Defendants' Motion for Summary Judgment on May 23, 2008.

1

2. In a separate judgment entered in accordance with the Memorandum Opinion on the Motion for Summary Judgment on May 23, 2008, this Court held that the costs were taxed against the Plaintiff.

3. Defendants hereby request that Plaintiff pay to Defendants $6,952.79 incurred as costs and expenses during this litigation. This amount does not include any legal fees.

4. Redacted copies of the legal bills and invoices supporting the amount requested to be reimbursed for costs and expenses are attached hereto as Exhibit A.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL


By:___ /s/ Olivia W. Martin
        OLIVIA W. MARTIN MAR 003
        Assistant Attorney General


ADDRESS OF COUNSEL:

OLIVIA W. MARTIN
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone: (334) 242-7393
Fax: (334) 242-2433
E-mail: omartin@ago.state.al.us

### CERTIFICATE OF SERVICE

I certify that on June 20, 2008, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the following:

Jimmy Lee DeBardelaben – dgoollaw@aol.com

Oakley W. Melton, Jr. – omelton@mewlegal.com

/s/ Olivia W. Martin
OLIVIA W. MARTIN (MAR003)



# STATE OF ALABAMA
ALABAMA PUBLIC SERVICE COMMISSION
P.O. BOX 304260
MONTGOMERY, ALABAMA 36130-4260

JIM SULLIVAN, PRESIDENT

JAN COOK, ASSOCIATE COMMISSIONER

SUSAN D. PARKER, PhD, ASSOCIATE COMMISSIONER

WALTER L. THOMAS, JR.

SECRETARY

**AFFIDAVIT**

STATE OF ALABAMA                    )

COUNTY OF MONTGOMERY          )

I, Walter L. Thomas, Jr. hereby certify and affirm that I am the secretary of the Alabama Public Service Commission. I am one of the custodians of the legal bills submitted to the Alabama Public Service Commission, and the attached documents are true, exact and correct photocopies of the legal bills submitted by Melton, Espy & Williams, PC for the lawsuit of: <u>Gregory Kelly v Alabama Public Service Commission, et al.</u>, United States District Court, Middle District of Alabama, Case #: 2:07-cv-610-WHA. The legal descriptions have been redacted due to the attorney-client privilege. All costs are shown correctly. I am over the age of twenty-one (21) years and competent to testify to the aforesaid documents and matters stated herein.

I further certify and affirm that said legal bills are maintained in the usual and ordinary course of business at the Alabama Public Service Commission offices.

WALTER L. THOMAS, JR.

Sworn to and subscribed before me on this the 22 day of June, 2008.

NOTARY PUBLIC

My Commission Expires: 10/21/09

DEFENDANT'S EXHIBIT
NO. A
PENGAD 800-631-6989



# STATE OF ALABAMA

ALABAMA PUBLIC SERVICE COMMISSION
P.O. BOX 304260
MONTGOMERY, ALABAMA 36130-4260

JIM SULLIVAN, PRESIDENT

JAN COOK, ASSOCIATE-COMMISSIONER

SUSAN D. PARKER, PhD, ASSOCIATE COMMISSIONER

WALTER L. THOMAS, JR.

SECRETARY

## MEMORANDUM

**DATE:**     December 6, 2007

**TO:**        Teresa Nobles
             Analyst

**FROM:**    John A. Garner
             Chief Administrative Law Judge

**SUBJECT:**  Gregory Kelly v. John Free, et al.
             2:07-CV-610-WHA
             Claim #GL-0707-00339
             Date of Occurrence: 04/10/07

        Attached hereto you will find the most recent (October 2007) outside attorney billing received by the Alabama Public Service Commission (the "APSC") in the above-styled case. As the APSC attorney responsible for the coordination of the defense of the case, I have reviewed the billing in question and have found it to be in order.

        Thank you for your assistance in processing payment of this bill. Should you have questions or need additional information, please do not hesitate to contact me 242-5200.

        JAG:as

        Attachment

LAW OFFICES

MELTON, ESPY & WILLIAMS, P.C.

255 DEXTER AVENUE

MONTGOMERY, ALABAMA 36104

OAKLEY MELTON, JR.
JOSEPH C. ESPY, III
JAMES E. WILLIAMS
J. FLYNN MOZINGO
C. MARK BAIN
BENJAMIN J. ESPY*
* ALSO ADMITTED IN MISSISSIPPI

MAILING ADDRESS
P.O. DRAWER 5130
MONTGOMERY, AL
36103-5130

TELEPHONE
(334) 263-6621

FAX
(334) 263-7252

November 6, 2007

**RECEIVED**
NOV 2007
ALA PSC
LEGAL DIV.

Ms. Eileen M. Lawerence
Alabama Public Service Commission
P. O. Box 304260
Montgomery, AL  36130-4260

       RE:  Gregory Kelly v. Alabama Public
          Service Commission, et al.
          In the United States District Court
          for the Middle District of Alabama
          Northern Division, Case No.: 2:07-CV-610-WHA

Dear Ms. Lawrence:

       Enclosed herewith is our bill for legal services rendered and out of pocket expenses incurred in above matter through October, 2007.  If you have any questions, please let me know. With highest regards and best wishes, I am

       Sincerely,

       Oakley Melton, Jr.

OMJr/bm

Enclosure

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

**Invoice Date:** 11-06-2007 **Department or Agency:** <u>Alabama Public Service</u>
<u>Commission</u>
**Style of Case:** Gregory Kelly v. Alabama Public Service
Commission, et al.

**Court:**                              **Case #:**              **Assigned Judge:**
U. S. District Court, Middle
District of Alabama, Northern Div.    2:07-CV-610-WHA    Judge Albritton

**Name of Law Firm:** <u>Melton, Espy & Williams, P.C.</u>

**Mailing Address:** <u>P. O. Drawer 5130, Montgomery, AL 36103-5130</u>

**Business Phone:** **Area Code** <u>334/263-6621</u>

REDACTED

STATE OF ALABAMA
MONTGOMERY COUNTY

## A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA PUBLIC SERVICE COMMISSION reflect actual services performed for the STATE OF ALABAMA PUBLIC SERVICE COMMISSION and are in all respects true, correct, and unpaid.

_Oakley Melton Jr._
Signature of Affiant

Sworn to and subscribed
before me this 6th
day of Nov. , 2007.

_Brenda D. Noble_
Notary Public

My commission expires: 8-8-09

Review: _____, Managing Attorney       Approval: _____, Department Head

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 4

DATE                    DESCRIPTION                    HOURS

REDACTED

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED                                    TAX I.D. #63-0720022

PAGE 5

DATE                     DESCRIPTION                          HOURS

REDACTED



# STATE OF ALABAMA
ALABAMA PUBLIC SERVICE COMMISSION
P.O. BOX 304260
MONTGOMERY, ALABAMA 35130-4260

JIM SULLIVAN, PRESIDENT

JAN COOK, ASSOCIATE COMMISSIONER

SUSAN D. PARKER, PhD, ASSOCIATE COMMISSIONER

WALTER L. THOMAS, JR.

SECRETARY

## M E M O R A N D U M

**DATE:**    February 12, 2008

**TO:**       Teresa Nobles
           Analyst

**FROM:**    John A. Garner
           Chief Administrative Law Judge

**SUBJECT:**  Gregory Kelly v. John Free, et al.
           2:07-CV-610-WHA
           Claim #GL-0707-00339
           Date of Occurrence: 04/10/07

Attached hereto you will find the most recent (December 2007 and January 2008) outside attorney billings received by the Alabama Public Service Commission (the "APSC") in the above-styled case. As the APSC attorney responsible for the coordination of the defense of the case, I have reviewed the billings in question and have found them to be in order.

Thank you for your assistance in processing payment of these bills. Should you have questions or need additional information, please do not hesitate to contact me at 242-5200.

JAG:as

Attachment

LAW OFFICES

## MELTON, ESPY & WILLIAMS, P.C.

255 DEXTER AVENUE

MONTGOMERY, ALABAMA 36104

OAKLEY MELTON, JR.
JOSEPH C. ESPY, III
JAMES E. WILLIAMS
J. FLYNN MOZINGO
C. MARK BAIN
BENJAMIN J. ESPY*

* ALSO ADMITTED IN MISSISSIPPI

MAILING ADDRESS
P.O. DRAWER 5130
MONTGOMERY, AL
36103-5130

TELEPHONE
(334) 263-6621

FAX
(334) 263-7252

February 8, 2008

RECEIVED
FEB 2008
ALA PSC
LEGAL DIV.

Ms. Eileen M. Lawerence
Alabama Public Service Commission
P. O. Box 304260
Montgomery, AL  36130-4260

        RE:  Gregory Kelly v. Alabama Public
             Service Commission, et al.
             In the United States District Court
             for the Middle District of Alabama
             Northern Division, Case No.: 2:07-CV-610-WHA

Dear Ms. Lawrence:

        Enclosed herewith is our bill for legal services rendered
and out of pocket expenses incurred in above matter through
January, 2008.  If you have any questions, please let me know.
With highest regards and best wishes, I am

                        Sincerely,

                        Oakley Melton Jr.

                        Oakley Melton, Jr.

OMJr/bm

Enclosure

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

Invoice Date: 02-08-2008 Department or Agency: <u>Alabama Public Service</u>
<u>Commission</u>
Style of Case: Gregory Kelly v. Alabama Public Service
Commission, et al.

Court:                         Case #:              Assigned Judge:
U. S. District Court, Middle
District of Alabama, Northern Div.    2:07-CV-610-WHA    Judge Albritton

Name of Law Firm: <u>Melton, Espy & Williams, P.C.</u>

Mailing Address: <u>P. O. Drawer 5130, Montgomery, AL 36103-5130</u>

Business Phone: Area Code <u>334/263-6621</u>

Date Appointed Deputy Attorney General: <u>July 13, 2007</u>

REDACTED

3.  Expenses Total.

Total Expenses/JANUARY 2008

| | | |
|---|---|---|
| National Archives Trust Fund (Copy Bankruptcy Petition) | $ | 40.00 |
| Montgomery Otolaryngology (Records-Gregory Kelly) | $ | 27.00 |
| Mileage 7.3 miles x .485 per | $ | 3.54 |
| Copies (Certification/various Courts) | $ | 22.00 |
| Dan Black Studios (Copying Audio Tapes) | $ | 79.80 |
| Photocopies 436 @ .35¢ each | $ | 152.60 |

TOTAL:                    $    324.94

Domestic Court
Doc.#6.50
Small Claims Doc.
$10.00
Circuit Court
Doc.$5.50

REDACTED

STATE OF ALABAMA
MONTGOMERY COUNTY

## A F F I D A V I T

        Before me, the undersigned Notary Public, in and for the said
County and State, personally appeared the undersigned affiant, who is known
to me and after first being duly sworn by me deposes and states under oath as
follows:  that the claims for payment herewith made against the STATE OF
ALABAMA PUBLIC SERVICE COMMISSION reflect actual services performed for the
STATE OF ALABAMA PUBLIC SERVICE COMMISSION and are in all respects true,
correct, and unpaid.

                                    _____
                                        Signature of Affiant

Sworn to and subscribed
before me this 8th
day of Feb.       , 2008.

_____
        Notary Public

My commission expires: 8-8-09

Review: _____    Approval: _____
_____, Managing Attorney    _____, Department Head

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 5

REDACTED

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 7

REDACTED



# STATE OF ALABAMA
ALABAMA PUBLIC SERVICE COMMISSION
P.O. BOX 304260
MONTGOMERY, ALABAMA 36130-4260

JIM SULLIVAN, PRESIDENT

JAN COOK, ASSOCIATE COMMISSIONER

SUSAN D. PARKER, PhD, ASSOCIATE COMMISSIONER

WALTER L. THOMAS, JR.

SECRETARY

## M E M O R A N D U M

**DATE:**     April 7, 2008

**TO:**       Teresa Nobles
              Analyst

**FROM:**     John A. Garner
              Chief Administrative Law Judge

**SUBJECT:**  Gregory Kelly v. John Free, et al.
              2:07-CV-610-WHA
              Claim #GL-0707-00339
              Date of Occurrence: 04/10/07

Attached hereto you will find the most recent (February 2008) outside attorney billings received by the Alabama Public Service Commission (the "APSC") in the above-styled case. As the APSC attorney responsible for the coordination of the defense of the case, I have reviewed the billings in question and have found them to be in order.

Thank you for your assistance in processing payment of these bills. Should you have questions or need additional information, please do not hesitate to contact me at 242-5200.

JAG:as

Attachment

LAW OFFICES

## MELTON, ESPY & WILLIAMS, P.C.

255 DEXTER AVENUE

MONTGOMERY, ALABAMA 36104

OAKLEY MELTON, JR.
JOSEPH C. ESPY, III
JAMES E. WILLIAMS
J. FLYNN MOZINGO
C. MARK BAIN
BENJAMIN J. ESPY*
* ALSO ADMITTED IN MISSISSIPPI

MAILING ADDRESS
P.O. DRAWER 5130
MONTGOMERY, AL
36103-5130

TELEPHONE
(334) 263-6621

FAX
(334) 263-7252

March 7, 2008

Ms. Eileen M. Lawerence
Alabama Public Service Commission
P. O. Box 304260
Montgomery, AL 36130-4260

      RE:  Gregory Kelly v. Alabama Public
           Service Commission, et al.
           In the United States District Court
           for the Middle District of Alabama
           Northern Division, Case No.: 2:07-CV-610-WHA

Dear Ms. Lawrence:

        Enclosed herewith is our bill for legal services rendered
and out of pocket expenses incurred in above matter through
February, 2008. If you have any questions, please let me know.
With highest regards and best wishes, I am

           Sincerely,

           Oakley Melton, Jr.

OMJr/bm

Enclosure

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

Invoice Date: 03-07-2008 Department or Agency: <u>Alabama Public Service</u>
<u>Commission</u>
Style of Case: Gregory Kelly v. Alabama Public Service
Commission, et al.

Court:                        Case #:            Assigned Judge:
U. S. District Court, Middle
District of Alabama, Northern Div.    2:07-CV-610-WHA    Judge Albritton

Name of Law Firm: <u>Melton, Espy & Williams, P.C.</u>

Mailing Address: <u>P. O. Drawer 5130, Montgomery, AL 36103-5130</u>

Business Phone: Area Code <u>334/263-6621</u>

Date Appointed Deputy Attorney General: <u>July 13, 2007</u>

REDACTED

STATE OF ALABAMA
MONTGOMERY COUNTY

## A F F I D A V I T

     Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows:  that the claims for payment herewith made against the STATE OF ALABAMA PUBLIC SERVICE COMMISSION reflect actual services performed for the STATE OF ALABAMA PUBLIC SERVICE COMMISSION and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this 7th
day of March, 2008.

_____
Notary Public

My commission expires: 8-8-09

Review: _____
_____, Managing Attorney

Approval: _____
_____, Department Head



# STATE OF ALABAMA

ALABAMA PUBLIC SERVICE COMMISSION
P.O. BOX 304260
MONTGOMERY, ALABAMA 36130-4260

JIM SULLIVAN, PRESIDENT

JAN COOK, ASSOCIATE COMMISSIONER

SUSAN D. PARKER, PhD, ASSOCIATE COMMISSIONER

WALTER L. THOMAS, JR.

SECRETARY

## MEMORANDUM

**DATE:**     October 11, 2007

**TO:**       Jerry Carpenter
              Attorney for Risk Management

**FROM:**     John A. Garner   JA.G
              Chief Administrative Law Judge

**SUBJECT:**  Gregory Kelly v. John Free, et al.
              2:07-CV-610-WHA
              Claim # GL-0707-00339
              Date of Occurrence: 04/10/07

       Attached hereto you will find the most recent outside attorney billing received by the Alabama Public Service Commission (the "APSC") in the above-styled case. As the APSC attorney responsible for the coordination of the defense of the case, I have reviewed the billing in question and have found it to be in order.

       Thank you for your assistance in processing payment of this bill. Should you have questions or need additional information, please do not hesitate to contact me at 242-5200.

JAG:eml
Attachment

$ 1,069.95
$ 17,087.80

LAW OFFICES

# MELTON, ESPY & WILLIAMS, P.C.

255 DEXTER AVENUE
MONTGOMERY, AL  36104

OAKLEY MELTON, JR.
JOSEPH C. ESPY, III
JAMES E. WILLIAMS
J. FLYNN MOZINGO
C. MARK BAIN
BENJAMIN J. ESPY*

*ALSO ADMITTED IN MISSISSIPPI

October 3, 2007



MAILING ADDRESS
P.O. DRAWER 5130
MONTGOMERY, AL
36103-5130

TELEPHONE
(334) 263-6521

FAX
(334) 263-7252

Ms. Eileen M. Lawrence
Alabama Public Service Commission
P. O. Box 304260
Montgomery, AL 36130-4260

RE:    **Gregory Kelly v. John Free, et al.**
**In the United States District Court for the Middle District of Alabama**
**Northern Division**
**Case No.: 2-07-cv-610-WHA**

---

FROM                         :    Flynn Mozingo

AMOUNT REQUESTED             :    $1,069.95

MADE PAYABLE TO              :    Haislip, Ragan, Green, Starkie & Watson

EXPLANATION                  :    Transcripts of Witness Meetings


___XXX___    Invoice Attached

_____    Invoice Not Attached

_____    Payment previously requested on _____.


We would appreciate your remitting payment directly to **HAISLIP, RAGAN**, and advising us when such payment has been made.  THERE IS NO CHARGE FOR THIS REQUEST FOR PAYMENT LETTER.

# HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
Post Office Box 62
Montgomery, AL  36101-0062
(334) 263-4455 Voice   (334) 263-9167 Fax
Tax ID: 63-0980443

October 1, 2007

Mr. Flynn Mozingo
MELTON, ESPY & WILLIAMS
255 Dexter Avenue
Montgomery, AL 36104

**Invoice Number
LD 70944**

**Description of services**    Re: Gregory Kelly vs. John Free, et al.

| Reference | | | | Extension |
|---|---|---|---|---|
| Appearance-Full day | 9-11-07 and 9-12-07 | 1.50 | 100.00 | 150.00 |
| Original & 1 | Linda Gardner | 60.00 | 2.950 | 177.00 |
| Original & 1 | Patricia Smith | 28.00 | 2.950 | 82.60 |
| Original & 1 | Steve Bartelt | 40.00 | 2.950 | 118.00 |
| Original & 1 | Sheila Ward | 39.00 | 2.950 | 115.05 |
| Original & 1 | Tonya Williams | 26.00 | 2.950 | 76.70 |
| Original & 1 | Dorinda Kepler | 39.00 | 2.950 | 115.05 |
| Original & 1 | Robert Reed | 35.00 | 2.950 | 103.25 |
| Original & 1 | Ricky Cleckler | 44.00 | 2.950 | 129.80 |
| Delivery charge | | 1.00 | 2.500 | 2.50 |

Invoice total:    $1,069.95   o K
Advisory

Thank You - Lyn Daugherty

Thank you for using HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.  Please include copy of invoice with remittance.

Payable upon receipt. Thank you for your continued patronage.

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

---

**Invoice Date:** 09-07-2007 **Department or Agency:** Alabama Public Service Commission

**Style of Case:** Gregory Kelly v. Alabama Public Service Commission, et al.

**Court:**                          **Case #:**              **Assigned Judge:**
U. S. District Court, Middle
District of Alabama, Northern Div.     2:07-CV-610-WHA     Judge Albritton

**Name of Law Firm:** Melton, Espy & Williams, P.C.

**Mailing Address:** P. O. Drawer 5130, Montgomery, AL 36103-5130

**Business Phone: Area Code** 334/263-6621

**Date Appointed Deputy Attorney General:** July 13, 2007

REDACTED

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 5

REDACTED

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 7

REDACTED

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED                                                      TAX I.D. #63-0720022

PAGE 10

REDACTED

LAW OFFICES

## MELTON, ESPY & WILLIAMS, P.C.

255 DEXTER AVENUE

MONTGOMERY, ALABAMA 36104

OAKLEY MELTON, JR.
JOSEPH C. ESPY, III
JAMES E. WILLIAMS
J. FLYNN MOZINGO
SUZANNE D. EDWARDS
C. MARK BAIN
BENJAMIN J. ESPY*
* ALSO ADMITTED IN MISSISSIPPI



MAILING ADDRESS
P.O. DRAWER 5130
MONTGOMERY, AL
36103-5130

TELEPHONE
(334) 263-6621

FAX
(334) 263-7252

September 7, 2007

Ms. Eileen M. Lawerence
Alabama Public Service Commission
P. O. Box 304260
Montgomery, AL 36130-4260

      RE:  Gregory Kelly v. John Free, Individually and
           in his Official Position as an employee of the
           Alabama Public Service Commission, at al.

Dear Ms. Lawrence:

      Enclosed herewith is our bill for legal services rendered
and out of pocket expenses incurred in above matter through August,
2007. If you have any questions, please let me know. With highest
regards and best wishes, I am

           Sincerely,

           Oakley Melton, Jr.

OMJr/bm

Enclosure

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

RECEIVED
2007
ALA PSC

Invoice Date: 08-16-2007 **Department or Agency:** <u>Alabama Public Service</u>
<u>Commission</u>

**Style of Case:** Gregory Kelly v. John Free, Individually and
in his Official Position as an employee of the
Alabama Public Service Commission, et al.

**Court:**                                **Case #:**              **Assigned Judge:**
U. S. District Court, Middle
District of Alabama, Northern Div.      2:07-CV-610-WHA      Judge Albritton

**Name of Law Firm:** <u>Melton, Espy & Williams, P.C.</u>

**Mailing Address:** <u>P. O. Drawer 5130, Montgomery, AL 36103-5130</u>

**Business Phone: Area Code** <u>334/263-6621</u>

**Date Appointed Deputy Attorney General:** <u>July 13, 2007</u>

**Total Amount of Previously Billed Services:** $_____-0-_____

**Total Amount of Previously Paid Services:** $_____-0-_____


REDACTED


3.  Expenses Total
        Photocopies                    $    98.00


REDACTED

STATE OF ALABAMA
MONTGOMERY COUNTY

### A F F I D A V I T

       Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows:  that the claims for payment herewith made against the STATE OF ALABAMA PUBLIC SERVICE COMMISSION reflect actual services performed for the STATE OF ALABAMA PUBLIC SERVICE COMMISSION and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this 16th
day of August, 2007.

_____
Notary Public

My commission expires: 8-8-09

Review: _____, Managing Attorney

Approval _____, Department Head



**STATE OF ALABAMA**
ALABAMA PUBLIC SERVICE COMMISSION
P.O. BOX 304260
MONTGOMERY, ALABAMA 36130-4260

JIM SULLIVAN, PRESIDENT

JAN COOK, ASSOCIATE COMMISSIONER

SUSAN D. PARKER, PhD, ASSOCIATE COMMISSIONER

WALTER L. THOMAS, JR.
SECRETARY

## M E M O R A N D U M

**DATE:**      June 4, 2008

**TO:**        Teresa Nobles
              Analyst

**FROM:**      John A. Garner    *JAG.*
              Chief Administrative Law Judge

**SUBJECT:**   Gregory Kelly v. John Free, et al.
              2:07-CV-610-WHA
              Claim #GL-0707-00339
              Date of Occurrence: 04/10/07

Attached hereto you will find the most recent (March, April and May of 2008) outside attorney billing received by the Alabama Public Service Commission (the "APSC") in the above-styled case. As the APSC attorney responsible for the coordination of the defense of the case, I have reviewed the billing in question and have found it to be in order.

I am also pleased to inform you that the APSC's Motion for Summary Judgment in this case has been granted by Judge Albritton. A copy of Judge Albritton's Order granting the Motion for Summary Judgment and dismissing the case as to all defendants, with prejudice, is attached. Also attached is the Judgment entered by the Court. Absent an appeal, this will likely be the last bill submitted in this matter.

Thank you for your assistance in processing payment of this bill. Should you have questions or need additional information, please do not hesitate to contact me at 242-5200.

JAG:as
Attachment

LAW OFFICES

MELTON, ESPY & WILLIAMS, P.C.

255 DEXTER AVENUE

MONTGOMERY, ALABAMA 36104



OAKLEY MELTON, JR.
JOSEPH C. ESPY, III
JAMES E. WILLIAMS
J. FLYNN MOZINGO
C. MARK BAIN
BENJAMIN J. ESPY*
* ALSO ADMITTED IN MISSISSIPPI

MAILING ADDRESS
P.O. DRAWER 5130
MONTGOMERY, AL
36103-5130

TELEPHONE
(334) 263-6621

FAX
(334) 263-7252

May 19, 2008

Ms. Eileen M. Lawerence
Alabama Public Service Commission
P. O. Box 304260
Montgomery, AL  36130-4260

RE:  Gregory Kelly v. Alabama Public
      Service Commission, et al.
      In the United States District Court
      for the Middle District of Alabama
      Northern Division, Case No.: 2:07-CV-610-WHA

Dear Ms. Lawrence:

     Enclosed herewith is our bill for legal services rendered
and out of pocket expenses incurred in above matter through March,
April and May, 2008.  If you have any questions, please let me
know.  With highest regards and best wishes, I am

                              Sincerely,

                              Oakley Melton Jr.

                              Oakley Melton, Jr.

OMJr/bm

Enclosure

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

**RECEIVED**

Invoice Date: 05-19-2008 Department or Agency: <u>Alabama Public Service</u>
<u>Commission</u>

*Style of Case:* Gregory Kelly v. Alabama Public Service
Commission, et al.

Court:                              Case #:              Assigned Judge:
U. S. District Court, Middle
District of Alabama, Northern Div.   2:07-CV-610-WHA     Judge Albritton

Name of Law Firm: <u>Melton, Espy & Williams, P.C.</u>

Mailing Address: <u>P. O. Drawer 5130, Montgomery, AL 36103-5130</u>

Business Phone: Area Code <u>334/263-6621</u>

Date Appointed Deputy Attorney General: <u>July 13, 2007</u>

REDACTED

3.  Expenses Total
         Total Expenses/MARCH 2008
         Dan Black Studios (Copy
           CD)                                    $      19.95
         Alabama Trial Service                    $   1,127.50  (video of Kelly
         Haislip, Ragan, Green,                                   deposition)
           Starkie & Watson (De-
           position of Gregory
           Kelly)                                 $   1,651.25
         Freedom Reporting Inc. (De-
           position of James
           Cleckler)                              $     120.90
         Freedom Reporting Inc. (De-
           position of Free, Hamilton
           & Garner)                              $     688.95
         Department of Industrial
           Relations (Records)                    $      10.00
         Westlaw                                  $     290.28
         Mileage 35.6 miles @ .485 per            $      17.27
         Photocopies 3589 @ .35 each              $   1,256.15

                    TOTAL:                              $   3,328.67


                              REDACTED

STATE OF ALABAMA
MONTGOMERY COUNTY

### A F F I D A V I T

      Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA PUBLIC SERVICE COMMISSION reflect actual services performed for the STATE OF ALABAMA PUBLIC SERVICE COMMISSION and are in all respects true, correct, and unpaid.

 

_____
Signature of Affiant

Sworn to and subscribed
before me this 9th
day of May, 2008.

_____
Notary Public

My commission expires: 8-8-09

Review: _____, Managing Attorney

Approval: _____, Department Head

IN ACCOUNT WITH
MELTON, ESPY & WILLIAMS, P.C.
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 4


REDACTED

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 5

REDACTED

IN ACCOUNT WITH
### MELTON, ESPY & WILLIAMS, P.C.
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 6

REDACTED

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 7

REDACTED

IN ACCOUNT WITH

MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE  8

REDACTED

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

*FOR LEGAL SERVICES RENDERED*

TAX I.D. #63-0720022

PAGE  9

REDACTED

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 10

**REDACTED**

IN ACCOUNT WITH

### MELTON, ESPY & WILLIAMS, P.C.
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED                                    TAX I.D. #63-0720022

PAGE 11

REDACTED

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 12

REDACTED

IN ACCOUNT WITH

### MELTON, ESPY & WILLIAMS, P.C.
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 13

REDACTED

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 14

REDACTED

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 15

REDACTED

IN ACCOUNT WITH

### MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 16

REDACTED



STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL

TROY KING
ATTORNEY GENERAL

ALABAMA STATE HC
11 SOUTH UNION ST
MONTGOMERY, AL 3
(334) 242-7300
WWW.AGO.STATE.AL

July 13, 2007

Oakley W. Melton, Jr., Esquire
Melton, Espy & Williams, P.C.
Montgomery, Alabama 36103-5130

Re:    Legal Services Contract for Oakley W. Melton, Jr., Esquire
       In the matter of *Gregory Kelly v. John Free; Individually and in his official
       position as an employee of the Alabama Public Service Commission, et al.;*
       In the United States District Court for the Middle District of Alabama,
       Northern Division; 2:07-CV-610-WHA.

Dear Mr. Melton:

        Pursuant to ALA. CODE § 36-15-5.1, Code of Alabama (1975 as amended), and
based on your experience and expertise, I hereby appoint you a Deputy Attorney
General to represent the Alabama Public Service Commission in the above-described
legal matter. The fees and compensation paid to you for your services and authorized
expenses in this representation will be agreed upon by you and the Alabama Public
Service Commission. Enclosed is a policy statement revised by this office on January
21, 1997, which you are to follow, that includes a standard invoice to use in billing for
your services. Also enclosed is the State of Alabama Disclosure Statement, which must
be filled out and submitted to the Alabama Public Service Commission within 10 days
of your appointment. This letter and the policy statement of January 21, 1997, which is
incorporated herein by reference, constitute your contract to perform the required legal
services which you accept by undertaking such representation. To avoid delays in
payment, please ensure that a copy of this letter is included with each invoice you
submit.

        This initial appointment is made pursuant to Section 29-2-41.1 of the Alabama
Code and is effective for 60 days from the date hereof during which time this contract
will be submitted to the Legislative Contract Review Committee. Once the Committee
has reviewed this contract or at the end of 60 days from the date hereof, whichever first
occurs, this contract will automatically be extended to the term necessary for you to
complete your representation in this matter.

OCT-12-2007 FRI 09:52 AM APSC Legal Division          FAX N° 3342420748                    P. 04

Oakley W. Melton, Jr., Esquire
July 13, 2007
Page Two


     Please understand that while my appointment of you as a Deputy Attorney
General is personal, you may utilize the services of another attorney in your firm if you
need to do so. No settlement of a dispute should be entered into by you until the terms
and conditions of any proposed settlement have been fully communicated to this office
and received my approval. Mr. Keith Miller, Chief Deputy Attorney General, is
available to answer any questions you may have in relation to this appointment and the
payment of bills. Thank you.


                                        Sincerely,



                                        Troy King
                                        Attorney General


TK:KSM:jaf

Enclosure

cc:    Jim Sullivan, President, Alabama Public Service Commission
       Kenneth D. Wallis, Esquire, Legal Advisor to the Governor

OCT-31-2007 WED 10:54 AM ?SC Legal Division          FAX I `3342420748          P. 02

OFFICE OF THE GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-0937

BOB RILEY
GOVERNOR

## STATE OF ALABAMA

October 19, 2007

Oakley W. Melton, Jr., Esquire
Melton, Espy & Williams, P.C.
P.O. Drawer 5130
Montgomery, Alabama 36103-5130

Dear Mr. Melton:

> RE:   *Gregory Kelly v. John Free,*
> *Individually and in his Official Position*
> *as an employee of the Alabama Public*
> *Service Commission, et al.*
> U.S. District Court, Middle District of
> Alabama, Northern Division
> 2:07-CV-610-WHA

This letter serves to amend our letter of August 6, 2007, regarding the above-referenced matter. Rates will be $150 per hour for partners and associates.

Again, I appreciate your service in this matter. Please feel free to contact me should you have any questions.

Sincerely,

Scott L. Rouse
Deputy Legal Advisor

SLR/rdg

cc:    Jim Sullivan, President – Public Service Commission
       Keith Miller, Chief Deputy Attorney General



**STATE OF ALABAMA**
ALABAMA PUBLIC SERVICE COMMISSION
P.O. BOX 304260
MONTGOMERY, ALABAMA 36130-4260

JIM SULLIVAN, PRESIDENT

JAN COOK, ASSOCIATE COMMISSIONER

SUSAN D. PARKER, PhD, ASSOCIATE COMMISSIONER

WALTER L. THOMAS, JR.

SECRETARY

## M E M O R A N D U M

**DATE:**      January 11, 2008

**TO:**        Teresa Nobles
               Analyst

**FROM:**      John A. Garner
               Chief Administrative Law Judge

**SUBJECT:**   Gregory Kelly v. John Free, et al.
               2:07-CV-610-WHA
               Claim #GL-0707-00339
               Date of Occurrence: 04/10/07

  Attached hereto you will find the most recent (November 2007) outside attorney billing received by the Alabama Public Service Commission (the "APSC") in the above-styled case. As the APSC attorney responsible for the coordination of the defense of the case, I have reviewed the billing in question and have found it to be in order.

  Thank you for your assistance in processing payment of this bill. Should you have questions or need additional information, please do not hesitate to contact me at 242-5200.

JAG:as

Attachments



LAW OFFICES

MELTON, ESPY & WILLIAMS, P.C.

255 DEXTER AVENUE

MONTGOMERY, ALABAMA 36104

OAKLEY MELTON, JR.
JOSEPH C. ESPY, III
JAMES E. WILLIAMS
J. FLYNN MOZINGO
C. MARK BAIN
BENJAMIN J. ESPY*
* ALSO ADMITTED IN MISSISSIPPI

MAILING ADDRESS
P.O. DRAWER 5130
MONTGOMERY, AL
36103-5130

TELEPHONE
(334) 263-6621

FAX
(334) 263-7252

December 17, 2007

Ms. Eileen M. Lawerence
Alabama Public Service Commission
P. .O. Box 304260
Montgomery, AL 36130-4260

   RE:· Gregory Kelly v. Alabama Public
     *Service Commission, et al.*
     In the United States District Court
     for the Middle District of Alabama
     Northern Division, Case No.: 2:07-CV-610-WHA

Dear Ms. Lawerence:

   Enclosed herewith is our bill for legal services rendered and out of pocket expenses incurred in above matter through November, 2007. If you have any questions, please let me know. With highest regards and best wishes, I am

       Sincerely,

       *Oakley Melton Jr.*

       Oakley Melton, Jr.

OMJr/bm

Enclosure

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

**Invoice Date:** 12-17-2007 **Department or Agency:** Alabama Public Service
Commission
**Style of Case:** Gregory Kelly v. Alabama Public Service
Commission, et al.

**Court:**                          **Case #:**              **Assigned Judge:**
U. S. District Court, Middle
District of Alabama, Northern Div.    2:07-CV-610-WHA    Judge Albritton

**Name of Law Firm:** Melton, Espy & Williams, P.C.

**Mailing Address:** P. O. Drawer 5130, Montgomery, AL 36103-5130

**Business Phone:** Area Code 334/263-6621

**Date Appointed Deputy Attorney General:** July 13, 2007

REDACTED

3.  Expenses Total
    **Total Expenses/NOVEMBER 2007**
    Ivize of Montgomery, LLC          $   178.92  *see attached itemized inv*
    SRM (Records/Pri-Med Vaughn
        Road)                         $    12.08  " "        " "
    Mileage *10.5 miles × 48.5 ¢ per mile* $  5.09
    Photocopies *379 copies @ .35 each* $ 132.65  *per 12/27 tel conversation
                                                   w/ Wendy Roberts (JA6,*

                        TOTAL:                    $ ~~328~~.74

REDACTED

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 4

REDACTED

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED                                         TAX I.D. #63-0720022

PAGE 5

REDACTED

## I N V O I C E

Southern Records Management Corp
Suite 205
1340 Old Chain Bridge Road
McLean, VA 22101

FEDERAL ID NUMBER: 62-1870109

11/13/07

MELTON, ESPY & WILLIAMS, P.C.
ATTN : J. FLYNN MOZINGO
255 DEXTER AVENUE
MONTGOMERY, AL 36104

Enclosed are the medical records you requested from
PriMed Vaughn Road.

Please make your check payable to Southern Records Management Corp
and send it to the above address. DO NOT send payment to the
medical facility.

Be sure to write the request number on your check or return
a copy of this invoice with your payment.

GREGORY KELLY        Request #2529
Claim # : 2:07-CV-610-WHA

INVOICED: 11/13/07    INVOICE: PMV-0711-43    PRINTED: 11/13/07

| Description | Qty | Unit Price | | Amount |
|---|---|---|---|---|
| Copy Charge First 25 Pgs | 5 | $ | 1.00 | $ 5.00 |
| Retrieval Fee | 1 | $ | 5.00 | $ 5.00 |
| Postage & Handling | | | | $ 1.58 |
| | | | Subtotal | $ 11.58 |
| | | | Sales Tax | $ 0.50 |
| | | | Total | $ 12.08 |
| | | | Balance Due | $ 12.08 |

Billing Questions: (703) 356-7969        Request Questions: (334) 394-2355

ALL MEDICAL RECORDS

DEC-27-2007   14:43        MELTON ESPY WILLIAMS              3342637232        P.03/04

# IVIZE

*innovativeinsightfulinformative*

IVIZE of Montgomery, LLC • Phone: (334) 834-2679
Fed. Tax ID: 20-3891133

**PLEASE PAY FROM THIS INVOICE**

INVOICE NO:   03-5028

INVOICE DATE: 11/13/2007

SOLD TO:

REMIT PAYMENT TO:    IVIZE of Montgomery, LLC
c/o IVIZE, LLC
200 South Tryon Street, Suite 10
Charlotte, NC 28202

Melton, Espy & Williams, P.C.
255 Dexter Avenue
Montgomery, AL 36104

ORDERED BY:  Wendy

| CUSTOMER I.D. | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON I.D. |
|---|---|---|---|
| Melton, Espy & Williams, P.C. | APSC / Kelley v Free | NET 15 | BM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 675 | B&W Grade ... | Grade B (light litigation) black & white copies | 0.12 | 81.00T |
| | | Received by: | | |
| | | | Subtotal: | $81.00 |
| | | | Sales Tax: | $8.10 |

**THANK YOU FOR CHOOSING IVIZE, LLC**

| **TOTAL** | $89.10 |

Payment is due upon receipt. No exceptions for third party payments. If invoice
is not paid within 30 days, a five percent (5%) finance charge may be added.
Customer is responsible for all costs of collection, including reasonable attorney fees.

DEC-27-2007  14:43    MELTON ESPY WILLIAMS                3342637253    P.04/04

# IVIZE

*innovativeinsightfulinformative*

**PLEASE PAY FROM THIS INVOICE**

IVIZE of Montgomery, LLC • Phone: (334) 834-2679
Fed. Tax ID: 20-3891133

| | |
|---|---|
| INVOICE NO: | 03-5015 |
| INVOICE DATE: | 11/8/2007 |

REMIT PAYMENT TO:

IVIZE of Montgomery, LLC
c/o IVIZE, LLC
200 South Tryon Street, Suite 10
Charlotte, NC 28202

SOLD TO:

Melton, Espy & Williams, P.C.
255 Dexter Avenue
Montgomery, AL 36104

ORDERED BY:  Wendy

| BILL TO/SHIP TO | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON I.D. |
|---|---|---|---|
| Melton, Espy & Williams, P.C. | APSC / Kelly v Free | NET 15 | BM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 701 | B&W Grade ... | Grade B (light litigation) black & white copies | 0.10 | 70.10T |
| 7 | Color Copies | Color copies | 1.65 | 11.55T |

Received by:

| | |
|---|---|
| Subtotal: | $81.65 |
| Sales Tax: | $8.17 |

| **TOTAL** | $89.82 |
|---|---|

**THANK YOU FOR CHOOSING IVIZE, LLC**

Payment is due upon receipt. No exceptions for third party payments. If invoice
is not paid within 30 days, a five percent (5%) finance charge may be added.
Customer is responsible for all costs of collection, including reasonable attorney fees.

TOTAL P.04