IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 JUN 30 P 3: 34
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| GREGORY KELLY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | |
| ) | |
| JOHN FREE, et al., ) | CASE NO.:2:07-CV-610-WHA |
| ) | |
| ) | |
| Defendants. ) | |

## OPPOSITION TO MOTION TO RECOVER COSTS

Comes now the Plaintiff, Gregory Kelly, by and through his attorney of record, and opposes the Defendants' Motion To Recover Costs for the following reasons:

1. There was no explanation of what the costs were for and no reason given for incurring such cost.

2. The attorney filing said request was not involved in the litigation of this case.

3. The imposition of cost acts as a chilling effect on potential Plaintiff and this discourages potential Plaintiffs from pursuing litigation of civil rights claims.

Respectfully submitted this the 30th day of June, 2008.

_____
JIM L. DEBARDELABEN
ASB4800A40J
Attorney for Plaintiff Kelly

**OF COUNSEL:**
Jim L. DeBardelaben
Attorney At Law
Post Office Box 152
Montgomery, Alabama 361010-0152
(334) 265-9206
(334) 265-9299 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing with the Clerk of the Court and a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 30th day of June, 2008.

J.Flynn Mozingo, Esq.
Melton, Espy & Williams, P.C.
P.O. Drawer 5130
Montgomery, AL 36103-5130

Olivia W. Martin
Assistant Attorney General
Office of the Attorney General
11S Union Street
Montgomery, AL 36130-0152

/s/ Jim L. DeBardelaben
OF COUNSEL