IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY KELLY, | ) |
|        Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv610-WHA |
| JOHN FREE, et al., | ) |
|        Defendants. | ) |

## **ORDER**

It is hereby ORDERED that the Defendants' Motion to Recover Costs (Doc. #27) is referred to Magistrate Judge Susan Russ Walker for a report and recommendation.

DONE this 2nd day of July, 2008.

       /s/ W. Harold Albritton
       W. HAROLD ALBRITTON
       SENIOR UNITED STATES DISTRICT JUDGE