IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07CV610-WHA |
| | ) | |
| JOHN FREE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of defendants' motion to recover costs (Doc. # 27), it is

ORDERED that defendants are DIRECTED to show cause, on or before July 10, 2008, why the motion should not be denied for defendants' failure to follow the procedural requirements set forth in Local Rule 54.1 and the requirement of 28 U.S.C. § 1924 that the party, his attorney, or his agent verify that each item of costs is correct and has been necessarily incurred in the case and that the services for which fees were charged were actually and necessarily performed.[1]

DONE, this 7th day of July, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The affidavit of the custodian of the legal bills submitted by outside counsel to the Public Service Commission does not meet the requirement of the statute.