IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GREGORY KELLY,                                    )
                                                  )
            Plaintiff,                            )
                                                  )
v.                                                )          Civil Action No. 2:07-cv-610-WHA
                                                  )
JOHN FREE, individually and in his official       )
position as an employee of the Alabama Public     )
Service Commission; JANICE M. HAMILTON,           )
individually and in her official position as a    )
Division Director of the Alabama Public Service   )
Commission; and ALABAMA PUBLIC                    )
SERVICE COMMISSION, an agency of the              )
State of Alabama,                                 )

## DEFENDANTS' RESPONSE TO THE ORDER TO SHOW CAUSE

This case was assigned to the Utility Section, a part of the Civil Division of the Office of

the Attorney General, on Wednesday, June 18, 2008 with the request that we file a motion to

recover the amounts allowed in this court's order taxing costs against the Plaintiff. The Alabama

Public Service Commission forwarded by email copies of legal bills stating the costs incurred

during the time that defendants were represented by the law firm, Melton, Espy & Williams, P.C.

These documents were sent at 4:54 p.m. on June 19, 2008. The Motion to Recover Costs was

filed on Friday, June 20, 2008. This court entered an order to show cause on July 7, 2008.

This is not a typical case because the filing for recovery of costs is usually made by the

attorneys who have defended the case and who have actually incurred the costs that are

requested. In this case, the Utility Section of the Attorney General's Office had less than 24

hours to assemble the information necessary to make a filing on behalf of the defendants. The

only information that we received were copies of the legal bills and, from those bills, we extracted the costs that were incurred during the litigation.  These legal bills were submitted as an exhibit with the Motion to Recover Costs to substantiate and show the costs that were incurred incident to the litigation process.  This information was submitted in its original form so that there would be no question that the costs were correct, reasonable, and necessarily incurred in the case.

The legal bills submitted as a part of Exhibit A contain Affidavits by Oakley Melton, the attorney responsible for representing the Alabama Public Service Commission in this litigation, stating that "the claims for payment herewith made against the State of Alabama Public Service Commission reflect actual services performed for the State of Alabama Public Service Commission and are in all respects, true, correct, and unpaid."  This sworn statement by Oakley Melton may not mirror word for word the verified statement on the local Bill of Costs form, but we submit that it meets the requirements of Section 28 U.S.C. A. § 1924.  There is a further Affidavit from the Secretary of the Alabama Public Service Commission stating that the legal bills we are submitting in this matter are true and correct copies and that all  of the costs are shown correctly.

Local Rule 54.1(a) provides that requests for taxation of costs under Fed. R. Civ. P. 54(d) shall be filed with the Clerk within 30 days after entry of final judgment from which an appeal may be taken.  Defendants' Motion to Recover Costs was filed within the 30 day period.  Copies were timely served on opposing counsel as required by the local rule.

Neither 28 U.S.C.A. § 1924 nor Federal Rule of Civil Procedure 54(d) specify how an application for costs is to be substantiated.  Local Rule 54.1(b) states that costs bill forms should be obtained from the Clerk's Office.  We did not use the local form, but courts have held that the

failure to use the local form does not prohibit the recovery of costs.  See e.g., <u>Women's Federal Savings and Loan,</u>  108 F.R.D. 396, 398 (D. Nev. 1985).

Significantly, Local Rule 54.1(b) does not use mandatory language with respect to the use of the form.   It states only that cost bill forms should be obtained.  The term "should" does not require a mandatory construction and we do not believe that the term "should" in this context required use of the local form, particularly in the situation where counsel was substituted at the last minute and all of the costs were incurred by attorneys who did not represent the client in the recovery of costs.  Courts have grappled with the term "should," and, in some contexts, it may be mandatory and others it may be permissive.  See e.g., <u>Marshall v. Anaconda Co.,</u> 596 F.2d 370, 375-777 (9th Cir. 1979) for a discussion of the ambiguity created by use of the term "should."  In this case, costs should not be denied to defendants because the costs were submitted in a form other than the preferred local costs bill form.

On or about June 24, 2008 counsel for defendants discussed the issue of the form with Debra P. Hackett, Clerk of the Court.  She expressed a preference for the local bill form and indicated that this could be filed by the original attorneys.  A discussion was had with Ms. Hackett concerning the timeliness of any supplemental filing and we agreed that we would supplement the original filing, if requested.  She expressed a preference for assigning the case to a magistrate for a report and recommendation.

To show why defendants are entitled to recover the costs of this litigation, we are submitting copies of the un-redacted legal bills, the identical costs previously submitted on the local bill form in the format preferred by the Clerk's Office, and an attorneys Affidavit

supporting and supplementing the Affidavits contained within the legal bills previously submitted.

Respectfully submitted,

TROY KING (KIN047)
ATTORNEY GENERAL


By:_____*/s/ Olivia W. Martin*_____
          OLIVIA W. MARTIN (MAR003)
          Assistant Attorney General



ADDRESS OF COUNSEL:

OLIVIA W. MARTIN
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone: (334) 242-7393
Fax: (334) 242-2433
E-mail: omartin@ago.state.al.us

## CERTIFICATE OF SERVICE

I certify that on July 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jimmy Lee DeBardelaben – dgoollaw@aol.com

Oakley W. Melton, Jr. – omelton@mewlegal.com

_/s/ Olivia W. Martin_____
OLIVIA W. MARTIN (MAR003)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GREGORY KELLY,                                    )
                                                  )
            Plaintiff,                            )
                                                  )
v.                                                )          Civil Action No. 2:07-cv-610-WHA
                                                  )
JOHN FREE, individually and in his official       )
position as an employee of the Alabama Public     )
Service Commission; JANICE M. HAMILTON,           )
individually and in her official position as a    )
Division Director of the Alabama Public Service   )
Commission; and ALABAMA PUBLIC                    )
SERVICE COMMISSION, an agency of the              )
State of Alabama,                                 )

## **AFFIDAVIT**

Before me, the undersigned authority, a Notary Public in and for said county and State of

Alabama at large, personally appeared Olivia Watts Martin who being known to me and being duly

sworn, deposes and says on oath as follows:

My name is Olivia Watts Martin, and I am over nineteen (19) years of age. I hereby certify and

affirm that I am the Assistant Attorney General, assigned by the Office of the Attorney General to

manage and review the legal bills submitted by Melton, Espy & Williams, P.C. for the lawsuit of:

Gregory Kelly v. Alabama Public Service Commission, United States District Court, Middle District of

Alabama, Case #: 2:07-cv-610-WHA. My responsibilities include reviewing each bill to ensure that it is

in compliance with the State of Alabama's laws, rules, regulations, and guidelines concerning litigation

handled by attorneys who have been appointed by the Attorney General to represent other state agencies,

including the Alabama Public Service Commission. I do not have any responsibility to direct the course

of the litigation.

During the course of this litigation, I reviewed each bill submitted by Oakley Melton prior to the bill being submitted for payment. I signed bills after they were approved by the appropriate officials within the Alabama Public Service Commission. Each bill contained an Affidavit by Mr. Oakley Melton stating that "claims for payment herewith made against the State of Alabama Public Service Commission reflect actual services performed for the State of Alabama Public Service Commission and are in all respects true, correct, and unpaid." Based upon the Affidavit of Mr. Oakley Melton and the approval of the Alabama Public Service Commission officials and my own review of the time sheets and listing of costs, I believe that the costs submitted in the bills are correct and have been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

Further Affiant Sayeth Not.


OLIVIA WATTS MARTIN (MAR003)
Assistant Attorney General


STATE OF ALABAMA          )
                          )
COUNTY OF MONTGOMERY      )


Sworn to and subscribed before me and under my hand and official seal this the 10th day of July, 2008.


Notary Public
My commission expires: January 18, 2012

2

✎AO 133  (Rev. 03/08)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

## MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION

GREGORY KELLY,                                     )
                          Plaintiff,               )
                 v.                                )        Case No.:  2:07-cv-610-WHA
                                                   )
JOHN FREE, et al.,                                 )
                                                   )

### Bill of Costs

Judgment having been entered in the above entitled action  <u>May 23, 2008</u>  against  <u>Gregory Kelly</u>  ,
                                                                      Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $    0 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | 4,181.91 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . <u>Deposition cost for ct. reporter</u> | 2,770.88 |
| TOTAL | $6,952.79 ~~XXXX~~ |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☒    Electronic service by e-mail as set forth below and/or.

☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:  _Olivia W. Martin_

Name of Attorney:  _Olivia W. Martin_

For:  <u>John Free and the Alabama Public Service Commission</u>  Date:  <u>7/10/08</u>
          Name of Claiming Party

Costs are taxed in the amount of  _____6,952.79_____  and included in the judgment.

_____           By:  _____           _____
Clerk of Court                              Deputy Clerk                                   Date

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| | |
|---|---:|
| Fees of the Court Reporter | |
| Transcripts of Witness Meetings | $1,069.95 |
| Haislip, Ragan, Green et al. – | |
| (Deposition of Kelly) | 1,651.25 |
| (Appearance Fee) | 100.00 |
| Freedom Reporting | |
| (Depositon of Cleckler) | 120.90 |
| (Deposition of Free, Hamilton, & Garner ) | 688.95 |
| | |
| | $3,631.05 |
| Fees for Exemplification | |
| Copies of papers necessarily obtained for use in the case | |
| National Archives Trust Fund (Copy of | $40.00 |
| Bankruptcy Petition) | |
| Montgomery Otolaryngology –Grace Kelly Records | 27.00 |
| Copies (certification/various courts) | 22.00 |
| Blueprint | 60.76 |
| Dan Black Studios (copying audio tapes) | 79.80 |
| Photo copies     436 x .35 | 152.60 |
| Photocopies     2143 x .35 | 750.05 |
| Alabama State Personnel Records | 39.00 |
| Photocopies 128 x .35 | 44.80 |
| Photocopies | 98.00 |
| Dan Black Studios (copy CD) | 19.95 |
| Alabama Trial Services (video of Kelly deposition) | 1,127.50 |
| Records – Department of Industrial Records | 10.00 |
| Photocopies     3,589 x .35 | 1,256.15 |
| SRM (Records – Pri-Med Vaughn Road) | 12.08 |
| Photocopies     379 x .35 | 132.65 |
| Ivise | 178.92 |
| Photocopies     119 x .35 | 41.65 |
| | |
| | $4181.91 |
| Other Costs | |
| Westlaw | 442.26 |
| Westlaw | 130.66 |
| Mileage 4.76 x .485 | 2.31 |
| Mileage 7.3 miles x .485 | 3.54 |
| Westlaw | 290.28 |
| Mileage  35.6 x .485 | 17.27 |
| Mileage 10.5 x .485 | 5.09 |
| | $891.41 |

**TOTAL COSTS   $8,704.37**      (This figure is higher than originally requested, but we are not asking for the additional amount.  Since we made the original filing, more information has been provided.



# STATE OF ALABAMA
### ALABAMA PUBLIC SERVICE COMMISSION
P.O. BOX 304260
MONTGOMERY, ALABAMA 36130-4260

JIM SULLIVAN, PRESIDENT

JAN COOK, ASSOCIATE COMMISSIONER

SUSAN D. PARKER, PhD, ASSOCIATE COMMISSIONER

WALTER L. THOMAS, JR.

SECRETARY

## MEMORANDUM

**DATE:**     December 6, 2007

**TO:**      Teresa Nobles
          Analyst

**FROM:**    John A. Garner
          Chief Administrative Law Judge

**SUBJECT:**  Gregory Kelly v. John Free, et al.
          2:07-CV-610-WHA
          Claim #GL-0707-00339
          Date of Occurrence: 04/10/07

Attached hereto you will find the most recent (October 2007) outside attorney billing received by the Alabama Public Service Commission (the "APSC") in the above-styled case. As the APSC attorney responsible for the coordination of the defense of the case, I have reviewed the billing in question and have found it to be in order.

Thank you for your assistance in processing payment of this bill. Should you have questions or need additional information, please do not hesitate to contact me 242-5200.

JAG:as

Attachment

LAW OFFICES

**MELTON, ESPY & WILLIAMS, P.C.**

255 DEXTER AVENUE

MONTGOMERY, ALABAMA 36104

OAKLEY MELTON, JR.
JOSEPH C. ESPY, III
JAMES E. WILLIAMS
J. FLYNN MOZINGO
C. MARK BAIN
BENJAMIN J. ESPY*
* ALSO ADMITTED IN MISSISSIPPI

MAILING ADDRESS
P.O. DRAWER 5130
MONTGOMERY, AL
36103-5130

TELEPHONE
(334) 263-6621

FAX
(334) 263-7252

November 6, 2007

RECEIVED
NOV 2007
ALA PSC
LEGAL DIV.

Ms. Eileen M. Lawerence
Alabama Public Service Commission
P. O. Box 304260
Montgomery, AL  36130-4260

RE:  Gregory Kelly v. Alabama Public
     Service Commission, et al.
     In the United States District Court
     for the Middle District of Alabama
     Northern Division, Case No.: 2:07-CV-610-WHA

Dear Ms. Lawrence:

        Enclosed herewith is our bill for legal services rendered
and out of pocket expenses incurred in above matter through
October, 2007.  If you have any questions, please let me know.
With highest regards and best wishes, I am

                        Sincerely,

                        Oakley Melton Jr.

                        Oakley Melton, Jr.

OMJr/bm

Enclosure

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

---

**Invoice Date:** 11-06-2007 **Department or Agency:** <u>Alabama Public Service</u>
<u>Commission</u>
**Style of Case:** Gregory Kelly v. Alabama Public Service
Commission, et al.

**Court:**                          **Case #:**              **Assigned Judge:**
U. S. District Court, Middle
District of Alabama, Northern Div.    2:07-CV-610-WHA    Judge Albritton

**Name of Law Firm:** <u>Melton, Espy & Williams, P.C.</u>

**Mailing Address:** <u>P. O. Drawer 5130, Montgomery, AL 36103-5130</u>

**Business Phone:  Area Code** <u>334/263-6621</u>

**Date Appointed Deputy Attorney General:** <u>July 13, 2007</u>

**Total Amount of Previously Billed Services:** $<u> 28,232.23</u>

**Total Amount of Previously Paid Services:**   $<u> 3,915.50</u>

**Authorized Maximum Amount:**                  $<u> 60,000.00</u>

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

    1.  Attorney Time
       **Total Hours/OCTOBER 2007**
       FM: 4.75 hrs x $150/hr =      $      712.50

    2.  Non-Attorney Time
       **Total Hours/OCTOBER 2007**
       SS:  .40 hrs x $ 45.00 =      $       18.00

                TOTAL:            $      730.50

3.  Expenses Total

           **Total Expenses/OCTOBER 2007**
           Westlaw                          $    442.26
           Photocopies  119 (A) .35¢ (D)    $     41.65

                        TOTAL:              $    483.91

TOTAL FEES & EXPENSES. . . . . . . . . . . . . . . . .  $ 1,214.41

BALANCE DUE PER STATEMENT RENDERED AUGUST 16, 2007 &
    OCTOBER 18, 2007 . . . . . . . . . . . . . . . . .   $28,232.23

PAYMENT RECEIVED NOVEMBER 2, 2007 . . . . . . . . . .   ($ 3,915.50)

TOTAL AMOUNT DUE MELTON, ESPY & WILLIAMS, P.C. . . . .   $25,531.14

*already submitted*
*for payment —*
*The only amount*
*for which compensation*
*should be paid on*
*this bill is the*
*$1,214.41 billed for*
*October 2007*

STATE OF ALABAMA
MONTGOMERY COUNTY

### A F F I D A V I T

       Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows:  that the claims for payment herewith made against the STATE OF ALABAMA PUBLIC SERVICE COMMISSION reflect actual services performed for the STATE OF ALABAMA PUBLIC SERVICE COMMISSION and are in all respects true, correct, and unpaid.

                        _____
                            Signature of Affiant

Sworn to and subscribed
before me this 6th
day of Nov. , 2007.

_____
    Notary Public

My commission expires: 8-8-09

Review: _____, Managing Attorney    Approval: _____
                                                _____, Department Head

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED                                                      TAX I.D. #63-0720022

PAGE 4

| DATE | | DESCRIPTION | HOURS |
|------|---|-------------|-------|
| 10/04/07 | FM | Telephone conversation with John Free regarding deposition date; multiple telephone conversations with Janice Hamilton regarding same | .50 hrs |
| 10/09/07 | FM | Telephone conversation with John Free regarding dates for deposition | .25 hrs |
| 10/10/07 | FM | Telephone conversation with Jim DeBardelaben regarding deposition schedule; preparation of status letter regarding same; preparation of letter to John Garner regarding same | .75 hrs |
| 10/12/07 | FM | Receipt and review of notice from Federal Court regarding filing of discovery with Court; exchange e-mails with John Free regarding Alabama Power records | .75 hrs |
| 10/22/07 | FM | Telephone conversation with Abigail Avery regarding status of Taylor claim against PSC; preparation of letter to Jim DeBardelaben regarding Kelly deposition; receipt and review additional employment records from Alabama Power; telephone conversation with John Free regarding same; preparation of status letter regarding same | 2.00 hrs |
| 10/22/07 | SS | Walk to Alabama Power Co. to pick up personal records of Gregory Kelly | .40 hrs |
| 10/23/07 | FM | Telephone call to John Free to leave voice mail regarding meeting to discuss Kelly termination record | .20 hrs |

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED                                                          TAX I.D. #63-0720022

PAGE 5

| DATE | | DESCRIPTION | HOURS |
|------|---|-------------|-------|
| 10/25/07 | FM | Telephone conversation with John Garner regarding deposition status | .30 hrs |
| | | TOTAL HOURS: | 5.15 HRS |



# STATE OF ALABAMA

ALABAMA PUBLIC SERVICE COMMISSION
P.O. BOX 304260
MONTGOMERY, ALABAMA 36130-4260

JIM SULLIVAN, PRESIDENT

JAN COOK, ASSOCIATE COMMISSIONER

SUSAN D. PARKER, PHD, ASSOCIATE COMMISSIONER

WALTER L. THOMAS, JR.

SECRETARY

# M E M O R A N D U M

**DATE:**      February 12, 2008

**TO:**          Teresa Nobles
                  Analyst

**FROM:**     John A. Garner
                  Chief Administrative Law Judge

**SUBJECT:**   Gregory Kelly v. John Free, et al.
                  2:07-CV-610-WHA
                  Claim #GL-0707-00339
                  Date of Occurrence: 04/10/07

Attached hereto you will find the most recent (December 2007 and January 2008) outside attorney billings received by the Alabama Public Service Commission (the "APSC") in the above-styled case. As the APSC attorney responsible for the coordination of the defense of the case, I have reviewed the billings in question and have found them to be in order.

Thank you for your assistance in processing payment of these bills. Should you have questions or need additional information, please do not hesitate to contact me at 242-5200.

JAG:as

Attachment

LAW OFFICES

MELTON, ESPY & WILLIAMS, P.C.

255 DEXTER AVENUE

MONTGOMERY, ALABAMA 36104

OAKLEY MELTON, JR.
JOSEPH C. ESPY, III
JAMES E. WILLIAMS
J. FLYNN MOZINGO
C. MARK BAIN
BENJAMIN J. ESPY*
* ALSO ADMITTED IN MISSISSIPPI

MAILING ADDRESS
P.O. DRAWER 5130
MONTGOMERY, AL
36103-5130

TELEPHONE
(334) 263-6621

FAX
(334) 263-7252

February 8, 2008

RECEIVED
FEB 2008
ALA PSC
LEGAL DIV.

Ms. Eileen M. Lawerence
Alabama Public Service Commission
P. O. Box 304260
Montgomery, AL  36130-4260

        RE:  Gregory Kelly v. Alabama Public
            Service Commission, et al.
            In the United States District Court
            for the Middle District of Alabama
            Northern Division, Case No.: 2:07-CV-610-WHA

Dear Ms. Lawrence:

      Enclosed herewith is our bill for legal services rendered
and out of pocket expenses incurred in above matter through
January, 2008.  If you have any questions, please let me know.
With highest regards and best wishes, I am

                Sincerely,

                Oakley Melton, Jr.

OMJr/bm

Enclosure

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

**Invoice Date:** 02-08-2008 **Department or Agency:** <u>Alabama Public Service</u>
<u>Commission</u>
**Style of Case:** Gregory Kelly v. Alabama Public Service
Commission, et al.

**Court:**                                    **Case #:**                 **Assigned Judge:**
U. S. District Court, Middle
District of Alabama, Northern Div.    2:07-CV-610-WHA    Judge Albritton

**Name of Law Firm:** <u>Melton, Espy & Williams, P.C.</u>

**Mailing Address:**  <u>P. O. Drawer 5130, Montgomery, AL 36103-5130</u>

**Business Phone:**  Area Code <u>334/263-6621</u>

**Date Appointed Deputy Attorney General:** <u>July 13, 2007      </u>

**Total Amount of Previously Billed Services:** $<u> 33,823.68     </u>

**Total Amount of Previously Paid Services:**    $<u> 29,446.64     </u>

**Authorized Maximum Amount:**                   $<u> 60,000.00     </u>

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

    1.  Attorney Time
        **Total Hours/JANUARY 2008**
            OM:  5.00 hrs x $150/hr =     $    750.00
            FM: 35.25 hrs x $150/hr =     $ 5,287.50
    2.  Non-Attorney Time
        **Total Hours/JANUARY 2008**
            SS: 27.40 hrs x $ 45.00 =     $ 1,233.00

                        TOTAL:                    $ 7,270.50

3.  Expenses Total.
        **Total Expenses/JANUARY 2008**
        National Archives Trust Fund
            (Copy Bankruptcy Petition) $      40.00
        Montgomery Otolaryngology
            (Records-Gregory Kelly)   $      27.00
        Mileage 7.3 miles x .485 per  $       3.54
        Copies (Certification/various
            Courts)                   $      22.00
        Dan Black Studios (Copying
            Audio Tapes)              $      79.80
        Photocopies 436 @ .35¢ each   $     152.60

                        TOTAL:              $     324.94

*(handwritten margin note: Domestic Court Doc. $6.50 / Small Claims Doc. $10.00 / Circuit Court Doc. $5.50)*

TOTAL FEES & EXPENSES.  . . . . . . . . . . . . . . . . $ 7,595.44

BALANCE DUE PER STATEMENTS RENDERED DECEMBER 17, 2007 &
JANUARY 8, 2008 . . . . . . . . . . . . . . . . . . . . $ 4,377.04

TOTAL AMOUNT DUE MELTON, ESPY & WILLIAMS, P.C.  . . . . $11,972.48

*(handwritten note: This figure represents amounts that have been billed previously. The only amount due on this bill for January 08 services and expenses is $7,595.44)*

*(handwritten: JAG 2/12/08)*

STATE OF ALABAMA
MONTGOMERY COUNTY

### A F F I D A V I T

       Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows:  that the claims for payment herewith made against the STATE OF ALABAMA PUBLIC SERVICE COMMISSION reflect actual services performed for the STATE OF ALABAMA PUBLIC SERVICE COMMISSION and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this 8th
day of Feb. , 2008.

_____
    Notary Public

My commission expires: 8-8-09

Review: _____
_____, Managing Attorney

Approval: _____
_____, Department Head

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 4

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/02/08 | FM | Continue preparation of affidavit of Jerry Posey; preparation of letter to Jim DeBardelaben regarding depositions; confirm depositions with DeBardelaben | 2.75 hrs |
| 01/02/08 | SS | Locate, print and/or request copies of complaints against Gregory Kelly, contact Clerk's office concerning copies | .90 hrs |
| 01/02/08 | SS | Find and contact John Johnson about his former employee, Gregory Kelly and prepare memo & e-mail concerning Mr. Johnson's recall of Kelly | .90 hrs |
| 01/03/08 | FM | Receipt and review of e-mail from John Free regarding Kelly Complaint; telephone conversation with John Free regarding same | .75 hrs |
| 01/03/08 | OM | Reviewing Plaintiff Gregory Kelly's Answers to Interrogatories, Request for Production and Request for Admissions; office conference in connection with such Answers and responses to Defendant's discovery requests | 1.25 hrs |
| 01/04/08 | FM | Telephone conversation with John Garner regarding status and deposition of Kelly; preparation of deposition notices for Kelly | .80 hrs |
| 01/04/08 | SS | Travel to Domestic Relation's Clerk's office and obtain copy of Kelly Petition for Divorce, travel to Circuit Clerk's office and obtain copy of Complaint, walk to District Clerk's office and obtain copies of two complaints; return to office | 2.60 hrs |

IN ACCOUNT WITH

### MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 5

| DATE | | DESCRIPTION | HOURS |
|------|---|-------------|-------|
| 01/04/08 | SS | Contact District, Domestic Relations and Small Claims about copies of Kelly complaints | .30 hrs |
| 01/04/08 | SS | Call Dr. Kitchen's office about records missing for 2/15/06 Appointment | .20 hrs |
| 01/04/08 | SS | Contact Dr. Kitchen's office about medical records of Kelly | .20 hrs |
| 01/08/08 | SS | Complete bankruptcy request for archived documents and check and prepare for mailing | .30 hrs |
| 01/08/08 | FM | Receipt and review of e-mail from John Free regarding Kelly | .25 hrs |
| 01/08/08 | SS | Contact PriMed about translating medical records of Gregory Kelly and fax records to same | .50 hrs |
| 01/08/08 | SS | Contact Bankruptcy Court about obtaining copy of Petition filed by Gregory Kelly | .20 hrs |
| 01/09/08 | SS | Pull witness file of Jerry Posey and identify supervisor present during the firing of Greg Kelly; call Angie at PriMed for information on doctor's notes | .70 hrs |
| 01/09/08 | FM | Telephone conversation with Richard Teague regarding meeting with Larry Stokely | .25 hrs |
| 01/09/08 | SS | Add Kelly Employment File for current year to time line of events | 1.10 hrs |
| 01/09/08 | SS | Add Alabama Power Co. Records to time line of events | .90 hrs |

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**

P.O. DRAWER 5130                                  TELEPHONE 263-6621
MONTGOMERY, AL 36103-5130                         AREA CODE 334

FOR LEGAL SERVICES RENDERED                                      TAX I.D. #63-0720022

PAGE 6

| DATE | | DESCRIPTION | HOURS |
|------|---|-------------|-------|
| 01/10/08 | FM | Receipt and review of e-mail from Free regarding Kelly harassment | .20 hrs |
| 01/10/08 | SS | Begin pulling documents for time line of Events Notebook | 1.50 hrs |
| 01/11/08 | FM | Receipt and review of multiple e-mails from John Free regarding Kelly conduct; telephone conversation with John Free regarding same | .75 hrs |
| 01/14/08 | FM | Receipt and review of multiple e-mails from John Free regarding Kelly Complaint to Spivey; consult with Oakley regarding same; telephone conversation with John Free regarding same | 1.00 hrs |
| 01/15/08 | FM | Conference with John Free, John Garner and Janice Hamilton regarding status and recent Kelly actions | 1.50 hrs |
| 01/15/08 | SS | Contact DeBardelaben's office and request copy of all audiotapes, videotapes and/or other recordings | .20 hrs |
| 01/15/08 | OM | Preparation for and participation in meeting with officials of the Public Service Commission in preparation for depositions of the Plaintiff Kelly and Defendants Hamilton and Free | 1.50 hrs |
| 01/16/08 | FM | Continue review file and discovery responses for deposition preparation | 2.50 hrs |
| 01/17/08 | SS | Prepare Non-Party Subpoena to Montgomery Otolaryngology | .40 hrs |

IN ACCOUNT WITH

# MELTON, ESPY & WILLIAMS, P.C.
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 7

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/21/08 | FM | Continue review of documents produced by Kelly and review file for deposition preparation; continue review file for same; research and review pattern jury instructions and law for same | 7.00 hrs |
| 01/23/08 | SS | Contact Montgomery Otolaryngology about missing history | .20 hrs |
| 01/23/08 | SS | Contact DeBardeleben about audiotapes and videotapes relative to plaintiff's response to request for production, and e-mail Flynn concerning same | .30 hrs |
| 01/23/08 | FM | Telephone conversation with John Free regarding meeting to prepare for depositions | .25 hrs |
| 01/24/08 | SS | Update and organize file & begin copying documents for Kelly deposition exhibits | 1.10 hrs |
| 01/24/08 | FM | Review timeline for gathering exhibits for deposition | 3.00 hrs |
| 01/24/08 | SS | Contact Montgomery Otolaryngology concerning missing history and after receipt, contact requesting a better copy, e-mail Ashley to request pick up at doctor's office | .50 hrs |
| 01/25/08 | SS | Travel to Montgomery Otolaryngology to obtain medical records of Greg Kelly | .50 hrs |

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 8

| DATE | | DESCRIPTION | HOURS |
|------|---|-------------|-------|
| 01/25/08 | OM | Preparation for and participation in conference with Janice Hamilton and John Free of the Alabama Public Service Commission; reviewing documents produced by the Plaintiff Greg Kelly and his answers to Interrogatories; preparation for the depositions of Kelly, Free and Hamilton | 2.25 hrs |
| 01/25/08 | FM | Continue review of file and record in preparation for Kelly deposition; conference with Janice Hamilton and John Free regarding same | 3.50 hrs |
| 01/28/08 | SS | Telephone conversation with Montgomery Otolaryngology about Kelly Medical Records, telephone conversation with Pri-Med about same, left message with Dr. Campbell concerning medical records | .40 hrs |
| 01/28/08 | SS | Pull deposition exhibits from time line of events | 5.40 hrs |
| 01/29/08 | FM | Review PSC employee statement transcripts in preparation for deposition; telephone conversation with Robin Laurie regarding whether to subpoena Stokely; receipt and review of e-mail from John Free regarding energy division employees' ages | 4.25 hrs |
| 01/29/08 | SS | Collect documents from time line in preparation of Kelly deposition | .70 hrs |

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 9

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/30/08 | FM | Continue review statement transcripts; receipt and review of multiple e-mails from John Free regarding recent Kelly e-mails; review PSC website regarding preparation for Kelly deposition | 3.75 hrs |
| 01/30/08 | SS | Pull documents from time line in preparation for Kelly depo | 3.20 hrs |
| 01/31/08 | FM | Continue preparation for deposition and review file for same; telephone conversation with John Free regarding same | 2.75 hrs |
| 01/31/08 | SS | Pull documents from time line in preparation of Kelly depo and contact DeBardelaben about audio tapes, contact Dan Black Studios about same | 4.20 hrs |
| | | TOTAL HOURS: | 67.65 HRS |



# STATE OF ALABAMA
## ALABAMA PUBLIC SERVICE COMMISSION
P.O. BOX 304260
MONTGOMERY, ALABAMA 36130-4260

JIM SULLIVAN, PRESIDENT

JAN COOK, ASSOCIATE COMMISSIONER

SUSAN D. PARKER, PhD, ASSOCIATE COMMISSIONER

WALTER L. THOMAS, JR.

SECRETARY

## M E M O R A N D U M

**DATE:**      April 7, 2008

**TO:**        Teresa Nobles
              Analyst

**FROM:**      John A. Garner
              Chief Administrative Law Judge

**SUBJECT:**   Gregory Kelly v. John Free, et al.
              2:07-CV-610-WHA
              Claim #GL-0707-00339
              Date of Occurrence: 04/10/07

      Attached hereto you will find the most recent (February 2008) outside attorney billings received by the Alabama Public Service Commission (the "APSC") in the above-styled case. As the APSC attorney responsible for the coordination of the defense of the case, I have reviewed the billings in question and have found them to be in order.

      Thank you for your assistance in processing payment of these bills. Should you have questions or need additional information, please do not hesitate to contact me at 242-5200.


JAG:as

Attachment

LAW OFFICES

## MELTON, ESPY & WILLIAMS, P.C.

255 DEXTER AVENUE

MONTGOMERY, ALABAMA 36104

OAKLEY MELTON, JR.
JOSEPH C. ESPY, III
JAMES E. WILLIAMS
J. FLYNN MOZINGO
C. MARK BAIN
BENJAMIN J. ESPY*
* ALSO ADMITTED IN MISSISSIPPI

MAILING ADDRESS
P.O. DRAWER 5130
MONTGOMERY, AL
36103-5130

TELEPHONE
(334) 263-6621

FAX
(334) 263-7252

RECEIVED
2008
ALA PSC
LEGAL DIV.

March 7, 2008

Ms. Eileen M. Lawerence
Alabama Public Service Commission
P. O. Box 304260
Montgomery, AL  36130-4260

RE:  Gregory Kelly v. Alabama Public
     Service Commission, et al.
     In the United States District Court
     for the Middle District of Alabama
     Northern Division, Case No.: 2:07-CV-610-WHA

Dear Ms. Lawrence:

        Enclosed herewith is our bill for legal services rendered
and out of pocket expenses incurred in above matter through
February, 2008.  If you have any questions, please let me know.
With highest regards and best wishes, I am

                           Sincerely,

                           Oakley Melton Jr.

                           Oakley Melton, Jr.

OMJr/bm

Enclosure

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

**Invoice Date:** 03-07-2008 **Department or Agency:** Alabama Public Service Commission

**Style of Case:** Gregory Kelly v. Alabama Public Service Commission, et al.

| Court: | Case #: | Assigned Judge: |
|---|---|---|
| U. S. District Court, Middle District of Alabama, Northern Div. | 2:07-CV-610-WHA | Judge Albritton |

**Name of Law Firm:** Melton, Espy & Williams, P.C.

**Mailing Address:** P. O. Drawer 5130, Montgomery, AL 36103-5130

**Business Phone:** Area Code 334/263-6621

**Date Appointed Deputy Attorney General:** July 13, 2007

**Total Amount of Previously Billed Services:** $ 41,419.12

**Total Amount of Previously Paid Services:** $ 31,284.38

**Authorized Maximum Amount:** $ 60,000.00

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

1. Attorney Time
   **Total Hours/FEBRUARY 2008**
       OM:  7.25 hrs x $150/hr =     $ 1,087.50
       FM: 27.65 hrs x $150/hr =     $ 4,147.50
2. Non-Attorney Time
   **Total Hours/JANUARY 2008**
       SS:  8.30 hrs x $ 45.00 =     $   373.50
       WR:  5.00 hrs x $ 45.00 =     $   225.00

                     TOTAL:          $ 5,833.50

3.    Expenses Total.

    **Total Expenses/FEBRUARY 2008**

| | | |
|---|---|---|
| Quality Blueprint LLC | $ | 60.76 |
| Haislip, Ragan, Green, Starkie & Watson (Appearance Fee) | $ | 100.00 |
| Westlaw | $ | 130.66 |
| Mileage 4.76 × .485 | $ | 2.31 |
| Photocopies 2143 @ .35 each | $ | 750.05 |

                          TOTAL:                      $  1,043.78

TOTAL FEES & EXPENSES.  .  .  .  .  .  .  .  .  .  .  .  .  . $ 6,877.28

BALANCE DUE PER STATEMENTS RENDERED JANUARY 8, 2008 &
FEBRUARY 8, 2008 .  .  .  .  .  .  .  .  .  .  .  .  .  .  . $10,134.74

TOTAL AMOUNT DUE MELTON, ESPY & WILLIAMS, P.C.  .  .  .  . $17,012.02

*This figure represents amounts that have been previously billed. The only amount due on this bill for February 08 services and expenses is $6,877.28*

STATE OF ALABAMA
MONTGOMERY COUNTY

# A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows:    that the claims for payment herewith made against the STATE OF ALABAMA PUBLIC SERVICE COMMISSION reflect actual services performed for the STATE OF ALABAMA PUBLIC SERVICE COMMISSION and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this 7th
day of March, 2008.

_____
Notary Public

My commission expires: 8-8-09

_____

Review: _____    Approval: _____
_____, Managing Attorney    _____, Department Head

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED                                    TAX I.D. #63-0720022

PAGE 4

| DATE | | DESCRIPTION | HOURS |
|------|---|-------------|-------|
| 02/01/08 | SS | Pull documents from Time line of events for Kelly depo, travel to Dan Black Studios to pickup audio tapes and copies, put e-mails into chronological order and listen to Kelly tapes | 4.80 hrs |
| 02/01/08 | FM | Intensive preparation and study of file and all documents regarding case for deposition of Plaintiff; gather and prepare exhibits for same | 6.25 hrs |
| 02/02/08 | FM | Continue preparation for deposition and exhibits | 3.00 hrs |
| 02/02/08 | WR | Organize, copy and prepare multiple exhibits for deposition of Greg Kelly | 5.00 hrs |
| 02/04/08 | FM | Continue preparation for deposition; preparation for meeting with Janice and John; lengthy meeting with Janice and John for Kelly deposition preparation and their deposition preparation; continue preparation of exhibits | 6.50 hrs |
| 02/04/08 | SS | Telephone conversation with Dr. Campbell concerning Pri-Med medical records of Greg Kelly, prepare memo to the file concerning same | .50 hrs |

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 5

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/04/08 | OM | Preparation for and participation in conference with Janice Hamilton and John Free; reviewing documents and exhibits to be used in the deposition of Greg Kelly; organization and marking of such documents as ehxibits to the Greg Kelly deposition | 4.25 hrs |
| 02/05/08 | FM | Continue preparation for Kelly deposition; continue preparation of exhibits for same | 6.00 hrs |
| 02/06/08 | OM | Final preparation for Greg Kelly deposition; trip to the office of the Plaintiff's attorney to take said deposition; extensive conferences with Plaintiff's attorney and re-presentatives of the PSC resulting in a three week postponement of Kelly's deposition for further investi-gation into his claims | 2.50 hrs |
| 02/06/08 | SS | Attend deposition of Gregory Kelly | 2.00 hrs |
| 02/06/08 | SS | Review documents produced by Kelly | .50 hrs |
| 02/06/08 | FM | Conference with clients regarding Kelly deposition; travel to DeBardelaben's office; conference with DeBardelaben regarding deposition; travel from DeBardelaben's office; conference with clients regarding same; telephone conversation with Robin Laurie regard-ing obtaining statement from witnesses; telephone conversation with John Garner regarding same | 4.25 hrs |

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 6

| DATE | | DESCRIPTION | HOURS |
|------|------|------|------|
| 02/07/08 | FM | Exchange telephone messages with John Garner regarding witnesses | .20 hrs |
| 02/13/08 | SS | Burn Kelly's audio CDs for clients | .50 hrs |
| 02/13/08 | FM | Telephone conversation with John Garner regarding status; receipt and review of multiple e-mails from John Free regarding e-mails sent by Kelly | .50 hrs |
| 02/14/08 | FM | Telephone conversation with John Free regarding status of contacts with witnesses | .25 hrs |
| 02/15/08 | FM | Exchange e-mails with John Free regarding Kelly e-mails to division regarding black history month | .20 hrs |
| 02/27/08 | FM | Telephone conversation with John Garner regarding scheduling conference call with Oakley Melton, Jr. to discuss preparation for Commissioner's meeting | .20 hrs |
| 02/29/08 | FM | Telephone conversation with Oakley Melton and John Garner regarding preparation for meeting with PSC Commissioners | .30 hrs |
| 02/29/08 | OM | Telephone conference with John Garner and Flynn Mozingo in preparation for meeting with PSC Commissioners | .50 hrs |

TOTAL HOURS:        48.20 HRS



# STATE OF ALABAMA

ALABAMA PUBLIC SERVICE COMMISSION
P.O. BOX 304260
MONTGOMERY, ALABAMA 36130-4260

JIM SULLIVAN, PRESIDENT

JAN COOK, ASSOCIATE COMMISSIONER

SUSAN D. PARKER, PhD, ASSOCIATE COMMISSIONER

WALTER L. THOMAS, JR.

SECRETARY

## MEMORANDUM

**DATE:**     October 11, 2007

**TO:**      Jerry Carpenter
         Attorney for Risk Management

**FROM:**     John A. Garner   JAG
         Chief Administrative Law Judge

**SUBJECT:**   Gregory Kelly v. John Free, et al.
         2:07-CV-610-WHA
         Claim # GL-0707-00339
         Date of Occurrence: 04/10/07

　　　　Attached hereto you will find the most recent outside attorney billing received by the Alabama Public Service Commission (the "APSC") in the above-styled case. As the APSC attorney responsible for the coordination of the defense of the case, I have reviewed the billing in question and have found it to be in order.

　　　　Thank you for your assistance in processing payment of this bill. Should you have questions or need additional information, please do not hesitate to contact me at 242-5200.

JAG:eml
Attachment

$ 1,069.95
$ 17,087.80

*odon*

LAW OFFICES

## MELTON, ESPY & WILLIAMS, P.C.

255 DEXTER AVENUE
MONTGOMERY, AL 36104

OAKLEY MELTON, JR.
JOSEPH C. ESPY, III
JAMES E. WILLIAMS
J. FLYNN MOZINGO
C. MARK BAIN
BENJAMIN J. ESPY*

*ALSO ADMITTED IN MISSISSIPPI

MAILING ADDRESS
P.O. DRAWER 5130
MONTGOMERY, AL
36103-5130

TELEPHONE
(334) 263-6621

FAX
(334) 263-7252

October 3, 2007



RECEIVED
OCT 2007
ALA PSC
LEGAL DIV.

Ms. Eileen M. Lawrence
Alabama Public Service Commission
P. O. Box 304260
Montgomery, AL 36130-4260

RE:    <u>Gregory Kelly v. John Free, et al.</u>
       **In the United States District Court for the Middle District of Alabama**
       **Northern Division**
       **Case No.: 2-07-cv-610-WHA**

---

| | | |
|---|---|---|
| FROM | : | Flynn Mozingo |
| AMOUNT REQUESTED | : | $1,069.95 |
| MADE PAYABLE TO | : | Haislip, Ragan, Green, Starkie & Watson |
| EXPLANATION | : | Transcripts of Witness Meetings |

  **XXX**      Invoice Attached

  _____      Invoice Not Attached

  _____      Payment previously requested on _____.


     We would appreciate your remitting payment directly to **HAISLIP, RAGAN,** and advising
us when such payment has been made.  **THERE IS NO CHARGE FOR THIS REQUEST FOR
PAYMENT LETTER.**

# HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
Post Office Box 62
Montgomery, AL  36101-0062
(334) 263-4455 Voice   (334) 263-9167 Fax
Tax ID: 63-0980443

October 1, 2007

Mr. Flynn Mozingo
MELTON, ESPY & WILLIAMS
255 Dexter Avenue
Montgomery, AL 36104

| Invoice Number |
| --- |
| LD 70944 |

**Description of services**    Re: Gregory Kelly vs. John Free, et al.

| Reference | | | | Extension |
| --- | --- | --- | --- | --- |
| Appearance-Full day | 9-11-07 and 9-12-07 | 1.50 | 100.00 | 150.00 |
| Original & 1 | Linda Gardner | 60.00 | 2.950 | 177.00 |
| Original & 1 | Patricia Smith | 28.00 | 2.950 | 82.60 |
| Original & 1 | Steve Bartelt | 40.00 | 2.950 | 118.00 |
| Original & 1 | Sheila Ward | 39.00 | 2.950 | 115.05 |
| Original & 1 | Tonya Williams | 26.00 | 2.950 | 76.70 |
| Original & 1 | Dorinda Kepler | 39.00 | 2.950 | 115.05 |
| Original & 1 | Robert Reed | 35.00 | 2.950 | 103.25 |
| Original & 1 | Ricky Cleckler | 44.00 | 2.950 | 129.80 |
| Delivery charge | | 1.00 | 2.500 | 2.50 |
| | | | **Invoice total:** | **$1,069.95** |

*ok*
*Advisory*

Thank You - Lyn Daugherty

Thank you for using HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.  Please include copy of invoice with remittance.

Payable upon receipt. Thank you for your continued patronage.

*octo*

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

**Invoice Date:** 09-07-2007 **Department or Agency:** Alabama Public Service Commission

**Style of Case:** Gregory Kelly v. Alabama Public Service Commission, et al.

**Court:**                          **Case #:**              **Assigned Judge:**
U. S. District Court, Middle
District of Alabama, Northern Div.    2:07-CV-610-WHA    Judge Albritton

**Name of Law Firm:** Melton, Espy & Williams, P.C.

**Mailing Address:** P. O. Drawer 5130, Montgomery, AL 36103-5130

**Business Phone:** Area Code 334/263-6621

**Date Appointed Deputy Attorney General:** July 13, 2007

**Total Amount of Previously Billed Services:** $   3,915.50

**Total Amount of Previously Paid Services:** $   -0-

**Authorized Maximum Amount:** $ 60,000.00

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

    1.    Attorney Time
          Total Hours
               OM: 19.80 hrs x $150/hr =    $ 2,970.00
               FM: 51.80 hrs x $150/hr =    $ 7,770.00
    2.    Non-Attorney Time
               SS: 69.60 hrs x $ 90.00 =    $ 6,264.00

                        TOTAL:              $17,004.00

3.  Expenses Total
        Alabama State Personnel
          Department (Records/
          Gregory Kelly) State Personnel      $      39.00
          Photocopies 128 copies @ .35 ea     $      44.80

                        TOTAL:                    $      83.80

TOTAL FEES & EXPENSES . . . . . . . . . . . . . . . .   $17,087.80

BALANCE DUE PER STATEMENT RENDERED AUGUST 16, 2007  . . .   $ 3,915.50   OK
                                                                          Advisor.

TOTAL AMOUNT DUE FOR CURRENT SERVICES . . . . . . . . .   $21,003.30

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 4

| DATE | | DESCRIPTION | HOURS |
|------|---|-------------|-------|
| 08/06/07 | SS | Review file and draft discovery requests to John Free | 6.60 hrs |
| 08/06/07 | FM | Telephone conversation with John Free regarding status; preparation of report for parties planning meeting; review file for same | 1.00 hrs |
| 08/07/07 | FM | Continue preparation of report of planning meeting; preparation of disclosures per Attorney General's appointment | 2.00 hrs |
| 08/07/07 | SS | Summarize hearing before the employee grievance panel 100 pages | 6.20 hrs |
| 08/08/07 | OM | Preparation of report of parties; office conferences in connection therewith; forwarding of report to the Plaintiff's attorney | 2.25 hrs |
| 08/08/07 | SS | Complete summary of grievance committee hearing 110 pages | 5.20 hrs |
| 08/08/07 | FM | Continue preparation of disclosure and financial report; continue review and study file for preparation of discovery | 5.75 hrs |
| 08/09/07 | SS | Prepare Notice of Deposition of Gregory Kelly and Non-Party Notice of Subpoenas to AL Power Co & Dept. Of Human Resources for personnel records of Kelly | .90 hrs |

IN ACCOUNT WITH
## MELTON, ESPY & WILLIAMS, P.C.
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 5

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/09/07 | SS | Contact Troy University and Auburn University concerning education of Gregory Kelly | .50 hrs |
| 08/09/07 | SS | Write letter to EEOC requesting copy of Kelly EEOC file | .10 hrs |
| 08/09/07 | FM | Continue review and study file; preparation of Requests for Admission; review administrative hearing transcript; multiple telephone conversations with John Free regarding setting meeting regarding discovery and employment related issues concerning Plaintiff; receipt and review of package of notes and records from Free regarding same; preparation of fax to Jim DeBardelaben regarding report of planning meeting; preparation confirmation letter to DeBardelaben regarding same | 6.00 hrs |
| 08/10/07 | FM | Continue review and study file and documents produced by John Free; preparation of discovery requests; telephone conversation with John Free regarding same; exchange e-mail with John Free regarding same | 5.25 hrs |
| 08/10/07 | SS | Update Request for Admissions to include information found in grievance committee hearing prepare files and extra copies of EEOC Response, affidavits, education records of Kelly | 6.70 hrs |

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED                                                                 TAX I.D. #63-0720022

PAGE 6

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/10/07 | OM | Reviewing report of planning meeting; reviewing, Rule 26(f) Court Order; reviewing Federal Rule Civil Procedure 26, specifically relating to the timing and sequence of discovery depositions from the Plaintiff | .75 hrs |
| 08/13/07 | FM | Continue preparation of discovery requests and requests for admission; continue review file and study transcript of administrative hearing for same | 7.25 hrs |
| 08/13/07 | SS | Update subpoenas to reflect District Court rules, prepare subpoena to Dept. Of Human Resources, begin preparation of time line of events from documents, e-mails, notes and personal files of Gregory Kelly provided by clients, copy Code Sections for Flynn | 6.60 hrs |
| 08/14/07 | SS | Contact Clerk's office about subpoenas and HIPAA Order, research HIPAA rules & regulations, review ALND Uniform Initial Order Governing all further proceedings, draft Motion for Entry and HIPAA Order for the Court, continue preparing time line of events | 7.20 hrs |
| 08/14/07 | FM | Continue preparation of discovery requests; telephone conversation with legal department at State Personnel office regarding obtaining Kelly's records | 3.00 hrs |
| 08/15/07 | OM | Preparation for and participation in conference with officials of the Alabama Public Service Commission | 2.50 hrs |

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

---

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 7

| DATE | | DESCRIPTION | HOURS |
|------|------|------|------|
| 08/15/07 | SS | Continue to prepare time line of events using Gregory Kelly's employment records and File Notes, e-mails of John Free and other Electricity Section members | 6.90 hrs |
| 08/15/07 | FM | Preparation for and attend conference with clients regarding latest developments and other issues | 3.00 hrs |
| 08/16/07 | FM | Continue preparation of discovery requests; receipt and review of e-mail from Janice Hamilton regarding same | 1.00 hrs |
| 08/16/07 | SS | Continuance of time line preparation | 4.50 hrs |
| 08/16/07 | OM | Drafting and revising Interrogatories to Plaintiff Kelly along with Request for Production of Documents and Request for Admissions; reviewing other documents in file; preparation of memo on things to do in the case | 1.50 hrs |
| 08/17/07 | FM | Telephone conversation with John Garner regarding defense strategy, witnesses and discovery; receipt and review of e-mails from Garner regarding same; telephone conversation with John Free regarding discovery; planning session with Oakley Melton regarding discovery and defense strategy; review file for same | 1.75 hrs |
| 08/17/07 | OM | Office conference and telephone conferences | 1.00 hrs |

IN ACCOUNT WITH

# MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 8

| DATE | | DESCRIPTION | HOURS |
|------|-----|------------|-------|
| 08/17/07 | SS | Request check for payment of employment record fees, review employment records continue to enter documents from client into time line of events | 5.10 hrs |
| 08/20/07 | SS | Continue to prepare time line of events from documents provided by client, John Free | 6.40 hrs |
| 08/20/07 | FM | Amend and revise Free discovery | .50 hrs |
| 08/21/07 | FM | Continue preparation of subpoenas; telephone conversation with Janice Hamilton regarding witnesses listed for original Kelly administrative hearing; receipt and review of proposed response by John Garner to Kelly request for hearing on harassment | 1.00 hrs |
| 08/21/07 | SS | Locate subpoenas and notice of deposition for Flynn, Complete time line of events from documents provided by client, John Free | 2.50 hrs |
| 08/21/07 | SS | Revise Notice of Taking Deposition and subpoenas with Flynn's changes | .50 hrs |

IN ACCOUNT WITH
## Melton, Espy & Williams, P.C.
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 9

| DATE | | DESCRIPTION | HOURS |
|------|---|-------------|-------|
| 08/22/07 | FM | Multiple telephone conversations with John Garner regarding response to Kelly request for legal advice and grievance hearing; receipt and review of responses; exchange e-mails with John Free regarding discovery and witnesses; exchange e-mails with Janice Hamilton regarding witnesses; multiple telephone conversations with Tony McLain regarding ethical considerations; preparation of memo to file regarding same; receipt and review of Scheduling Order; continue preparation of discovery; telephone conversation with Abigail Avery regarding Taylor deposition and pleadings; preparation of letter to Avery regarding same | 3.75 hrs |
| 08/22/07 | OM | Office conference; reviewing Court's uniform scheduling orders in Kelly & Taylor cases; consideration of correspondence with Greg Kelly; preparation of Motions; telephone conferences regarding statements and depositions of witnesses | 2.75 hrs |
| 08/22/07 | SS | Update Notice of Taking Deposition with Flynn's changes, contact Clerk's office concerning discovery | .50 hrs |
| 08/23/07 | FM | Multiple telephone conversations with John Garner regarding status and memos to Kelly; exchange e-mails with John Garner regarding same; telephone conversation with Abigail Avery regarding Taylor file; continue review of material sent by John Free regarding potential discovery | 2.00 hrs |

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED                                    TAX I.D. #63-0720022

PAGE 10

| DATE | | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 08/23/07 | OM | Office conference; receiving and reviewing Court Orders; reviewing and revising letters to Gregory Kelly; reviewing consolidated discovery; reviewing list of potential witnesses; revising first consolidated discovery including Interrogatories, Request for Production and Request for Admissions from Greg Kelly | 2.25 hrs |
| 08/24/07 | FM | Multiple telephone conversations with Janice Hamilton regarding setting meeting to review witnesses | .35 hrs |
| 08/24/07 | SS | Refile documents taken from file for Flynn's review | .40 hrs |
| 08/27/07 | FM | Conference with John Free, John Garner and Janice Hamilton regarding interview of PSC employees; receipt and review of Taylor records from Abigail Avery; preparation of proposed memo to PSC employees from Jim Sullivan regarding interview with attorneys | 3.50 hrs |
| 08/27/07 | OM | Reviewing and discussing list of potential witnesses; reviewing consolidated discovery including Interrogatories, Request for Production of Documents and Request for Admissions; preparation for conference with officials of the PSC; participation in conference with PSC officials; outlining information to be obtained from 28 potential witnesses | 3.50 hrs |

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 11

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/28/07 | SS | Expand file to 2nd box, and update with new documents received from Kelly and Maynard, Cooper, create new files, update Notice of Deposition and Non-Party Subpoenas to Alabama Power Co., Dept. Of Human Resources, Pri-med, and Dr. Sargent | 2.30 hrs |
| 08/28/07 | FM | Continue preparation of Non-Party Subpoenas; preparation initial disclosures; receipt and review of Plaintiff's initial disclosures; preparation of memo to PSC employees regarding attorney interview | 4.50 hrs |
| 08/28/07 | OM | Receiving and reviewing Plaintiff's predisclosure information; reviewing and revising notices from President Jim Sullivan to certain employees of the PSC to meet with PSC attorneys; telephone conferences with PSC staff members | 2.30 hrs |
| 08/29/07 | FM | Preparation of e-mail to John Free regarding memorandum to employees for meeting with attorneys | .20 hrs |
| 08/30/07 | SS | Update subpoenas and notice of deposition | .50 hrs |
| 08/31/07 | OM | Reviewing and revising notices to employees for interviews and conferences regarding the allegations in the Complaint of Greg Kelly; preparation for such conferences | 1.00 hrs |

TOTAL HOURS:          141.20 HRS

LAW OFFICES

# MELTON, ESPY & WILLIAMS, P.C.

255 DEXTER AVENUE

MONTGOMERY, ALABAMA 36104

OAKLEY MELTON, JR.
JOSEPH C. ESPY, III
JAMES E. WILLIAMS
J. FLYNN MOZINGO
SUZANNE D. EDWARDS
C. MARK BAIN
BENJAMIN J. ESPY*
* ALSO ADMITTED IN MISSISSIPPI



MAILING ADDRESS
P.O. DRAWER 5130
MONTGOMERY, AL
36103-5130

TELEPHONE
(334) 263-6621

FAX
(334) 263-7252

September 7, 2007

Ms. Eileen M. Lawerence
Alabama Public Service Commission
P. O. Box 304260
Montgomery, AL  36130-4260

       RE:  Gregory Kelly v. John Free, Individually and
           in his Official Position as an employee of the
           Alabama Public Service Commission, at al.

Dear Ms. Lawrence:

      Enclosed herewith is our bill for legal services rendered
and out of pocket expenses incurred in above matter through August,
2007.  If you have any questions, please let me know.  With highest
regards and best wishes, I am

                Sincerely,

                Oakley Melton, Jr.

OMJr/bm

Enclosure

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

RECEIVED
2007
ALA PSC
LEGAL DIV.

**Invoice Date:** 08-16-2007 **Department or Agency:** <u>Alabama Public Service</u>
<u>Commission</u>

**Style of Case:** Gregory Kelly v. John Free, Individually and
in his Official Position as an employee of the
Alabama Public Service Commission, et al.

**Court:**                           **Case #:**              **Assigned Judge:**
U. S. District Court, Middle
District of Alabama, Northern Div.    2:07-CV-610-WHA    Judge Albritton

**Name of Law Firm:** <u>Melton, Espy & Williams, P.C.</u>

**Mailing Address:** <u>P. O. Drawer 5130, Montgomery, AL 36103-5130</u>

**Business Phone:  Area Code** <u>334/263-6621</u>

**Date Appointed Deputy Attorney General:** <u>July 13, 2007</u>

**Total Amount of Previously Billed Services:** $<u>    -0-    </u>

**Total Amount of Previously Paid Services:**  $<u>    -0-    </u>

**Authorized Maximum Amount:**              $<u> 60,000.00 </u>

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

    1.  Attorney Time
       Total Hours
           OM: 11.00 hrs x $150/hr =    $ 1,650.00
           FM: 14.45 hrs x $150/hr =    $ 2,167.50

    2.  Non-Attorney Time

    3.  Expenses Total
       Photocopies                  $    98.00

    TOTAL AMOUNT DUE FOR CURRENT SERVICES  $ <u>3,915.50</u>

*approved Sept 07
meeting – APSC
will pay per
Judge Garner –
to APSC Finance
10/5/07*

STATE OF ALABAMA
MONTGOMERY COUNTY

### A F F I D A V I T

      Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows:  that the claims for payment herewith made against the STATE OF ALABAMA PUBLIC SERVICE COMMISSION reflect actual services performed for the STATE OF ALABAMA PUBLIC SERVICE COMMISSION and are in all respects true, correct, and unpaid.

                                _____
                                     Signature of Affiant

Sworn to and subscribed
before me this 16th
day of August , 2007.

_____
      Notary Public

My commission expires: 8-8-09 _____

Review: _____, Managing Attorney

Approval _____ Department Head

PAGE 3

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/13/07 | OM | Conference with John Free, John Garner and Janice Hamilton; receive and review Summons and Complaint filed by Greorgy Kelly in United Stated District Court for the Middle District of Alabama; receive and review response to the EEOC Complaint and other documents | 1.75 hrs |
| 07/13/07 | FM | Conference with clients regarding Kelly Complaint and representation | 2.00 hrs |
| 07/16/07 | FM | Preparation of Answer to Complaint | .50 hrs |
| 07/17/07 | FM | Study file and records from client for preparation of Answer | 2.50 hrs |
| 07/18/07 | FM | Continue preparation of Answer to Complaint; continue to study and review file and documents produced by John Free for same | 2.50 hrs |
| 07/18/07 | OM | Reviewing the Complaint and other documents including the memorandums submitted by the Plaintiff the Greg Kelly and the Defendant John Free as paragraphs 23-31 of the Plaintiff's Complaint | 2.50 hrs |
| 07/19/07 | FM | Continue preparation of Answer; multiple telephone conversations with John Free regarding same; preparation of letter to John regarding same | 2.75 hrs |
| 07/19/07 | OM | Further review of Plaintiff's Complaint and memorandum and documents of the PSC and reviewing and revising first draft of Answer to the Plaintiff's Complaint | 1.75 hrs |

PAGE 4

| DATE | | DESCRIPTION | HOURS |
|------|---|-------------|-------|
| 07/20/07 | FM | Amend and revise Answer to Complaint | .50 hrs |
| 07/20/07 | OM | Revising first draft of proposed Answer to the Plaintiff's Complaint including attachment of the findings and recommendations of the PSC Grievance Committee and the full commissions order approving an concurring in the findings of the Grievance Committee; further review of claims in the Plaintiff Complaint and exhibits and documents in defense thereof | 2.50 hrs |
| 07/23/07 | FM | Conference with Free, Gardner and Hamilton regarding amendments to draft of Answer; amend and revise Answer; preparation of status letter regarding filing of same | 2.75 hrs |
| 07/23/07 | OM | Preparation for and participation in conference with officials of the Public Service Commission; revising Answer to the Plaintiff's Complaint and filing Answer in the Federal Court | 2.50 hrs |
| 07/24/07 | FM | Receipt and review of Order regarding preparation for proposed Scheduling Order | .20 hrs |
| 07/25/07 | FM | Telephone conversation with Jim DeBardelaben regarding preparation of Scheduling Order submission | .25 hrs |
| 07/31/07 | FM | Preparation Rule 16 report of planning meeting | .50 hrs |

TOTAL HOURS:    25.45 HRS



# STATE OF ALABAMA
### ALABAMA PUBLIC SERVICE COMMISSION
P.O. BOX 304260
MONTGOMERY, ALABAMA 36130-4260

JIM SULLIVAN, PRESIDENT

JAN COOK, ASSOCIATE COMMISSIONER

SUSAN D. PARKER, PhD, ASSOCIATE COMMISSIONER

WALTER L. THOMAS, JR.

SECRETARY

## M E M O R A N D U M

**DATE:**      June 4, 2008

**TO:**        Teresa Nobles
             Analyst

**FROM:**      John A. Garner    *JAG*
             Chief Administrative Law Judge

**SUBJECT:**   Gregory Kelly v. John Free, et al.
             2:07-CV-610-WHA
             Claim #GL-0707-00339
             Date of Occurrence: 04/10/07

    Attached hereto you will find the most recent (March, April and May of 2008) outside attorney billing received by the Alabama Public Service Commission (the "APSC") in the above-styled case. As the APSC attorney responsible for the coordination of the defense of the case, I have reviewed the billing in question and have found it to be in order.

    I am also pleased to inform you that the APSC's Motion for Summary Judgment in this case has been granted by Judge Albritton. A copy of Judge Albritton's Order granting the Motion for Summary Judgment and dismissing the case as to all defendants, with prejudice, is attached. Also attached is the Judgment entered by the Court. Absent an appeal, this will likely be the last bill submitted in this matter.

    Thank you for your assistance in processing payment of this bill. Should you have questions or need additional information, please do not hesitate to contact me at 242-5200.


JAG:as

Attachment

LAW OFFICES

## MELTON, ESPY & WILLIAMS, P.C.

255 DEXTER AVENUE

MONTGOMERY, ALABAMA 36104

OAKLEY MELTON, JR.
JOSEPH C. ESPY, III
JAMES E. WILLIAMS
J. FLYNN MOZINGO
C. MARK BAIN
BENJAMIN J. ESPY*
* ALSO ADMITTED IN MISSISSIPPI



MAILING ADDRESS
P.O. DRAWER 5130
MONTGOMERY, AL
36103-5130

TELEPHONE
(334) 263-6821

FAX
(334) 263-7252

May 19, 2008

Ms. Eileen M. Lawerence
Alabama Public Service Commission
P. O. Box 304260
Montgomery, AL  36130-4260

       RE:  Gregory Kelly v. Alabama Public
            Service Commission, et al.
            In the United States District Court
            for the Middle District of Alabama
            Northern Division, Case No.: 2:07-CV-610-WHA

Dear Ms. Lawrence:

      Enclosed herewith is our bill for legal services rendered
and out of pocket expenses incurred in above matter through March,
April and May, 2008.  If you have any questions, please let me
know.  With highest regards and best wishes, I am

               Sincerely,

               Oakley Melton, Jr.

OMJr/bm

Enclosure

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

RECEIVED

ALA PSC

Invoice Date: 05-19-2008 Department or Agency: Alabama Public Service Commission

Style of Case: Gregory Kelly v. Alabama Public Service Commission, et al.

Court:                                    Case #:                    Assigned Judge:
U. S. District Court, Middle
District of Alabama, Northern Div.        2:07-CV-610-WHA            Judge Albritton

Name of Law Firm: Melton, Espy & Williams, P.C.

Mailing Address:  P. O. Drawer 5130, Montgomery, AL 36103-5130

Business Phone:  Area Code 334/263-6621

Date Appointed Deputy Attorney General: July 13, 2007

Total Amount of Previously Billed Services:  $  48,296.40

Total Amount of Previously Paid Services:    $  48,296.40

Authorized Maximum Amount:                   $ 110,000.00

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

    1.   Attorney Time
        Total Hours/MARCH/APRIL/MAY 2008
            OM:  72.00 hrs x $150/hr =    $10,800.00
            FM: 122.70 hrs x $150/hr =    $18,405.00
    2.   Non-Attorney Time
        Total Hours/MARCH/APRIL/MAY 2008
            SS: 76.10 hrs x $ 45.00 =     $ 3,424.50
            WR:  8.00 hrs x $ 45.00 =     $   360.00

                 TOTAL:                    $32,989.50

3.  Expenses Total
    Total Expenses/MARCH 2008
    Dan Black Studios (Copy
      CD)                                    $     19.95
    Alabama Trial Service                    $  1,127.50   (video of Kelly
    Haislip, Ragan, Green,                                 deposition)
      Starkie & Watson (De-
      position of Gregory
      Kelly)                                 $  1,651.25
    Freedom Reporting Inc. (De-
      position of James
      Cleckler)                              $    120.90
    Freedom Reporting Inc. (De-
      position of Free, Hamilton
      & Garner)                              $    688.95
    Department of Industrial
      Relations (Records)                    $     10.00
    Westlaw                                  $    290.28
    Mileage 35.6 miles @ .485 per            $     17.27
    Photocopies 3589 @ .35 each              $  1,256.15

                     TOTAL:                       $  3,328.67

TOTAL FEES & EXPENSES. . . . . . . . . . . . . . . . . . .  $23,092.67

BALANCE DUE PER STATEMENTS RENDERED MARCH 7, 2008 . . . .  $ 6,877.28

TOTAL AMOUNT DUE MELTON, ESPY & WILLIAMS, P.C. . . . . .  $29,969.95

STATE OF ALABAMA
MONTGOMERY COUNTY

## A F F I D A V I T

       Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows:  that the claims for payment herewith made against the STATE OF ALABAMA PUBLIC SERVICE COMMISSION reflect actual services performed for the STATE OF ALABAMA PUBLIC SERVICE COMMISSION and are in all respects true, correct, and unpaid.

                            _____
                              Signature of Affiant

Sworn to and subscribed
before me this 9th
day of May , 2008.

_____
     Notary Public

My commission expires: 8-8-09

Review: _____, Managing Attorney     Approval: _____

                                                      _____, Department Head

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 4

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/03/08 | FM | Receipt and review of multiple e-mails forwarded from John Free regarding messages Free has received from Kelly regarding qualifications for Utility Analyst and Kelly comments regarding same | .50 hrs |
| 03/04/08 | OM | Trip to Public Service Commission and meeting with Commissioners and staff members | 2.00 hrs |
| 03/04/08 | FM | Attend regular and executive session of PSC Commissioner's meeting to update commissioners on Kelly status, settlement opportunity and recommendations regarding same | 2.00 hrs |
| 03/05/08 | SS | Burn Kelly audio CDs for use at deposition | .40 hrs |
| 03/05/08 | FM | Re-review file, notes and marked exhibits to refresh memory and prepare for deposition that was reset; review discovery Plaintiff produced at deposition that was cancelled; review affidavit of Jerry Posey for deposition; preparation of outline and questions for examination regarding termination and other sensitive or critical areas of testimony | 5.00 hrs |
| 03/06/08 | FM | Conference with clients prior to Kelly deposition; attend Kelly deposition; post deposition conference with clients; conference with Oakley Melton regarding mutual thoughts on deposition and its impact on case strength and weaknesses and follow-up work needed based on testimony | 10.00 hrs |

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 5

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/06/08 | OM | Final preparation for and participation in the deposition of Greg Kelly including reviewing and introducing 100 exhibits; conference with PSC staff after completion of the deposition | 10.50 hrs |
| 03/06/08 | SS | Attend deposition of Gregory Kelly and assist with exhibits | 6.80 hrs |
| 03/07/08 | SS | Telephone conversation with Free concerning deposition and additional discovery needed | .30 hrs |
| 03/07/08 | SS | Prepare non-party subpoenas to Alabama Power & Dept. of Industrial Relations | .30 hrs |
| 03/07/08 | FM | Telephone conversation with John Free regarding number of applications received for Kelly's position in 2002 and 2005 and obtaining position notice that Kelly applied for with Department of Transportation | .30 hrs |
| 03/10/08 | FM | Review file for preparation of Motion for Summary Judgment Brief including transcript from Administrative Hearing; review case law previously gathered in anticipation of Motion for Summary Judgment; continue research regarding unresolved legal issues concerning distinctions between elements and burden of proof for a Section 1981, 1983 and Title VII claim; walk next door to Supreme Court Library and locate and check out pattern jury instructions for Federal Claims; review and study applicable pattern jury instructions; telephone conversation with Mike Nicholls regarding timeline for obtaining video of Kelly deposition in order to file video with Motion for Summary Judgment | 3.75 hrs |

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 6

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/11/08 | SS | Reassemble documents pulled from file for use in Kelly deposition, call Dan Black Studios and prepare memo requesting that Kelly's audio CD be converted to cassette for transcription | 3.70 hrs |
| 03/11/08 | FM | Begin preparing Memorandum Brief in support of Motion for Summary Judgment; continue research on whether elements of 1983 claim are similar to a Title VII claim; telephone conversation with John Free regarding request for electronic copy of EEOC response and Free and Hamilton affidavits | 4.75 hrs |
| 03/12/08 | SS | Draft employee witness affidavit | .60 hrs |
| 03/12/08 | FM | Continue preparation of Memorandum Brief in support of Motion for Summary Judgment; continue review of file as needed for same | 4.00 hrs |
| 03/13/08 | FM | Continue preparation of Motion for Summary Judgment Memorandum Brief | 6.00 hrs |
| 03/14/08 | FM | Continue prepare Statement of Facts for Memorandum Brief; telephone conversation with John Free regarding briefing process and answer Free questions regarding other procedural issues | 4.50 hrs |
| 03/17/08 | SS | Transcribe Kelly conversation with Aquilla Spivey | 1.10 hrs |
| 03/17/08 | SS | Revise Affidavit of Stephen D. Bartelt and contact the Dept. Of Industrial Relations about Kelly unemployment compensation and write letter to Ray Vaughan | .50 hrs |

IN ACCOUNT WITH

# MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 7

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/17/08 | FM | Continue preparation of argument to Motion for Summary Judgment Brief; receipt and review of letter from Alabama Power in response to subpoena for unemployment compensation records; telephone conversation with John Garner regarding same; continue preparation of affidavit of Rick Cleckler; review file for same; preparation of memorandum to Oakley Melton regarding same | 6.00 hrs |
| 03/18/08 | SS | Attempt to transcribe Kelly conversation with Aquilla Spivey | 3.80 hrs |
| 03/18/08 | FM | Proofread existing draft of Brief for edits; research for legal argument on state law harassment cause of action; research for legal argument regarding qualified immunity defenses; research application of equal protection clause of United States Constitution for alternative argument to harassment claim; research elements for Title VII hostile work environment claim for alternative argument on harassment claim | 3.50 hrs |
| 03/19/08 | SS | Update affidavit of Steve Bartelt | .40 hrs |
| 03/19/08 | SS | Begin summary of Kelly deposition | 1.50 hrs |
| 03/19/08 | FM | Preparation of argument for Motion for Summary Judgment Brief regarding harassment; amend, revise and edit Brief; research Alabama Code and other sections for proper brief cites; receive and begin reviewing Kelly deposition transcript; review Oakley Melton's proposed changes to draft of Bartelt affidavit | 4.00 hrs |

IN ACCOUNT WITH

### MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED                                    TAX I.D. #63-0720022

PAGE 8

| DATE | | DESCRIPTION | HOURS |
|------|------|------|------|
| 03/20/08 | SS | Continue to summarize depo of Greg Kelly | 6.70 hrs |
| 03/20/08 | FM | Continue intensive review of Kelly deposition; amend and revise Brief for insert of Kelly deposition quotes into Brief; review case law regarding harassment argument; telephone conversation with John Free regarding status of obtaining documents from Alabama Power regarding Kelly unemployment compensation; receipt and review of multiple e-mails from John Free regarding Kelly e-mails concerning engineers | 7.00 hrs |
| 03/21/08 | FM | Continue preparation of Memorandum Brief and argument; continue research for same | 5.50 hrs |
| 03/23/08 | FM | Continue preparation of Memorandum Brief | 4.00 hrs |
| 03/24/08 | SS | Summarize depo of Greg Kelly | 1.50 hrs |
| 03/25/08 | SS | Finalize affidavit of Steve Bartelt, draft affidavits of Rick Cleckler, Jackier Fraizer, Dorinda Kepler, Robert Reed, Patricia Smith, Sheila Ward and Tonya Williams | 7.70 hrs |
| 03/25/08 | FM | Continue preparation memorandum Brief; amend and revise affidavits for PSC employees previously interviewed; preparation of Free and Hamilton affidavits; telephone conversation with Jim DeBardelaben regarding his request for deposition dates for Hamilton and Free; receipt and review of fax from DeBardelaben regarding same | 5.00 hrs |

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 9

| DATE | | DESCRIPTION | HOURS |
|------|----|-------------|-------|
| 03/26/08 | FM | Continue preparation of Memorandum Brief; continue amend and revise all affidavits to be included therewith | 3.75 hrs |
| 03/26/08 | SS | Continue to summarize depo of Greg Kelly, finalize affidavits of Bartelt, Cleckler, Fraizer, Kepler, Reed, Smith, Ward and Williams | 6.20 hrs |
| 03/27/08 | FM | Receipt and review of draft affidavit of Jim Sullivan; review and consult with Oakley Melton regarding proposed changes to Brief | .75 hrs |
| 03/27/08 | SS | Complete summary of Kelly deposition | 7.50 hrs |
| 03/27/08 | OM | Telephone calls to and from John Garner, Plaintiff's attorney and Flynn Mozingo; letter to Jim DeBardelaben scheduling the depositions of John Free, Janice Hamilton and Rick Cleckler; reviewing and revising the affidavits of John Free, Janice Hamilton, Aquilla Spivey, Steven Bartelt, Shelia Ward, Patricia Smith, Jackie Frazer, James Rick Cleckler, Tonya Williams and Robert Earl Reed; preparation of the affidavit of Jim Sullivan and transmittal of all of such affidavits to John Garner for signing by the various affiants; reviewing and revising narrative statement of the facts and memorandum brief in support of the Motion for Summary Judgment filed by the APSC, John Free and Janice Hamilton | 7.50 hrs |

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 10

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/28/08 | FM | Telephone conversation with John Free regarding Free affidavit and scheduling Free's deposition; receipt and review proposed changes to affidavit of Janice Hamilton; telephone conversation with John Garner regarding preparation of Garner affidavit; receipt and review deposition notices for Free, Hamilton and Cleckler; preparation of status letter regarding same; additional review of Brief and edit and revise same | 3.25 hrs |
| 03/28/08 | SS | Prepare letter to Ray Vaughan concerning Kelly unemployment benefits | .20 hrs |
| 03/28/08 | SS | Edit summary of Kelly depo | 2.10 hrs |
| 03/28/08 | OM | Office conference on affidavits of Public Service Commission employees; reviewing and further revising affidavits and brief to be filed in support of the Motion for Summary Judgment of the Defendants APSC, John Free and Janice Hamilton | 5.25 hrs |
| 03/31/08 | SS | Insert excepts of deposition testimony of Greg Kelly into MSJ | 6.90 hrs |
| 03/31/08 | OM | Further reviewing and revising Defendants narrative summary and brief in support of Defendant's Motion for Summary Judgment; office conference in connection therewith | 3.50 hrs |

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 11

| DATE | | DESCRIPTION | HOURS |
|------|---|-------------|-------|
| 03/31/08 | FM | Multiple telephone conversations with John Free regarding Free affidavit; amend and revise Free affidavit; amend and revise John Garner's proposed affidavit; conference with Oakley Melton regarding proposed changes to Brief | 2.00 hrs |
| 04/01/08 | OM | Further reviewing and revising Brief to be filed on behalf of the APSC, John Free and Janice Hamilton in support of Defendant's Motion for Summary Judgment in the United States District Court; offices conferences in connection with sections of the brief; telephone calls to and from John Garner regarding affidavits of witnesses in support of the Motion for Summary Judgment | 3.75 hrs |
| 04/01/08 | SS | Complete excerpts of deposition testimony of Greg Kelly | .40 hrs |
| 04/01/08 | SS | Insert line numbers into deposition excerpts in MSJ Brief | 2.30 hrs |
| 04/01/08 | FM | Continue to review, amend and revise Brief; telephone conversation with John Free regarding Free affidavit; telephone conversation with Judge Albritton's law clerk regarding filing of DVD testimony with dispositive motion | 2.75 hrs |

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 12

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/02/08 | SS | Add line numbers deposition excerpts In MSJ Brief and begin copying Videotaped deposition excerpts for filing with the Court, contact Mike Nicholls about copying clips, check line numbers and deposition quotes in MSJ Brief, make clips of deposition quotes | 7.90 hrs |
| 04/02/08 | FM | Continue amend and revise Memorandum Brief; examine and double check all cites to record within Brief; multiple telephone conversations with John Free regarding potential amendment to his affidavit and Cleckler's affidavit; conference with Oakley Melton, Jr. regarding needed revisions to Brief | 5.00 hrs |
| 04/02/08 | OM | Reviewing and revising narrative summary and brief to be filed in support of the Motion for Summary Judgment of the Defendants John Free, Janice Hamilton and APSC; office conferences on matters to include or exclude in the brief; reviewing the affidavits of the 11 members of the APSC staff and adding attachments as necessary to such affidavits | 4.50 hrs |
| 04/02/08 | WR | Cite check Brief in Support of Motion for Summary Judgment - in-depth cite check, including checking exhibits, depositions referenced therein, deposition testimony quoted, cases cited | 8.00 hrs |
| 04/03/08 | SS | Go to Supreme Court Library to check record cite, make list of exhibits used in MSJ Brief, scan and print exhibits for attaching to Brief | 3.40 hrs |

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 13

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/03/08 | OM | Reviewing and revising narrative statement of facts and brief in support of summary judgment for the Defendants John Free, Janice Hamilton and APSC; conference with John Garner and John Free; final review and revision of narrative statement of the facts and brief in support of Defendants' Motion for Summary Judgment; filing of same with the United States District Court along with affidavits of the staff members of the APSC | 1.50 hrs |
| 04/03/08 | FM | Continue amend and revise Brief; continue to correct and insert record cites; finalize Brief and Motion for Summary Judgment | 2.50 hrs |
| 04/09/08 | FM | Telephone conversation with Janice Hamilton | .20 hrs |
| 04/10/08 | OM | Telephone calls and conference with APSC staff | 1.00 hrs |
| 04/10/08 | FM | Conference with Oakley Melton and John Garner regarding prospective hiring decision and avoiding EEOC charges | .50 hrs |
| 04/11/08 | SS | Update time line of events with 2008 documents received from clients | 3.50 hrs |
| 04/14/08 | OM | Preparation for and participation in conference with PSC staff members in preparation for the depositions of John Free, Janice Hamilton and Rick Cleckler | 2.75 hrs |

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 14

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/14/08 | FM | Meeting with Janice Hamilton, John Free, John Garner and Rick Clecker regarding deposition preparation; preparation for meeting | 3.25 hrs |
| 04/15/08 | OM | Final preparation for and participation in the depositions of John Free, Janice Hamilton and John Garner; conference with PSC staff members after the completion of such depositions and making arrangements for the deposition of Rick Cleckler | 10.00 hrs |
| 04/15/08 | FM | Preparation for and attend depositions of John Free, Janice Hamilton and John Garner; post deposition conference with clients regarding same | 8.75 hrs |
| 04/16/08 | SS | Contact Dept. Of Industrial Relations for explanation of record received | .40 hrs |
| 04/16/08 | FM | Conference with Rick Cleckler in preparation for deposition; attend Cleckler deposition; post deposition conference; telephone conference with John Garner regarding Free and Hamilton's version of two events discussed in Cleckler deposition | 3.50 hrs |
| 04/16/08 | OM | Telephone conferences and meetings with PSC staff and preparation for the deposition of Rick Cleckler; conference with Cleckler and PSC staff prior to the deposition; participation in the deposition of Rick Cleckler; conference with PSC staff after the deposition of Rick Cleckler | 3.50 hrs |

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED                                     TAX I.D. #63-0720022

PAGE 15

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/21/08 | FM | Telephone conversation with Jim DeBardelaben regarding Court required face to face settlement discussion | .25 hrs |
| 04/22/08 | FM | Preparation of status letter to John Garner enclosing transcripts of depositions of John Free, John Garner, Janice Hamilton and Rick Cleckler; telephone conversation with John Free regarding certain matters concerning John Free contained in Rick Cleckler's deposition testimony; preparation of memo to file regarding discussion with John Free regarding same | 1.00 hrs |
| 04/25/08 | OM | Receiving and reviewing the Plaintiff Greg Kelly's response and brief in opposition to Defendants Motion for Summary Judgment; office conference in connection therewith; legal research in connection therewith | 1.25 hrs |
| 04/25/08 | FM | Receipt and review of Kelly's Opposition Brief to Defendants' Motion for Summary Judgment; conference with Oakley Melton regarding proposed response to same | .75 hrs |
| 04/28/08 | FM | Preparation of letter to John Garner enclosing Kelly's Opposition Brief to Defendants' Motion for Summary Judgment | .20 hrs |

IN ACCOUNT WITH

MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 16

| DATE | | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 04/29/08 | OM | Reviewing Brief and narrative summary filed by the Plaintiff Greg Kelly and the narrative summary and brief in support of Motion for Summary Judgment including all affidavits and submission to the EPOC; preparation of the rough draft of main points and arguments to include in the response of the APSC in support of Motion for Summary Judgment | 4.50 hrs |
| 04/29/08 | FM | Telephone conversation with Janice Hamilton regarding preparation of rebuttal affidavit for her; prepare rebuttal affidavit for Janice Hamilton; telephone conversation with Dorinda Kepler regarding preparation of affidavit regarding personnel department rule; prepare Kepler affidavit; telephone conversation with John Garner regarding Kepler and Hamilton affidavits; telephone conversation with John Free regarding same | 2.00 hrs |
| 04/30/08 | OM | Drafting a response to the Plaintiff's Brief in Opposition to the Defendant's Motion for Summary Judgment; office conference in connection therewith; legal research on the burden of proof in the civil rights case | 3.25 hrs |
| 04/30/08 | FM | Amend and revise Brief in response to Plaintiff's Opposition Brief; review file for same | 3.00 hrs |

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 17

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/01/08 | OM | Reviewing and revising Reply Brief in support of the Defendant's Motion for Summary Judgment; opposition to the Plaintiff's brief; receiving and reviewing correspondence between the Plaintiff Greg Kelly and Alice Ann Byrne General Counsel for the Alabama State Personnel Department; supplementing Reply Brief by adding such correspondence as exhibits A & B to the Defendant's Reply Brief | 4.75 hrs |
| 05/01/08 | FM | Continue to prepare Reply Brief; conference with Oakley Melton and John Garner regarding same | 2.00 hrs |
| 05/02/08 | OM | Final review and final revisions to Defendant's Reply to the Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment; office conferences in connection with such final revisions to the Reply Brief and filing said Reply Brief electronically in the United Stated District Court for the Middle District Alabama | 2.50 hrs |
| 05/02/08 | FM | Amend and finalize Reply Brief; telephone conversation with Janice Hamilton regarding same | 1.50 hrs |

TOTAL HOURS: 278.80 HRS

OCT-12-2007 FRI 09:52 AM PSC Legal Division          FAX NO. 3342420748          P. 03



STATE OF ALABAMA
### OFFICE OF THE ATTORNEY GENERAL

TROY KING
ATTORNEY GENERAL

ALABAMA STATE HC
11 SOUTH UNION ST
MONTGOMERY, AL 3
(334) 242-7300
WWW.AGO.STATE.AL

July 13, 2007

Oakley W. Melton, Jr., Esquire
Melton, Espy & Williams, P.C.
Montgomery, Alabama 36103-5130

Re:   Legal Services Contract for Oakley W. Melton, Jr., Esquire
      In the matter of *Gregory Kelly v. John Free; Individually and in his official*
      *position as an employee of the Alabama Public Service Commission, et al.;*
      In the United States District Court for the Middle District of Alabama,
      Northern Division; 2:07-CV-610-WHA.

Dear Mr. Melton:

Pursuant to ALA. CODE § 36-15-5.1, Code of Alabama (1975 as amended), and based on your experience and expertise, I hereby appoint you a Deputy Attorney General to represent the Alabama Public Service Commission in the above-described legal matter. The fees and compensation paid to you for your services and authorized expenses in this representation will be agreed upon by you and the Alabama Public Service Commission. Enclosed is a policy statement revised by this office on January 21, 1997, which you are to follow, that includes a standard invoice to use in billing for your services. Also enclosed is the State of Alabama Disclosure Statement, which must be filled out and submitted to the Alabama Public Service Commission within 10 days of your appointment. This letter and the policy statement of January 21, 1997, which is incorporated herein by reference, constitute your contract to perform the required legal services which you accept by undertaking such representation. To avoid delays in payment, please ensure that a copy of this letter is included with each invoice you submit.

This initial appointment is made pursuant to Section 29-2-41.1 of the Alabama Code and is effective for 60 days from the date hereof during which time this contract will be submitted to the Legislative Contract Review Committee. Once the Committee has reviewed this contract or at the end of 60 days from the date hereof, whichever first occurs, this contract will automatically be extended to the term necessary for you to complete your representation in this matter.

OCT-12-2007 FRI 09:52 AM PSC Legal Division          FAX NO. 3342420748          P. 04

Oakley W. Melton, Jr., Esquire
July 13, 2007
Page Two


Please understand that while my appointment of you as a Deputy Attorney General is personal, you may utilize the services of another attorney in your firm if you need to do so. No settlement of a dispute should be entered into by you until the terms and conditions of any proposed settlement have been fully communicated to this office and received my approval. Mr. Keith Miller, Chief Deputy Attorney General, is available to answer any questions you may have in relation to this appointment and the payment of bills.  Thank you.

Sincerely,


Troy King
Attorney General


TK:KSM:jaf

Enclosure

cc:    Jim Sullivan, President, Alabama Public Service Commission
       Kenneth D. Wallis, Esquire, Legal Advisor to the Governor

OCT-31-2007 WED 10:54 AM PSC Legal Division    FAX NO 3342420748    P. 02

OFFICE OF THE GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-0937

BOB RILEY
GOVERNOR

## STATE OF ALABAMA

October 19, 2007

Oakley W. Melton, Jr., Esquire
Melton, Espy & Williams, P.C.
P.O. Drawer 5130
Montgomery, Alabama  36103-5130

Dear Mr. Melton:

RE:    *Gregory Kelly v. John Free,*
*Individually and in his Official Position*
*as an employee of the Alabama Public*
*Service Commission, et al.*
U.S. District Court, Middle District of
Alabama, Northern Division
2:07-CV-610-WHA

This letter serves to amend our letter of August 6, 2007, regarding the above-referenced matter.  Rates will be $150 per hour for partners and associates.

Again, I appreciate your service in this matter.  Please feel free to contact me should you have any questions.

Sincerely,

Scott L. Rouse
Deputy Legal Advisor

SLR/rdg

cc:    Jim Sullivan, President – Public Service Commission
Keith Miller, Chief Deputy Attorney General



# STATE OF ALABAMA
### ALABAMA PUBLIC SERVICE COMMISSION
### P.O. BOX 304260
### MONTGOMERY, ALABAMA 36130-4260

JIM SULLIVAN, PRESIDENT

JAN COOK, ASSOCIATE COMMISSIONER

SUSAN D. PARKER, PhD, ASSOCIATE COMMISSIONER

WALTER L. THOMAS, JR.

SECRETARY

## M E M O R A N D U M

**DATE:**      June 4, 2008

**TO:**      Teresa Nobles
         Analyst

**FROM:**      John A. Garner    JAG
         Chief Administrative Law Judge

**SUBJECT:**      Gregory Kelly v. John Free, et al.
         2:07-CV-610-WHA
         Claim #GL-0707-00339
         Date of Occurrence: 04/10/07

Attached hereto you will find the most recent (March, April and May of 2008) outside attorney billing received by the Alabama Public Service Commission (the "APSC") in the above-styled case. As the APSC attorney responsible for the coordination of the defense of the case, I have reviewed the billing in question and have found it to be in order.

I am also pleased to inform you that the APSC's Motion for Summary Judgment in this case has been granted by Judge Albritton. A copy of Judge Albritton's Order granting the Motion for Summary Judgment and dismissing the case as to all defendants, with prejudice, is attached. Also attached is the Judgment entered by the Court. Absent an appeal, this will likely be the last bill submitted in this matter.

Thank you for your assistance in processing payment of this bill. Should you have questions or need additional information, please do not hesitate to contact me at 242-5200.

JAG:as

Attachment

LAW OFFICES

## MELTON, ESPY & WILLIAMS, P.C.

255 DEXTER AVENUE

MONTGOMERY, ALABAMA 36104

OAKLEY MELTON, JR.
JOSEPH C. ESPY, III
JAMES E. WILLIAMS
J. FLYNN MOZINGO
C. MARK BAIN
BENJAMIN J. ESPY*

* ALSO ADMITTED IN MISSISSIPPI



MAILING ADDRESS
P.O. DRAWER 5130
MONTGOMERY, AL
36103-5130

TELEPHONE
(334) 263-6621

FAX
(334) 263-7252

May 19, 2008

Ms. Eileen M. Lawerence
Alabama Public Service Commission
P. O. Box 304260
Montgomery, AL  36130-4260

                RE:   Gregory Kelly v. Alabama Public
                      Service Commission, et al.
                      In the United States District Court
                      for the Middle District of Alabama
                      Northern Division, Case No.: 2:07-CV-610-WHA

Dear Ms. Lawrence:

        Enclosed herewith is our bill for legal services rendered
and out of pocket expenses incurred in above matter through March,
April and May, 2008.  If you have any questions, please let me
know.  With highest regards and best wishes, I am

                        Sincerely,

                        Oakley Melton Jr.

                        Oakley Melton, Jr.

OMJr/bm

Enclosure

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

**Invoice Date:** 05-19-2008 **Department or Agency:** Alabama Public Service Commission

**Style of Case:** Gregory Kelly v. Alabama Public Service Commission, et al.

**Court:**                  **Case #:**             **Assigned Judge:**
U. S. District Court, Middle
District of Alabama, Northern Div.    2:07-CV-610-WHA    Judge Albritton

**Name of Law Firm:** Melton, Espy & Williams, P.C.

**Mailing Address:** P. O. Drawer 5130, Montgomery, AL 36103-5130

**Business Phone:** Area Code 334/263-6621

**Date Appointed Deputy Attorney General:** July 13, 2007

**Total Amount of Previously Billed Services:** $ 48,296.40

**Total Amount of Previously Paid Services:** $ 48,296.40

**Authorized Maximum Amount:** $ 110,000.00

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

     1.    Attorney Time
            Total Hours/MARCH/APRIL/MAY 2008
               OM:   72.00 hrs x $150/hr =     $10,800.00
               FM: 122.70 hrs x $150/hr =     $18,405.00
     2.    Non-Attorney Time
            Total Hours/MARCH/APRIL/MAY 2008
               SS: 76.10 hrs x $ 45.00 =    $ 3,424.50
               WR:   8.00 hrs x $ 45.00 =    $    360.00

                   TOTAL:                $32,989.50

3. Expenses Total

**Total Expenses/MARCH 2008**
Dan Black Studios (Copy
    CD)                           $    19.95
Alabama Trial Service      $ 1,127.50  (video of Kelly
Haislip, Ragan, Green,              deposition)
    Starkie & Watson (De-
    position of Gregory
    Kelly)                   $ 1,651.25
Freedom Reporting Inc. (De-
    position of James
    Cleckler)             $   120.90
Freedom Reporting Inc. (De-
    position of Free, Hamilton
    & Garner)           $   688.95
Department of Industrial
    Relations (Records)   $    10.00
Westlaw                   $   290.28
Mileage 35.6 miles @ .485 per $    17.27
Photocopies 3589 @ .35 each $ 1,256.15

TOTAL:              $  3,328.87

TOTAL FEES & EXPENSES. . . . . . . . . . . . . . . . .  $23,092.67

BALANCE DUE PER STATEMENTS RENDERED MARCH 7, 2008 . . . .  $ 6,877.28

TOTAL AMOUNT DUE MELTON, ESPY & WILLIAMS, P.C. . . . . .  $29,969.95

STATE OF ALABAMA
MONTGOMERY COUNTY

## A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA PUBLIC SERVICE COMMISSION reflect actual services performed for the STATE OF ALABAMA PUBLIC SERVICE COMMISSION and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this 9th
day of May , 2008.

_____
Notary Public

My commission expires: 8-8-09

Review: _____, Managing Attorney      Approval: _____

_____, Department Head

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 4

| DATE | | DESCRIPTION | HOURS |
|------|---|-------------|-------|
| 03/03/08 | FM | Receipt and review of multiple e-mails forwarded from John Free regarding messages Free has received from Kelly regarding qualifications for Utility Analyst and Kelly comments regarding same | .50 hrs |
| 03/04/08 | OM | Trip to Public Service Commission and meeting with Commissioners and staff members | 2.00 hrs |
| 03/04/08 | FM | Attend regular and executive session of PSC Commissioner's meeting to update commissioners on Kelly status, settlement opportunity and recommendations regarding same | 2.00 hrs |
| 03/05/08 | SS | Burn Kelly audio CDs for use at deposition | .40 hrs |
| 03/05/08 | FM | Re-review file, notes and marked exhibits to refresh memory and prepare for deposition that was reset; review discovery Plaintiff produced at deposition that was cancelled; review affidavit of Jerry Posey for deposition; preparation of outline and questions for examination regarding termination and other sensitive or critical areas of testimony | 5.00 hrs |
| 03/06/08 | FM | Conference with clients prior to Kelly deposition; attend Kelly deposition; post deposition conference with clients; conference with Oakley Melton regarding mutual thoughts on deposition and its impact on case strength and weaknesses and follow-up work needed based on testimony | 10.00 hrs |

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED                                              TAX I.D. #63-0720022

PAGE 5

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/06/08 | OM | Final preparation for and participation in the deposition of Greg Kelly including reviewing and introducing 100 exhibits; conference with PSC staff after completion of the deposition | 10.50 hrs |
| 03/06/08 | SS | Attend deposition of Gregory Kelly and assist with exhibits | 6.80 hrs |
| 03/07/08 | SS | Telephone conversation with Free concerning deposition and additional discovery needed | .30 hrs |
| 03/07/08 | SS | Prepare non-party subpoenas to Alabama Power & Dept. of Industrial Relations | .30 hrs |
| 03/07/08 | FM | Telephone conversation with John Free regarding number of applications received for Kelly's position in 2002 and 2005 and obtaining position notice that Kelly applied for with Department of Transportation | .30 hrs |
| 03/10/08 | FM | Review file for preparation of Motion for Summary Judgment Brief including transcript from Administrative Hearing; review case law previously gathered in anticipation of Motion for Summary Judgment; continue research regarding unresolved legal issues concerning distinctions between elements and burden of proof for a Section 1981, 1983 and Title VII claim; walk next door to Supreme Court Library and locate and check out pattern jury instructions for Federal Claims; review and study applicable pattern jury instructions; telephone conversation with Mike Nicholls regarding timeline for obtaining video of Kelly deposition in order to file video with Motion for Summary Judgment | 3.75 hrs |

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 6

| DATE | | DESCRIPTION | HOURS |
|------|------|------------|-------|
| 03/11/08 | SS | Reassemble documents pulled from file for use in Kelly deposition, call Dan Black Studios and prepare memo requesting that Kelly's audio CD be converted to cassette for transcription | 3.70 hrs |
| 03/11/08 | FM | Begin preparing Memorandum Brief in support of Motion for Summary Judgment; continue research on whether elements of 1983 claim are similar to a Title VII claim; telephone conversation with John Free regarding request for electronic copy of EEOC response and Free and Hamilton affidavits | 4.75 hrs |
| 03/12/08 | SS | Draft employee witness affidavit | .60 hrs |
| 03/12/08 | FM | Continue preparation of Memorandum Brief in support of Motion for Summary Judgment; continue review of file as needed for same | 4.00 hrs |
| 03/13/08 | FM | Continue preparation of Motion for Summary Judgment Memorandum Brief | 6.00 hrs |
| 03/14/08 | FM | Continue prepare Statement of Facts for Memorandum Brief; telephone conversation with John Free regarding briefing process and answer Free questions regarding other procedural issues | 4.50 hrs |
| 03/17/08 | SS | Transcribe Kelly conversation with Aquilla Spivey | 1.10 hrs |
| 03/17/08 | SS | Revise Affidavit of Stephen D. Bartelt and contact the Dept. Of Industrial Relations about Kelly unemployment compensation and write letter to Ray Vaughan | .50 hrs |

IN ACCOUNT WITH

MELTON, ESPY & WILLIAMS, P.C.
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED                                        TAX I.D. #63-0720022

PAGE 7

| DATE | | DESCRIPTION | HOURS |
|------|------|------|------|
| 03/17/08 | FM | Continue preparation of argument to Motion for Summary Judgment Brief; receipt and review of letter from Alabama Power in response to subpoena for unemployment compensation records; telephone conversation with John Garner regarding same; continue preparation of affidavit of Rick Cleckler; review file for same; preparation of memorandum to Oakley Melton regarding same | 6.00 hrs |
| 03/18/08 | SS | Attempt to transcribe Kelly conversation with Aquilla Spivey | 3.80 hrs |
| 03/18/08 | FM | Proofread existing draft of Brief for edits; research for legal argument on state law harassment cause of action; research for legal argument regarding qualified immunity defenses; research application of equal protection clause of United States Constitution for alternative argument to harassment claim; research elements for Title VII hostile work environment claim for alternative argument on harassment claim | 3.50 hrs |
| 03/19/08 | SS | Update affidavit of Steve Bartelt | .40 hrs |
| 03/19/08 | SS | Begin summary of Kelly deposition | 1.50 hrs |
| 03/19/08 | FM | Preparation of argument for Motion for Summary Judgment Brief regarding harassment; amend, revise and edit Brief; research Alabama Code and other sections for proper brief cites; receive and begin reviewing Kelly deposition transcript; review Oakley Melton's proposed changes to draft of Bartelt affidavit | 4.00 hrs |

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

---

FOR LEGAL SERVICES RENDERED                                             TAX I.D. #63-0720022

PAGE 8

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/20/08 | SS | Continue to summarize depo of Greg Kelly | 6.70 hrs |
| 03/20/08 | FM | Continue intensive review of Kelly deposition; amend and revise Brief for insert of Kelly deposition quotes into Brief; review case law regarding harassment argument; telephone conversation with John Free regarding status of obtaining documents from Alabama Power regarding Kelly unemployment compensation; receipt and review of multiple e-mails from John Free regarding Kelly e-mails concerning engineers | 7.00 hrs |
| 03/21/08 | FM | Continue preparation of Memorandum Brief and argument; continue research for same | 5.50 hrs |
| 03/23/08 | FM | Continue preparation of Memorandum Brief | 4.00 hrs |
| 03/24/08 | SS | Summarize depo of Greg Kelly | 1.50 hrs |
| 03/25/08 | SS | Finalize affidavit of Steve Bartelt, draft affidavits of Rick Cleckler, Jackier Fraizer, Dorinda Kepler, Robert Reed, Patricia Smith, Sheila Ward and Tonya Williams | 7.70 hrs |
| 03/25/08 | FM | Continue preparation memorandum Brief; amend and revise affidavits for PSC employees previously interviewed; preparation of Free and Hamilton affidavits; telephone conversation with Jim DeBardelaben regarding his request for deposition dates for Hamilton and Free; receipt and review of fax from DeBardelaben regarding same | 5.00 hrs |

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 9

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/26/08 | FM | Continue preparation of Memorandum Brief; continue amend and revise all affidavits to be included therewith | 3.75 hrs |
| 03/26/08 | SS | Continue to summarize depo of Greg Kelly, finalize affidavits of Bartelt, Cleckler, Fraizer, Kepler, Reed, Smith, Ward and Williams | 6.20 hrs |
| 03/27/08 | FM | Receipt and review of draft affidavit of Jim Sullivan; review and consult with Oakley Melton regarding proposed changes to Brief | .75 hrs |
| 03/27/08 | SS | Complete summary of Kelly deposition | 7.50 hrs |
| 03/27/08 | OM | Telephone calls to and from John Garner, Plaintiff's attorney and Flynn Mozingo; letter to Jim DeBardelaben scheduling the depositions of John Free, Janice Hamilton and Rick Cleckler; reviewing and revising the affidavits of John Free, Janice Hamilton, Aquilla Spivey, Steven Bartelt, Shelia Ward, Patricia Smith, Jackie Frazer, James Rick Cleckler, Tonya Williams and Robert Earl Reed; preparation of the affidavit of Jim Sullivan and transmittal of all of such affidavits to John Garner for signing by the various affiants; reviewing and revising narrative statement of the facts and memorandum brief in support of the Motion for Summary Judgment filed by the APSC, John Free and Janice Hamilton | 7.50 hrs |

IN ACCOUNT WITH
**MELTON, ESPY & WILLIAMS, P.C.**
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED                                    TAX I.D. #63-0720022

PAGE 10

| DATE | | DESCRIPTION | HOURS |
|------|---|-----------|-------|
| 03/28/08 | FM | Telephone conversation with John Free regarding Free affidavit and scheduling Free's deposition; receipt and review proposed changes to affidavit of Janice Hamilton; telephone conversation with John Garner regarding preparation of Garner affidavit; receipt and review deposition notices for Free, Hamilton and Cleckler; preparation of status letter regarding same; additional review of Brief and edit and revise same | 3.25 hrs |
| 03/28/08 | SS | Prepare letter to Ray Vaughan concerning Kelly unemployment benefits | .20 hrs |
| 03/28/08 | SS | Edit summary of Kelly depo | 2.10 hrs |
| 03/28/08 | OM | Office conference on affidavits of Public Service Commission employees; reviewing and further revising affidavits and brief to be filed in support of the Motion for Summary Judgment of the Defendants APSC, John Free and Janice Hamilton | 5.25 hrs |
| 03/31/08 | SS | Insert excepts of deposition testimony of Greg Kelly into MSJ | 6.90 hrs |
| 03/31/08 | OM | Further reviewing and revising Defendants narrative summary and brief in support of Defendant's Motion for Summary Judgment; office conference in connection therewith | 3.50 hrs |

IN ACCOUNT WITH
**MELTON, ESPY & WILLIAMS, P.C.**
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 11

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/31/08 | FM | Multiple telephone conversations with John Free regarding Free affidavit; amend and revise Free affidavit; amend and revise John Garner's proposed affidavit; conference with Oakley Melton regarding proposed changes to Brief | 2.00 hrs |
| 04/01/08 | OM | Further reviewing and revising Brief to be filed on behalf of the APSC, John Free and Janice Hamilton in support of Defendant's Motion for Summary Judgment in the United States District Court; offices conferences in connection with sections of the brief; telephone calls to and from John Garner regarding affidavits of witnesses in support of the Motion for Summary Judgment | 3.75 hrs |
| 04/01/08 | SS | Complete excerpts of deposition testimony of Greg Kelly | .40 hrs |
| 04/01/08 | SS | Insert line numbers into deposition excerpts in MSJ Brief | 2.30 hrs |
| 04/01/08 | FM | Continue to review, amend and revise Brief; telephone conversation with John Free regarding Free affidavit; telephone conversation with Judge Albritton's law clerk regarding filing of DVD testimony with dispositive motion | 2.75 hrs |

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED

TAX I.D. #63-0720022

PAGE 12

| DATE | | DESCRIPTION | HOURS |
|------|---|-------------|-------|
| 04/02/08 | SS | Add line numbers deposition excerpts In MSJ Brief and begin copying Videotaped deposition excerpts for filing with the Court, contact Mike Nicholls about copying clips, check line numbers and deposition quotes in MSJ Brief, make clips of deposition quotes | 7.90 hrs |
| 04/02/08 | FM | Continue amend and revise Memorandum Brief; examine and double check all cites to record within Brief; multiple telephone conversations with John Free regarding potential amendment to his affidavit and Cleckler's affidavit; conference with Oakley Melton, Jr. regarding needed revisions to Brief | 5.00 hrs |
| 04/02/08 | OM | Reviewing and revising narrative summary and brief to be filed in support of the Motion for Summary Judgment of the Defendants John Free, Janice Hamilton and APSC; office conferences on matters to include or exclude in the brief; reviewing the affidavits of the 11 members of the APSC staff and adding attachments as necessary to such affidavits | 4.50 hrs |
| 04/02/08 | WR | Cite check Brief in Support of Motion for Summary Judgment - in-depth cite check, including checking exhibits, depositions referenced therein, deposition testimony quoted, cases cited | 8.00 hrs |
| 04/03/08 | SS | Go to Supreme Court Library to check record cite, make list of exhibits used in MSJ Brief, scan and print exhibits for attaching to Brief | 3.40 hrs |

IN ACCOUNT WITH
**MELTON, ESPY & WILLIAMS, P.C.**
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED                                      TAX I.D. #63-0720022

PAGE 13

| DATE | | DESCRIPTION | HOURS |
|------|---|-------------|-------|
| 04/03/08 | OM | Reviewing and revising narrative statement of facts and brief in support of summary judgment for the Defendants John Free, Janice Hamilton and APSC; conference with John Garner and John Free; final review and revision of narrative statement of the facts and brief in support of Defendants' Motion for Summary Judgment; filing of same with the United States District Court along with affidavits of the staff members of the APSC | 1.50 hrs |
| 04/03/08 | FM | Continue amend and revise Brief; continue to correct and insert record cites; finalize Brief and Motion for Summary Judgment | 2.50 hrs |
| 04/09/08 | FM | Telephone conversation with Janice Hamilton | .20 hrs |
| 04/10/08 | OM | Telephone calls and conference with APSC staff | 1.00 hrs |
| 04/10/08 | FM | Conference with Oakley Melton and John Garner regarding prospective hiring decision and avoiding EEOC charges | .50 hrs |
| 04/11/08 | SS | Update time line of events with 2008 documents received from clients | 3.50 hrs |
| 04/14/08 | OM | Preparation for and participation in conference with PSC staff members in preparation for the depositions of John Free, Janice Hamilton and Rick Cleckler | 2.75 hrs |

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED                                    TAX I.D. #63-0720022

PAGE 14

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/14/08 | FM | Meeting with Janice Hamilton, John Free, John Garner and Rick Clecker regarding deposition preparation; preparation for meeting | 3.25 hrs |
| 04/15/08 | OM | Final preparation for and participation in the depositions of John Free, Janice Hamilton and John Garner; conference with PSC staff members after the completion of such depositions and making arrangements for the deposition of Rick Cleckler | 10.00 hrs |
| 04/15/08 | FM | Preparation for and attend depositions of John Free, Janice Hamilton and John Garner; post deposition conference with clients regarding same | 8.75 hrs |
| 04/16/08 | SS | Contact Dept. Of Industrial Relations for explanation of record received | .40 hrs |
| 04/16/08 | FM | Conference with Rick Cleckler in preparation for deposition; attend Cleckler deposition; post deposition conference; telephone conference with John Garner regarding Free and Hamilton's version of two events discussed in Cleckler deposition | 3.50 hrs |
| 04/16/08 | OM | Telephone conferences and meetings with PSC staff and preparation for the deposition of Rick Cleckler; conference with Cleckler and PSC staff prior to the deposition; participation in the deposition of Rick Cleckler; conference with PSC staff after the deposition of Rick Cleckler | 3.50 hrs |

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED                                          TAX I.D. #63-0720022

PAGE 15

| DATE | | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/21/08 | FM | Telephone conversation with Jim DeBardelaben regarding Court required face to face settlement discussion | .25 hrs |
| 04/22/08 | FM | Preparation of status letter to John Garner enclosing transcripts of depositions of John Free, John Garner, Janice Hamilton and Rick Cleckler; telephone conversation with John Free regarding certain matters concerning John Free contained in Rick Cleckler's deposition testimony; preparation of memo to file regarding discussion with John Free regarding same | 1.00 hrs |
| 04/25/08 | OM | Receiving and reviewing the Plaintiff Greg Kelly's response and brief in opposition to Defendants Motion for Summary Judgment; office conference in connection therewith; legal research in connection therewith | 1.25 hrs |
| 04/25/08 | FM | Receipt and review of Kelly's Opposition Brief to Defendants' Motion for Summary Judgment; conference with Oakley Melton regarding proposed response to same | .75 hrs |
| 04/28/08 | FM | Preparation of letter to John Garner enclosing Kelly's Opposition Brief to Defendants' Motion for Summary Judgment | .20 hrs |

IN ACCOUNT WITH

## MELTON, ESPY & WILLIAMS, P.C.

P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

FOR LEGAL SERVICES RENDERED                                    TAX I.D. #63-0720022

PAGE 16

| DATE | | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 04/29/08 | OM | Reviewing Brief and narrative summary filed by the Plaintiff Greg Kelly and the narrative summary and brief in support of Motion for Summary Judgment including all affidavits and submission to the EPOC; preparation of the rough draft of main points and arguments to include in the response of the APSC in support of Motion for Summary Judgment | 4.50 hrs |
| 04/29/08 | FM | Telephone conversation with Janice Hamilton regarding preparation of rebuttal affidavit for her; prepare rebuttal affidavit for Janice Hamilton; telephone conversation with Dorinda Kepler regarding preparation of affidavit regarding personnel department rule; prepare Kepler affidavit; telephone conversation with John Garner regarding Kepler and Hamilton affidavits; telephone conversation with John Free regarding same | 2.00 hrs |
| 04/30/08 | OM | Drafting a response to the Plaintiff's Brief in Opposition to the Defendant's Motion for Summary Judgment; office conference in connection therewith; legal research on the burden of proof in the civil rights case | 3.25 hrs |
| 04/30/08 | FM | Amend and revise Brief in response to Plaintiff's Opposition Brief; review file for same | 3.00 hrs |

IN ACCOUNT WITH

**MELTON, ESPY & WILLIAMS, P.C.**
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130

TELEPHONE 263-6621
AREA CODE 334

---

FOR LEGAL SERVICES RENDERED                                      TAX I.D. #63-0720022

---

PAGE 17

| DATE | | DESCRIPTION | HOURS |
|------|--|-------------|-------|
| 05/01/08 | OM | Reviewing and revising Reply Brief in support of the Defendant's Motion for Summary Judgment; opposition to the Plaintiff's brief; receiving and reviewing correspondence between the Plaintiff Greg Kelly and Alice Ann Byrne General Counsel for the Alabama State Personnel Department; supplementing Reply Brief by adding such correspondence as exhibits A & B to the Defendant's Reply Brief | 4.75 hrs |
| 05/01/08 | FM | Continue to prepare Reply Brief; conference with Oakley Melton and John Garner regarding same | 2.00 hrs |
| 05/02/08 | OM | Final review and final revisions to Defendant's Reply to the Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment; office conferences in connection with such final revisions to the Reply Brief and filing said Reply Brief electronically in the United Stated District Court for the Middle District Alabama | 2.50 hrs |
| 05/02/08 | FM | Amend and finalize Reply Brief; telephone conversation with Janice Hamilton regarding same | 1.50 hrs |

TOTAL HOURS:                278.80 HRS

OCT-12-2007 FRI 09:52 AM  PSC Legal Division          FAX N  3342420748          P. 03



STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL

TROY KING
ATTORNEY GENERAL

ALABAMA STATE HC
11 SOUTH UNION ST
MONTGOMERY, AL 3
(334) 242-7300
WWW.AGO.STATE.AL

July 13, 2007

Oakley W. Melton, Jr., Esquire
Melton, Espy & Williams, P.C.
Montgomery, Alabama  36103-5130

Re:   Legal Services Contract for Oakley W. Melton, Jr., Esquire
      In the matter of *Gregory Kelly v. John Free; Individually and in his official*
      *position as an employee of the Alabama Public Service Commission, et al.;*
      In the United States District Court for the Middle District of Alabama,
      Northern Division; 2:07-CV-610-WHA.

Dear Mr. Melton:

Pursuant to ALA. CODE § 36-15-5.1, Code of Alabama (1975 as amended), and based on your experience and expertise, I hereby appoint you a Deputy Attorney General to represent the Alabama Public Service Commission in the above-described legal matter.  The fees and compensation paid to you for your services and authorized expenses in this representation will be agreed upon by you and the Alabama Public Service Commission.  Enclosed is a policy statement revised by this office on January 21, 1997, which you are to follow, that includes a standard invoice to use in billing for your services.  Also enclosed is the State of Alabama Disclosure Statement, which must be filled out and submitted to the Alabama Public Service Commission within 10 days of your appointment.  This letter and the policy statement of January 21, 1997, which is incorporated herein by reference, constitute your contract to perform the required legal services which you accept by undertaking such representation.  To avoid delays in payment, please ensure that a copy of this letter is included with each invoice you submit.

This initial appointment is made pursuant to Section 29-2-41.1 of the Alabama Code and is effective for 60 days from the date hereof during which time this contract will be submitted to the Legislative Contract Review Committee.  Once the Committee has reviewed this contract or at the end of 60 days from the date hereof, whichever first occurs, this contract will automatically be extended to the term necessary for you to complete your representation in this matter.

Oakley W. Melton, Jr., Esquire
July 13, 2007
Page Two


    Please understand that while my appointment of you as a Deputy Attorney General is personal, you may utilize the services of another attorney in your firm if you need to do so. No settlement of a dispute should be entered into by you until the terms and conditions of any proposed settlement have been fully communicated to this office and received my approval. Mr. Keith Miller, Chief Deputy Attorney General, is available to answer any questions you may have in relation to this appointment and the payment of bills. Thank you.


                Sincerely,

                Troy King
                Attorney General


TK:KSM:jaf

Enclosure

cc:   Jim Sullivan, President, Alabama Public Service Commission
       Kenneth D. Wallis, Esquire, Legal Advisor to the Governor

OCT-31-2007 WED 10:54 AM  'SC Legal Division        FAX    3342420748            P. 02

OFFICE OF THE GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-0937

BOB RILEY
GOVERNOR

## STATE OF ALABAMA

October 19, 2007

Oakley W. Melton, Jr., Esquire
Melton, Espy & Williams, P.C.
P.O. Drawer 5130
Montgomery, Alabama 36103-5130

Dear Mr. Melton:

RE:  *Gregory Kelly v. John Free,*
     *Individually and in his Official Position*
     *as an employee of the Alabama Public*
     *Service Commission, et al.*
     U.S. District Court, Middle District of
     Alabama, Northern Division
     2:07-CV-610-WHA

    This letter serves to amend our letter of August 6, 2007, regarding the above-referenced matter. Rates will be $150 per hour for partners and associates.

    Again, I appreciate your service in this matter. Please feel free to contact me should you have any questions.

                                    Sincerely,

                                    Scott L. Rouse
                                    Deputy Legal Advisor

SLR/rdg

cc:    Jim Sullivan, President — Public Service Commission
       Keith Miller, Chief Deputy Attorney General