IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07CV610-WHA |
| ) | |
| JOHN FREE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of defendants' response to the order to show cause, it is

ORDERED that defendants' motion to recover costs (Doc. #27), as supplemented by the response to the order to show cause, is hereby CONSTRUED as the defendants' bill of costs. The Clerk is DIRECTED to docket it as such and to tax any costs deemed by the Clerk to be allowable.

DONE, this 14th day of July, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE