**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

August 12, 2008

**NOTICE OF REASSIGNMENT**

RE:   Gregory Kelly v. John Free et al

   Civil Action No. 2:07cv610-WHA

The above-styled case has been reassigned to District Judge Mark E. Fuller. Please note that the case number will be 2:07cv610-MEF.